# UNITED STATES DISTRICT COURT
## PROOF OF SERVICE

District of Colorado                                    U.S. District Court

Case Number: 17-cv-00045-KLM          Court Date:

**STEPHANIE LOPEZ, individually,**                      JAN 1 3 2017
**Plaintiff(s),**

vs.

**CARL EDWARDS, individually**
**Defendant.**

For:
Donna Dell'Olio, Attorney at Law
CORNISH & DELL'OLIO, P.C.
431 N. CASCADE AVE., Suite 1
Colorado Springs, CO 80903

Received by **DIRECT PROCESS SERVICE LTD.**, to be served on **CARL EDWARDS, 2734 LAKE AVE. (JDL TRAILER SALES, "PARKING LOT", PUEBLO, CO 81004.**

I, **ROBERT F. PROCTOR,** being duly sworn, depose and say that on the **12th day of JANUARY, 2017 at 10:26 am,** I:

**INDIVIDUALLY/ PERSONALLY SERVED** a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** to **CARL EDWARDS** at the address of: **2734 LAKE AVE. (JDL TRAILER SALES, "PARKING LOT", PUEBLO, CO 81004** and informed said person of the contents therein, in compliance with state statues.

**Additional Information:**

Description of Person Served:   Age: 68,   Sex: M,   Race/Skin: White,   Height: 5'9",   Weight: 185,   Hair/Eye: Gry/Hzl,   Glasses: N.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

(STATE OF COLORADO )
(                    ) SS
(COUNTY OF EL PASO   )

BARBARA PROCTOR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044020892
MY COMMISSION EXPIRES JUNE 15, 2020

**ROBERT F. PROCTOR**
Process Server

Subscribed And Sworn To Before Me On the 12th day
Of JANUARY, 2017 By The Affiant Who is Personally
Known To Me.

Notary Public

My Commission Expires: JUNE 15, 2020

DIRECT PROCESS SERVICE, LTD.
4164 AUSTIN BLUFFS PKWY #247
COLORADO SPRINGS, CO 80918
(719) 464-9968

BPR-20170105L-E
Service Fee: $75.00