IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO Honorable Marcia S. Krieger

Civil Action No. 17-CV-00045-KLM

STEPHANIE LOPEZ,

    Plaintiff,

v.

CARL EDWARDS,

    Defendant.

---

## ENTRY OF APPERANCE
---

    **COMES NOW**, Lily Nierenberg of BKN Murray LLP and enters her appearance on behalf of the **Defendant** in the above entitled matter.

Respectfully submitted this 7th day of February, 2017.

    **BKN Murray, LLP**

    s/ Lily Nierenberg
    Lily Nierenberg
    6795 E. Tennessee Ave., Suite 330
    Denver, CO 80224
    Ph: (720) 361-6036
    Fax: (303) 758-5055
    lnierenberg@bknmurray.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of February, 2017, a true and correct copy of the foregoing ENTRY OF APPERANCE was electronically filed, emailed and mailed via first class pre-paid postage, on all parties of record as follows:

Donna E. Dell'Olio

Cornish & Dell'Olio

431 North Cascade Avenue #1

Colorado Springs, CO 80903

ddellolio@cornishanddellolio.com

*By: /s/ Lynsay Larson*

Lynsay Larson, Paralegal
