IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: June 8, 2017 | Alfred A. Arraj United States Courthouse |

Civil Action No. 17-cv-00045-CMA-KLM

*Parties*:  *Counsel*:

STEPHANIE LOPEZ,   Donna Dell'Olio (by phone)

    Plaintiff,

v.

CARL EDWARDS,   Lily Nierenberg
       Michael Davis

    Defendant.

## COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:04 a.m.**
Court calls case. Appearance of counsel.

**ORDERED:**   A joint Status Report regarding settlement efforts shall be filed **no later than October 15, 2017.**

**ORDERED:**   A stipulated proposed 502(d) order shall be filed **no later than June 20, 2017.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **July 24, 2017.**

Discovery Cut-off: **November 1, 2017.**

Dispositive Motions Deadline: **January 17, 2018.**

Parties shall designate affirmative experts **on or before September 14, 2017.**

Parties shall designate rebuttal experts **on or before October 11, 2017.**

Each side shall be limited to **one (1)** retained expert witness, absent further leave of Court.

Each side shall be limited to **ten (10)** depositions, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **May 10, 2018 at 10:00 a.m.** before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**  A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable Christine M. Arguello.
The parties anticipate a three day trial to a jury.

Court discusses Judge Arguello's practice standards with counsel.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

- Scheduling Order is signed and entered with interlineations on June 8, 2017.

HEARING CONCLUDED.
**Court in recess:     10:18 a.m.**
Total Time:     00:14

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.