IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually,

    Defendant.

---

## Stipulated Order

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This stipulated order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| s/ Donna Dell'Olio | s/Lily Nierenberg |
| Donna Dell'Olio | Lily Nierenberg |
| Cornish & Dell'Olio, P.C. | DLG Law Group LLC |
| 431 N. Cascade Ave., Ste. 1 | 4100 E. Mississippi Ave., Ste. 420 |
| Colorado Springs, CO 80903 | Denver, CO 80246 |
| Tel: 719-475-1204 | Ph: (303) 758-5100 x. 107 |
| Email: ddellolio@cornishanddellolio.com | Fax: (303) 758-5055 |
| | Email: lnierenberg@dlglaw.net |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |

1

**SO ORDERED**

DATED: June 19, 2017

HON. KRISTEN L. MIX
UNITED STATES MAGISTRATE JUDGE