**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually,

    Defendant.

---

**Plaintiff's Motion to Modify Scheduling Order (DOC# 25) for Good Cause**

---

    COMES NOW the Plaintiff, Stephanie Lopez, by and through counsel, Cornish & Dell'Olio, P.C. and moves the Court for an order modifying the Scheduling Order, Section 9, paragraph a, "Deadline for Joinder of Parties and Amendment of the Pleadings."

    The Deadline for Joinder of Parties and Amendment of the Pleadings was July 24, 2017.  Plaintiff seeks an extension of the deadline to the date the Court rules on the motion.

    Plaintiff is filing contemporaneously with this motion a motion to amend the Complaint to add Casper Trailer Sales, Inc. as a defendant and add jurisdictional allegations concerning gross receipts and interstate commerce, which should have been included in the original Complaint..

    AS GROUNDS THEREFORE, Plaintiff states that good cause exists for modifying the Scheduling Order to allow amendment of the Complaint.

In its Answer (DOC # 6) at paragraph 6 Defendant Edwards claimed that Casper Trailer Sales, Inc. "employed Stephanie Lopez."

Plaintiff's counsel had a duty to discover the facts concerning the employment before making the decision whether to substitute Casper Trailer Sales, Inc. as the sole Defendant or add Casper Trailer Sales, Inc. as a second named Defendant.

On July 26, 2017 Plaintiff's counsel took the deposition of the Defendant Carl Edwards. As expected, based on counsel's knowledge of the case, Mr. Edwards provided extensive testimony concerning his actions in relation to the Plaintiff/employee which provide a substantial basis for imposing personal liability against him based on 29 U.S.C § 203(d). After deposing Mr. Edwards it was clear that, leaving Mr. Edwards in the case as an individual Defendant and adding Casper Trailer Sales, Inc. as a second named defendant was supported by the evidence.

Plaintiff's Complaint states claims under the federal Fair Labor Standards Act and the Colorado Wage Act.

Based on Edwards' testimony, both Carl Edwards and Casper Trailer Sales, Inc., are the proper named Defendants.

Allowing amendment of the pleadings to conform to the evidence will not be prejudicial to the Defendant as the Defendant has admitted that Casper Trailer Sales, Inc. employed the Plaintiff. Answer (DOC # 6) at paragraph 6.

No prejudice will result to the Defendant from the modification of the deadline to amend pleadings because, among other things, discovery will continue until November 1, 2017.

### Certificate of Compliance with D.C.COLO. L. Civ. R 7.1 A

Pursuant to D.C.COLO. L. Civ. R 7.1 the undersigned has conferred with Lily Nierenberg of DLG Law Group LLC, counsel for Defendant. Defendant opposes the motion.

Respectfully submitted this 3rd day of August, 2017.

CORNISH & DELL'OLIO, P.C.

s/ Donna Dell'Olio
Donna Dell'Olio, #10887
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
TEL (719) 475-1204
FAX (719) 475-1264
Email: ddellolio@cornishanddellolio.com
Attorney for Plaintiff

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2017, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Plaintiff's Motion to Modify the Scheduling Order (DOC# 25) for Good Cause** was sent by email:

Lily Nierenberg
DLG Law Group LLC
4100 E. Mississippi Ave., Ste. 420
Denver, CO 80246
Ph: (303) 758-5100 x. 107
Fax: (303) 758-5055
Email: lnierenberg@dlglaw.net

s/Esther Kumma Abramson
Esther Kumma Abramson