IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00045-KLM

**Stephanie Lopez, Individually**,

Plaintiff,

v.

**Carl Edwards, Individually**,

Defendant.

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

Defendant Carl Edwards, through undersigned counsel, responds to Plaintiff's Motion to Modify Scheduling Order (DOC#25) for Good Cause ("Motion") as follows:

1. Upon review of the Motion and additional investigation, Defendant does not oppose the relief sought by Plaintiff's Motion.

Respectfully submitted August 24, 2017.

                                            DLG Law Group LLC

                                            *s/ Lily E. Nierenberg*
                                            Lily E. Nierenberg, CO #45451
                                            4100 E. Mississippi Avenue, Suite 420
                                            Denver, CO 80246
                                            Phone: 303-758-5100
                                            Fax: 303-758-5055
                                            Email: lnierenberg@dlglaw.net

                                            *ATTORNEY FOR CARL EDWARDS*

1

## CERTIFICATE OF SERVICE

The foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER** was served on the following via the District Court's CM/ECF System this 24th day of August, 2017:

Donna Dell'Olio
Cornish & Dell'Olio PC
431 N Cascade Ave, Suite 1
Colorado Springs, CO  80903

/s/*Lily Nierenberg*
DLG Law Group LLC