# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00045-KLM

**Stephanie Lopez, Individually**,

Plaintiff,

v.

**Carl Edwards, Individually**,

Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendant Carl Edwards, through undersigned counsel, responds to Plaintiff's Motion for [*sic*] Amend Complaint (DOC#1) ("Motion") as follows:

1. Upon review of the Motion and additional investigation, Defendant does not oppose the relief sought by Plaintiff's Motion.

Respectfully submitted August 24, 2017.

                                          DLG Law Group LLC

                                          *s/ Lily E. Nierenberg*
                                          Lily E. Nierenberg, CO #45451
                                          4100 E. Mississippi Avenue, Suite 420
                                          Denver, CO 80246
                                          Phone: 303-758-5100
                                          Fax: 303-758-5055
                                          Email: lnierenberg@dlglaw.net

                                          *ATTORNEY FOR CARL EDWARDS*

1

2

## CERTIFICATE OF SERVICE

The foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT** was served on the following via the District Court's CM/ECF System this 24th day of August, 2017:

Donna Dell'Olio
Cornish & Dell'Olio PC
431 N Cascade Ave, Suite 1
Colorado Springs, CO  80903

                              /s/*Lily Nierenberg*
                              DLG Law Group LLC