IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ, individually,

   Plaintiff,

v.

CARL EDWARDS, individually,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Motion for [*sic*] Amend Complaint** [#29] (the "Motion to Amend Complaint"), and Plaintiff's **Motion to Modify Scheduling Order (DOC# 25) for Good Cause** [#28] (the "Motion to Modify Scheduling Order"). Defendant filed Responses [#31, #32] indicating that he does not oppose the Motions. Finding good cause,

   IT IS HEREBY **ORDERED** that the Motion to Modify Scheduling Order [#28] is **GRANTED** and the Deadline for Joinder of Parties and Amendment of the Pleadings is extended, such that Plaintiff's Motion to Amend Complaint [#29] is deemed timely filed.

   IT IS FURTHER **ORDERED** that the Motion to Amend Complaint [#29] is **GRANTED**.

   IT IS FURTHER **ORDERED** that Plaintiff shall file and serve the Amended Complaint on all parties in accordance with Local Rule 15.1(b).

   IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

   Dated: September 18, 2017