IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Plaintiff's **Unopposed Motion to Modify Scheduling Order (DOC# 25) for Good Cause** [#33] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**. The Scheduling Order is amended to reflect the following deadlines:

- Deadline to Designate Expert Witnesses — **October 30, 2017**
- Deadline to Designate Rebuttal Expert Witnesses — **November 30, 2017**
- Expert Discovery Deadline — **January 18, 2018**

    Dated: September 18, 2017