**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

Carl Edwards,
Individually,

and

Casper Trailer Sales, Inc.,
a Colorado corporation,

    Defendants.

## JOINT STATUS REPORT RE: SETTLEMENT

The parties, through their respective counsel, provide the following joint settlement report as required by the Scheduling Order, Addendum. DOC# 25.

Plaintiff has attempted to further settlement of the matter by proposing a mediation. Defendants have rejected mediation and Defendants' position is as follows:

Defendants do not believe the case is ripe for ADR/mediation at this time. Plaintiff's responses to written discovery are due on October 16, 2017 and Plaintiff's deposition is scheduled for October 31, 2017. On October 11, 2017, Defendants filed a Motion to Partially Dismiss Plaintiff's Amended Complaint, which remains pending. Defendants deny liability, are disinclined toward settlement, and are not in a position to mediate, if at all, until discovery has closed and the Court

1

has ruled on Defendants' motion to dismiss.  If the Court is inclined to order ADR/mediation, Defendants respectfully request that it occur at least 45 days after the dispositive motion deadline of January 17, 2018.

Counsel will continue to discuss the prospects for settlement as the case proceeds.

Respectfully submitted this 16th day of October, 2017.

| | |
|---|---|
| *s/ Donna Dell'Olio* | *s/ Lily E. Nierenberg* |
| Donna Dell'Olio | Lily Nierenberg |
| Cornish & Dell'Olio, P.C. | DLG Law Group LLC |
| 431 N. Cascade Ave., Ste. 1 | 4100 E. Mississippi Ave., Ste. 420 |
| Colorado Springs, CO 80903 | Denver, CO 80246 |
| Tel: 719-475-1204 | Ph: (303) 758-5100 x 107 |
| Email: | Fax: (303) 758-5055 |
| ddellolio@cornishanddellolio.com | Email: lnierenberg@dlglaw.net |
| **Attorney for Plaintiff** | **Attorney for Defendants** |