**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

   Plaintiff,

v.

CARL EDWARDS, individually,

and

Casper Trailer Sales, Inc.,
a Colorado corporation,

       Defendants.

---

**Order Granting Amended Unopposed Motion to File Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (DOC # 41)**

---

    THIS MATTER COMES before the Court on Plaintiff's Amended Unopposed Motion to File Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (DOC # 41) (Dkt. # \_\_\_\_), and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that Plaintiff's Amended Unopposed Motion to File Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (DOC # 41) (Dkt. #\_\_\_\_) is GRANTED.

    DATED this \_\_\_\_\_ day of _____, 2017.

                                  BY THE COURT

                                  _____
                                  Kristen L. Mix
                                  United States Magistrate Judge

District of Colorado