# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually,

and

Casper Trailer Sales, Inc.,
a Colorado corporation,

    Defendants.

---

**Stipulation for Dismissal of Plaintiff's Third Cause of Action With Prejudice Pursuant to F.R.C.P. 41(a)**

---

    COMES NOW the Plaintiff, Stephanie Lopez, by and through counsel, Cornish & Dell'Olio, P.C. and Carl Edwards and Casper Trailer Sales, Inc., by and through counsel, Lily Nierenberg, DLG Law Group LLC and stipulate and agree as follows:

1.    Plaintiff will file an unopposed motion to file a Second Amended Complaint which will delete references to battery and sexual assault by deleting paragraphs 28, 29, 30, 31, 32, 33, 34, 35, 36, 50, 51, 52 and 53 and related words from introductory paragraph and Prayer for Relief and include additional allegations which Plaintiff contends are relevant to willfulness of the FLSA violations.

2.    Plaintiff will dismiss, with prejudice, her Third Cause of Action.

3.  Defendants will make no reference to the dismissal of Plaintiff's Third Cause of Action at trial or in proceedings going forward.

4.  The parties will make no reference to the facts stated in the foregoing referenced paragraphs at trial or in proceedings going forward; however, otherwise relevant exhibits may be used at trial with redaction of the facts stated in the foregoing referenced paragraphs, subject to other appropriate objections to their admissibility.

5.  Defendants will not use the dismissal of Plaintiff's Third Cause of Action to Plaintiff's prejudice in any manner in the current or future proceedings.

6.  Each side to bear its own costs and fees.

Respectfully submitted this 6th day of November, 2017.

CORNISH & DELL'OLIO, P.C.

s/ Donna Dell'Olio
Donna Dell'Olio, #10887
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
TEL (719) 475-1204
FAX (719) 475-1264
Email: ddellolio@cornishanddellolio.com
Attorney for Plaintiff

s/ Lily Nierenberg
Lily Nierenberg
DLG Law Group LLC
4100 E. Mississippi Ave., Ste. 420
Denver, CO 80246
Ph: (303) 758-5100 x. 107
Fax: (303) 758-5055
Email: lnierenberg@dlglaw.net
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2017, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Stipulation for Dismissal of Plaintiff's Third Cause of Action With Prejudice Pursuant to F.R.C.P. 41(a)** was sent by email:

Lily Nierenberg
DLG Law Group LLC
4100 E. Mississippi Ave., Ste. 420
Denver, CO 80246
Ph: (303) 758-5100 x. 107
Fax: (303) 758-5055
Email: lnierenberg@dlglaw.net

        s/Esther Kumma Abramson
        Esther Kumma Abramson