IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order (Doc. #25) for Good Cause** [#51] (the "Motion"). Finding good cause,

    IT IS HEREBY **ORDERED** that the Motion [#51] is **GRANTED**. The deadline to amend the pleadings is extended **up to and including November 6, 2017**.

    Dated: November 6, 2017