**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ,

      Plaintiff,

v.

CARL EDWARDS, individually, and
CASPER TRAILER SALES, INC., a Colorado corporation,

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 7, 2017
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the November 7, 2017 Recommendation by United States Magistrate Judge Kristen L. Mix. (Doc. # 57.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Recommendation addressed Plaintiff Stephanie Lopez's Unopposed Motion to Amend Complaint (Doc. # 52). Magistrate Judge Mix recommended that Plaintiff's Motion be granted. (Doc. # 57 at 1.)

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 57 at 5 n.2.) Neither party objected to the Recommendation.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d

1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.")

The Court has reviewed all relevant pleadings concerning the pending motion, including Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (Doc. # 41) and related filings, and the Recommendation.  Based on this review, the Court concludes that Magistrate Judge Wang's analysis and recommendation is correct and that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72 advisory committee's note (1983).

Defendants assert in their Reply in Support of their Motion to Partially Dismiss Plaintiff's Amended Complaint (Doc. # 58) that their Motion to Partially Dismiss is not moot, contending that Plaintiff's Proposed Second Amended Complaint (Doc. # 52-1) still fails to state a claim for relief under the Fair Labor Standards Act ("FLSA") pursuant to Fed. R. Civ. P. 12(b)(6).  (Doc. # 58.)  The Court disagrees.  Plaintiff's Proposed Second Amended Complaint addresses the alleged deficiencies in Plaintiff's FLSA claim that Defendants earlier identified, and it strikes Plaintiff's battery claim entirely. *See* (Doc. # 52-1.)  Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (Doc. # 41) is therefore moot.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 57) is AFFIRMED and ADOPTED.  In accordance with the recommendation, the Court ORDERS the following:

1.  Plaintiff's Unopposed Motion to Amend Complaint (Doc. # 52) is
    GRANTED.

2.  Plaintiff is directed to file as a separate entry on the docket a revised
    Second Amended Complaint and Jury Demand (Doc. # 52-1) that does
    not include tracked changes.

3.  Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint
    (Doc. # 41) is DENIED AS MOOT.


DATED:  November 30, 2017

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge