IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 17-CV-00045-KLM

_____

Plaintiff(s):
STEPHANIE LOPEZ, individually,


Defendant(s):
CARL EDWARDS, individually.
_____

Scheduling Attorney for the Plaintiff:
DONNA DELL'OLIO, ESQ.
Cornish & Dell'Olio, P.C.
431 North Cascade Avenue, Suite 1
Colorado Springs, Colorado  80903
(719) 475-1204
ddellolio@cornishanddellolio.com


For the Defendant:
LILY E. NIERENBERG, ESQ.
DLG Law Group, LLC
4100 East Mississippi Avenue, Suite 420
Denver, Colorado  80246
(303) 758-5100
lnierenberg@dlglaw.net


_____

DEPOSITION OF CARL EDWARDS
Wednesday, July 26, 2017



CARL EDWARDS

Lopez v. Edwards                                              July 26, 2017

4

```
 1      A    Sure.

 2      Q    Please state your full name for the record.

 3      A    Carl Edwards.

 4      Q    And, Mr. Edwards, where do you live?

 5      A    2405 Alia Court, Pueblo.

 6      Q    All right.  Provided that -- and you know what?

 7 That's the lawn guy, so I will have to tell him not to do

 8 that.

 9      (Short break taken.)

10 BY MS. DELL'OLIO:

11      Q    Okay.  Did you say what your address was?

12      A    My address?

13      Q    Your home address.

14      A    2405 Alia Court --

15      Q    Thank you.

16      A    -- Pueblo.

17      Q    And your business address?

18      A    2734 Lake Avenue, Pueblo.

19      Q    Thank you.

20      Are you currently actively involved in managing -- I

21 can't do anything about that.  Are you currently actively

22 involved in managing any business?

23      A    Just my own business, yes.

24      Q    What business is that?

25      A    Recreation vehicles.
```



CARL EDWARDS

Lopez v. Edwards                                                    July 26, 2017

1    Q    Is that the Casper Trailer Sales?

2    A    **No.  It's JDL Trailer Sales.**

3    Q    Okay.  And what businesses, if any, are you

4  operating from 2434 Lake Avenue in Pueblo?

5    A    **That's where my business is.**

6    Q    Okay.  Is there only one business that you are

7  operating from there?

8    A    **Well, I own a motel.**

9    Q    Okay.

10   A    **And I own a storage yard.**

11   Q    That's what I wanted to know.

12   A    **Sure.**

13   Q    All right.  So you have a trailer service and

14  sales business?

15   A    **Yes, that's it.**

16   Q    Which you are calling JDL Trailer Sales?

17   A    **Yes.**

18   Q    That's the way we will refer to it here today.

19   A    **Correct.**

20   Q    The corporate name is Casper Trailer Sales;

21  correct?

22   A    **Yes.  DBA, uh-huh.**

23   Q    All right.  The JDL is the DBA?

24   A    **Yes.**

25   Q    Now -- and then the motel, tell me about the



CARL EDWARDS

6

```
 1   motel.
 2        A    It's adjoining the same property.  I have nine
 3   units.
 4        Q    Okay.
 5        A    I bought the motel because they was robbing my
 6   place, and I bought the motel to control it.
 7        Q    All right.  And then you have a storage yard as
 8   well?
 9        A    Yes.
10        Q    Is that all on the same property?
11        A    No.  That's south, the next block.
12        Q    Does the corporation, Casper Trailer Sales, own
13   the motel?
14        A    No.
15        Q    Who owns the motel?
16        A    It's owned by SJE Holdings.
17        Q    And the storage yard, who owns that?
18        A    Same.
19        Q    Now, are you currently operating any other
20   businesses other than the three that you described?
21        A    No.
22        Q    And during the years 2013 through 2015, were you
23   operating any businesses other than the businesses you've
24   described?
25        A    No.
```



CARL EDWARDS

11

```
 1      Okay?

 2      MS. NIERENBERG:  Objection to form.

 3   BY MS. DELL'OLIO:

 4      Q    Is that okay?  I'm trying to give you an

 5   alternative.

 6      A    Well, my daughter is here.  She came up with me.

 7      Q    All right.

 8      A    She does all the bookwork.  I don't.

 9      Q    Well, maybe during a break you can ask her.

10      A    Okay.

11      Q    All right.  Now, you've described two

12   corporations, SJE Holdings and Casper Trailer Sales, Inc.

13      A    Yes.

14      Q    Are there any other Colorado corporations which

15   you have an ownership interest in?

16      A    No.

17      Q    Does Casper Trailer Sales, Inc., engage in any

18   business other than the sale of new and used recreational

19   vehicles and service of recreational vehicles?

20      A    No.

21      Q    And what is the business of SJE Holdings?

22      A    The property.

23      Q    And so the -- you described a motel and a storage

24   yard that are owned by SJE Holdings.

25      Do they hold any other property?
```



CARL EDWARDS

Lopez v. Edwards                                                    July 26, 2017

17

1     A     '13?  I'm not sure if they were there at the year

2   '13 or not, but they have been there for the last two years,

3   I know.

4     Q     And what are their names?

5     A     One is Duncan Pelhman, and the other is Rich.  I'm

6   not sure of his last name.

7     Q     All right.  So two years.  This is 2017.  That

8   would go back to 2015.  Did you have technicians or

9   mechanics working for you in 2015?

10    A     I worked most of the time myself at the shop, and

11   I had two employees at the present time prior to that.

12    Q     Okay.

13    A     But I'm not sure what year -- what dates they

14   worked and they quit.

15    Q     What were their names?

16    A     William Whisman.

17    Q     Okay.

18    A     And I'll think of his other name in a minute.  I

19   can't think of it now.

20    Q     We will take a minute to think of the name.

21   How long --

22    A     To think of his name?  Pardon?

23    Q     How long did these two individuals work for you?

24    A     William worked for me for the past possibly 15

25   years.



CARL EDWARDS

Lopez v. Edwards                                              July 26, 2017

18

```
 1     Q    And did he -- is he still alive?

 2     A    Oh, yes.

 3     Q    All right.  But he left in 2015?

 4     A    Just about a year ago he left.  He had a foot

 5   operation at the VA and didn't return.

 6     Q    Okay.  And the other gentleman?

 7     A    The other gentleman only worked one season.

 8     Q    I suppose his name would be in your business

 9   records?

10     A    Oh, yes, definitely.

11     Q    And other than the four individuals you've

12   identified, did any other technicians or mechanics work for

13   you from 2013 to the present?

14     A    No.  This was as far as I remember.

15     Q    Uh-huh.  Any other employees?

16     A    But you mentioned -- you keep mentioning '13.

17     Q    Uh-huh.

18     A    But I am not sure of that year.  I don't remember

19   back that far.

20     Q    All right.  And what about other employees that

21   have worked for you?

22          MS. NIERENBERG:  Objection to form.

23   BY MS. DELL'OLIO:

24     Q    Other employees, did you have other employees over

25   the course of the last four years?
```



CARL EDWARDS

July 26, 2017

19

```
 1     A    Stephanie worked for me, yes.

 2     Q    Anyone else?

 3     A    I have a manager at the apartments, but he don't

 4  work for me.

 5     Q    And that's Tony?

 6     A    That's Tony, yeah.

 7     Q    Do you have a receptionist at JDL?

 8     A    My daughter.

 9     Q    Okay.  Have you ever employed anyone else as a

10  receptionist?

11     A    No.  My wife and daughter does all the paperwork.

12     Q    What is your daughter's name?

13     A    Julie.

14     Q    Did you ever employ someone named Ginger?

15     A    No.  She works at the parts counter selling

16  trailer piece parts, and she's been there for approximately

17  15 years.

18     Q    Okay.  And why do you say she's not your -- an

19  employee of JDL?

20     A    Oh, she is.

21     Q    Okay.

22     A    I never said she wasn't.

23     Q    All right.  Let's talk about employees of JDL.

24  Any other employees of JDL?

25     A    Not that I can remember offhand, no.
```



CARL EDWARDS

Lopez v. Edwards                                          July 26, 2017

27

```
1      A    No.

2      Q    -- that were owned by JDL Trailers?

3      A    Nothing, no.

4      Q    All right.  So explain to me, if you would,

5   because I haven't been in your business, what the room --

6   what the layout of the room is.  Do you have an office in

7   that shop?

8      A    Yes.

9      Q    Okay.  Where is your office in relation to the

10  area where the mechanic or technicians work.

11     A    You have to go through the shop to the -- it's not

12  an office no more.  It's a parts house -- to the parts

13  counter, then into my office.  It's a small, very small

14  office.

15     Q    Okay.  So from your office can you see where the

16  technicians are working?

17     A    No.

18     Q    When you come in in the morning, can you see who's

19  there?

20     A    I'm always there first.

21     Q    Okay.  And what time do you -- would you

22  customarily arrive at work from 2013 forward?

23     A    Sometimes 5:00 in the morning.  Sometimes 8:00.

24     Q    Okay.  Sometime between 5:00 and 8:00.  All right.

25  What time do you leave, would you customarily leave
```



CARL EDWARDS

Lopez v. Edwards                                                July 26, 2017

31

1       Q    So you make those decisions that are in the best

2    interest of the corporation and consider the interest of the

3    employee --

4       A    Exactly.

5       Q    -- correct?

6       A    Yes.

7       Q    Thank you.

8       So you never fired Leona?

9       A    No.

10      Q    She quit?

11      A    Yes.  She -- she was transferred somewhere.

12      Q    How did you meet Stephanie Lopez?

13      A    She met me.

14      Q    Okay.  Well, you also met her; correct?

15      A    She got out of prison.  She's -- I think she spent

16   eight years in prison with her friend.  They came, rented

17   one of my apartments.  That's been back maybe -- God, maybe

18   ten years ago.  I don't know when, how long ago.  That's how

19   I met her.

20      Q    So the way you met her is she rented one of your

21   apartments?

22      A    She was one of my tenants, yes.

23      Q    All right.  How did your relationship develop

24   after that?

25      A    What do you mean?



CARL EDWARDS

Lopez v. Edwards                                                    July 26, 2017

32

1      Q     Well, she was originally a tenant.

**2      A     Yes.**

3      Q     All right.  Did you see her on a regular basis

4   after that?

**5      A     Oh, she lived right beside of us.  Seen her all**

**6   the time, yes.**

7      Q     When did she start coming into the shop to help?

8      MS. NIERENBERG:  Objection to form.

9   BY MS. DELL'OLIO:

10      Q     When did she start coming into the shop to help?

**11      A     About -- well, not to help.  She came as an**

**12   employee approximately a year, year and a half ago.  I don't**

**13   remember the date she started.**

14      Q     All right.  Were there times before that when she

15   was in the shop doing things like cleaning up, handing tools

16   to people?  Were there times before she went on the payroll

17   in 2015 when she was in the shop not as a customer?

18      MS. NIERENBERG:  Objection.  Form.

19      You can answer.

**20      THE WITNESS:  A lot of times -- most of the time she**

**21   would hang around the shop working on her own truck that we**

**22   donated to her, and if a tenant -- or if a technician asked**

**23   her to get a wrench, she would do it for them.  She was one**

**24   of the hangout.  That's where she hung out most of the**

**25   time.**



CARL EDWARDS

34

1   would come and who would go.

2   BY MS. DELL'OLIO:

3       Q    And other than employees' wives -- would they come

4   to bring them lunch or something like that?

5       A    Quite often.

6       Q    All right.  Other than employees' wives, were

7   there any individuals who were in the shop on a regular

8   basis hanging out, as you say, who were not employees?

9       A    Not that I recall, no.  Stephanie was mainly the

10  only one.

11      Q    Do you know an individual named Mary who hung out

12  around the shop?

13      A    No.  Unless it was one of Stephanie's friends.  I

14  don't know.  She had quite a few friends come and visit her.

15      Q    All right.  So they would visit her while she was

16  hanging out in the shop?

17      A    Oh, yes.

18      Q    All right.  Is it your testimony here today that

19  she didn't provide any useful service to JDL Trailer Sales

20  until you put her on the payroll in the spring of 2015?

21      MS. NIERENBERG:  Objection.  Form.

22  BY MS. DELL'OLIO:

23      Q    Is that what your position is here?

24      A    Repeat that again.

25      Q    Is it your position that she did not provide any



CARL EDWARDS

Lopez v. Edwards                                                      July 26, 2017

35

1    useful service to JDL before you put her on the payroll in

2    the spring of 2015?

3         A    No.  Not that I'm aware of, no.

4         Q    But you were actually in the shop; correct?

5         A    A lot of the times, yes, I was, and I was on the

6    road a lot of the times.  I was in the sales department a

7    lot of the times.  I am all over, not only at the shop, no.

8         Q    Did you ever ask her to leave the shop?

9         A    No, never did.  She became one of the -- one of

10   the hangout, you know, one of the -- I don't know what you

11   call it.

12        Q    All right.  Well, you're referring to her as a

13   "hangout," and you say "one of the hangout."  Who were the

14   other hangouts other than the wives, who may have been

15   bringing lunch to their husbands?

16        A    I don't recall any of the names, no, but quite a

17   few girls would come with Stephanie, and they would hang out

18   with her at the shop different times, but I don't know their

19   names, no.

20        Q    So how many hours a day would she spend at the

21   shop hanging out?

22        MS. NIERENBERG:  Objection.  Form.

23        THE WITNESS:  I don't know.  In other words, she didn't

24   spend all the time at the shop.  She would spend a lot of

25   time in San Luis Valley, many weeks, months.  Denver, she



Lopez v. Edwards                                                    July 26, 2017

36

1    spent a lot of time in Denver, but I didn't keep track of

2    her, no.

3    BY MS. DELL'OLIO:

4        Q    Can you describe what she typically would be doing

5    when you would go into the shop and see her there?

6        A    She would sit at the coffee area where they have

7    coffee, talk with the technicians, and hang out, you know.

8    She wasn't doing nothing particular, no.

9        Q    So she was drinking -- was that coffee that you

10   provided to the employees?

11       A    We didn't provide it.  The employee brings their

12   own.  I don't drink coffee myself.

13       Q    All right.  So was she -- did you ever see her,

14   say, sweeping or cleaning up the shop?

15       A    That wasn't -- no.  If she did, she did it on her

16   own accord.  It was never asked for her to do it, no.

17       Q    I didn't ask whether you asked her to do it.  I

18   wanted to know if you ever saw her sweeping.

19       A    Not that I recall.

20       Q    Cleaning up the shop?

21       A    Not that I recall when I was there, no.  When I

22   employed her, she did.  She done a good job, yes.

23       Q    I want to focus on the time when she was a hangout

24   and not an employee.

25            Did you ever see her working on a trailer during that



CARL EDWARDS

1   time?

2        A    No.  I wouldn't allow it, no, because the

3   customer -- a customer pays $115 an hour.  I can't put a

4   lady like her working on the customer's unit, no.

5        Q    So you never --

6        A    Some of them cost a quarter of million or million

7   dollars when they come into our shop.

8        Q    So you never allowed her to work on a vehicle?

9        A    No.

10        Q    On an RV?

11        A    Not until she became employed with us, and either

12   me or one of the technicians would go and show her.  She

13   done wheel bearing jobs and done roof vents.  That's the

14   only thing I know.

15        Q    That was after she was employed?

16        A    After she was employed.

17        Q    And you indicated that your -- you wouldn't allow

18   a woman like her to work on your customers' vehicles.

19        A    No, I didn't say that.

20        Q    Okay.

21        A    No.

22        Q    All right.

23        A    When she was employed, we would show her how to do

24   things, but we would never say, "Stephanie, go fix an RV,"

25   no.  That's not my method of keeping a customer.



CARL EDWARDS

40

1    Q    Was some of her property stored in your safe?

2    A    She came with a little bracelet, little opal

3  bracelet or something, her necklace, and I think a few

4  coins, and she put them in my safe, yes.

5    Q    They were gold coins?

6    A    Not gold, no.

7    Q    Silver?

8    A    I don't know.  She had a little can like this, and

9  she had things in it.

10   Q    And did you suggest to her that she put things in

11  your safe?

12   A    No.

13   Q    Did she have a way of getting into the safe?

14   A    No.

15   Q    What about cash?  Did she -- did you put her cash

16  in your safe?

17   A    Her cash?

18   Q    Uh-huh.

19   A    She didn't have much cash.  She was always broke.

20   Q    Well, my question is --

21   A    But she never -- no, I never put cash in -- her

22  cash in my safe, no, never did.

23   Q    Did you ever give Stephanie Lopez cash before she

24  was employed by you?

25   A    I loaned her money many times.

CARL EDWARDS

Lopez v. Edwards                                                        July 26, 2017

41

```
 1        Q     How much money, or what -- when did you begin

 2   loaning her money?

 3        A     Oh, the year, I don't know, but we knew her that

 4   well that I would loan her money, yes.

 5        Q     Well, what was the largest amount of money you

 6   ever loaned her?

 7        A     When she purchased her house, I loaned her a large

 8   amount of money.

 9        Q     Well, how much did you loan her?

10        A     I think it was $8,000.

11        Q     And before that when you loaned her money, how

12   many times before that had you loaned her money?

13        A     I don't know.  Maybe a dozen.  Maybe 20.  I don't

14   know really.

15        Q     On those occasions was it cash that you gave her?

16        A     Out of my pocket, and she always paid it back.

17        Q     Did you ever give her cash that she wasn't

18   required to pay back?

19        A     No.

20        Q     Did you ever advise her that it would be a good

21   idea to store anything in your safe?

22        A     No.  She came to me and asked me could she put

23   that little -- little vase or whatever it is with her opal

24   and some coins -- she asked me.  I would not ask her to put

25   stuff in my safe, no.
```



CARL EDWARDS

42

```
 1      Q    Did you ever advise her about financial affairs?

 2      A    Not really, no.

 3      Q    Well, you indicated a minute ago that she was

 4   always broke.

 5      A    Yeah.

 6      Q    Isn't it true that she received a settlement when

 7   her mother died?

 8      A    Yes, she did.  That's how she purchased her home,

 9   yes.

10      Q    All right.  And after she received the settlement,

11   where was that money kept?

12      A    At her bank.  She received two settlements from

13   her mother's death.

14      Q    How do you know she had a bank account?

15      A    Everyone knew.  She was so proud of it.  I knew

16   she had a bank account.  I advised her to take her money and

17   put it in a bank.  Don't carry it around with her.  It was

18   like -- the first one I am not sure of the amount, 20,000

19   maybe.  Next one was, like, 30,000.  I'm not sure of the

20   figures.  She was very closed on mouth.

21      Q    Did you think that Stephanie was a trustworthy

22   person?

23      A    Yes, very much.

24      Q    And when did you stop believing she was a

25   trustworthy person, if you did?
```



CARL EDWARDS

1     Q    Does the fact that she had been in prison have

2  anything to do with her right to be paid wages?

3     **A    No.  Definitely not, no.**

4     Q    You just wanted me to know that I was dealing with

5  a bad person?

6     MS. NIERENBERG:  Objection.  Form.

7  BY MS. DELL'OLIO:

8     Q    Is that right?

9     **A    Yes.**

10    Q    Now, how long had you known Stephanie when you

11 allowed her to move into the farmhouse also known as 1208

12 Elko?

13    **A    How long did I know her?**

14    Q    Yes.

15    **A    I'm not sure when she moved into the farmhouse, so**

16 **I can't tell you the time frame.**

17    Q    Had you known her for years --

18    **A    Oh, yes.**

19    Q    -- when you let her move into the farmhouse?

20    **A    Oh, yes.**

21    Q    Did you ever let her live in any building without

22 paying rent?

23    **A    She lived in the apartment at first with Jeanie.**

24 **Jeanie was employed.  She paid rent.  They broke up.**

25 **Stephanie went back to San Luis Valley.  Came back with**



CARL EDWARDS

Lopez v. Edwards                                    July 26, 2017

48

1   another girlfriend, lesbian friend, whatever it may be.

2   They rented an apartment.  The girlfriend worked.  Stephanie

3   never had a job.  The girlfriend, I think, paid me two

4   months, three months.  I'm not sure.  Then they fought so

5   bad.  They would fight with the manager.  She put him up

6   against the trees.  She claims she used to be a boxer, and

7   she performed that a lot of times.  And that's when we moved

8   her from the apartments to the farmhouse.  We couldn't

9   control her at the apartments at all.  She was fighting with

10  the tenants, come home drunk all the time, loved parties.

11      Q    My question to you was whether you ever allowed

12  her to live in any of your buildings without paying rent.

13      A    When she came to the first one, her and her

14  girlfriend paid two months, and she stayed there I don't

15  know how much longer.  They couldn't afford the rent.

16  That's why she went to the farmhouse.

17      Q    All right.  So you allowed them to live in the

18  apartment for a certain number of months without paying

19  rent?

20      A    I didn't allow it.  I asked them.  I tried to

21  evict them at once for failure to pay.  Then the farmhouse

22  was open, was available.  We asked them would they go in the

23  farmhouse and live over there at no rent, just to maintain

24  the farmhouse.  The farmhouse, we call, was 105 years old

25  when I bought it, and I've had it for approximately ten



CARL EDWARDS

July 26, 2017

49

```
1    years.

2         Q    All right.  Let's get back to the apartment that

3    they stayed in.

4         You're saying that for some months she stayed in that

5    apartment without paying rent?

6         A    I think they paid one or two months then.

7         Q    But they also stayed there without paying rent.

8    Is that what your testimony is?

9         A    Until they moved to the farmhouse.

10        Q    Right.

11        A    I don't know if it was one month or two months, or

12   I don't know.

13        Q    But your testimony is that that was against your

14   will; that they were staying in the apartment against your

15   will?

16        A    Of course.  They're always supposed to pay rent,

17   yes.

18        Q    All right.

19        A    But they don't.

20        Q    Let me get this.  Was that at a time when she was

21   hanging around your shop?

22        A    Not as much.

23        Q    She was hanging around your shop some, but not as

24   much as she was hanging around later?

25        A    Later, yes, but not during that -- that period
```



CARL EDWARDS

50

1    that I recall, no.

2        Q    All right.  Then she moved to the farmhouse.  That

3    was with your permission?

4        A    Yes.

5        Q    All right.  And your -- the reason you allowed her

6    to move to your farmhouse was what?

7        A    Was to maintain the farmhouse.  It's not adjoined

8    on the property.  I have a barn with a lot of equipment in

9    it.  I have storage with a lot of equipment in it, and she

10   was to take care all of the farmhouse, maintain the

11   farmhouse, cut the grass, et cetera, et cetera --

12       Q    But --

13       A    -- at no rent.

14       Q    All right.  But she was a drunk.  Is that what you

15   told me?

16       A    She liked her alcohol.

17       MS. NIERENBERG:  Objection.

18       THE WITNESS:  Her and her friend, they would get in a

19   fight, and I was over there many times, two or three times

20   blood was falling from her friend.

21   BY MS. DELL'OLIO:

22       Q    So she was someone who was abusing alcohol at this

23   time.  She was -- you thought she was a felon?

24       A    Well, we know she was.

25       Q    Okay.  She was a felon, she is a habitual liar,



CARL EDWARDS

51

```
 1   and she hadn't lived up to her agreement to pay rent at the
 2   apartment.
 3       A    Her friend was -- rented the apartment, not her.
 4   This girl didn't have a job.  Her friend did.
 5       Q    All right.  But she had -- she had been living
 6   somewhere without paying rent; right?
 7       A    Yes.
 8       Q    Your --
 9       A    At my place.
10       Q    All right.
11       A    Yes.
12       Q    So knowing all those things, you let her move into
13   your farmhouse to take care of valuable equipment.
14       A    I wouldn't say valuable equipment.  The farmhouse
15   was over -- over 100 years old.  We refinished the
16   farmhouse, and that was my pride and joy.  She --
17       Q    When had you -- when did you refinish it?
18       A    When we first bought it approximately ten years
19   ago.
20       Q    All right.  So the farmhouse was your pride and
21   joy, and you allowed her to live there rent free?
22       A    Uh-huh.  Uh-huh.
23       Q    Knowing all these things about her background?
24       A    Yep.  Sure.
25       Q    All right.
```



CARL EDWARDS

Lopez v. Edwards                                                    July 26, 2017

52

```
 1     A     This girl --

 2     Q     Tell me why.

 3     A     This girl spent time at my home.

 4     Q     No.   I want to talk now about what your state of

 5  mind was when you let her live in the farmhouse.

 6     A     I'm getting up to that, if you will let me.

 7     Q     All right.

 8     A     This girl ate at our table many times, at my

 9  daughter's place many times.  We went to the casinos

10  together.  She was like one of my daughters.  I treated her

11  the same way.  And I tried to help her.  Tried to get rid of

12  her alcohol abuse she had.  The lying I couldn't control.

13  She lied to everyone, and maybe she lied to me a lot of

14  times.  I hope she didn't too much.

15     Q     So she -- you gave her a free place to live?

16     A     Yes.  To -- no, it wasn't free.  She had to

17  maintain the place.

18     Q     Well, I asked you about what work Ron was

19  performing when he was living there.

20     A     Well, Ron, he paid rent.

21     Q     Okay.

22     A     Yes.

23     Q     All right.  So she -- did she ever pay rent when

24  she was living at the farmhouse?

25     A     Stephanie, no, she did not.  She wasn't asked.
```



CARL EDWARDS

53

```
 1    She didn't have a job.  She couldn't pay rent.

 2         Q    Are there other people that you have given free

 3    rent to because they didn't have jobs?

 4         A    No.

 5         Q    Just Stephanie?

 6         A    Stephanie, we took her into our home just like our

 7    daughter.

 8         Q    Uh-huh.

 9         A    That's how we treated her.  My actual daughter

10    don't pay rent.

11         Q    So in your whole life, anybody else you've given

12    free rent to?

13         A    No.  Not since I owned the little motel

14    apartments, no.  If they don't pay, we have an attorney to

15    have them evicted, and some goes three, four, five, six

16    months without paying.

17         Q    Okay.  So your testimony about her living at the

18    farmhouse was that you did this -- well, did you have other

19    people live at the farmhouse without paying rent?

20         A    No.

21         Q    So Ron, who lived there, was maintaining the

22    property; correct?

23         A    Yes, he was.  He was cutting -- he was cutting the

24    grass.  He was maintaining it.

25         Q    And paying rent?
```



CARL EDWARDS

57

1     A     She didn't tell me, no.  I think if she did, she

2     would be too embarrassed to tell me.

3     Q     What did you consider your relationship to be with

4     Stephanie Lopez during the, say, three or four years prior

5     to the time you put her on the payroll?

6     A     Like one of our daughters.  We clothed her.  We

7     fed her.  We took her on trips.  Everything like we do with

8     a daughter.

9     Q     And she didn't do anything for you in return?

10    A     She was a friend of mine.  That means a lot.

11    Q     Okay.  But you already indicated you don't have

12    other friends that you feed and clothe and --

13    A     No.

14    Q     -- take on trips.

15    A     I really have no friends, no.

16    Q     And give gifts to?

17    A     No, never did.

18    Q     Did you give her advice?

19    A     Stephanie?

20    Q     Yes.

21    A     If she would ask.  I would try to help her, yes.

22    Q     What do you believe you know about her criminal

23    convictions?

24    A     What do I believe?

25    Q     Yeah.  What do you believe about her having



CARL EDWARDS

60

```
 1       A    This, I don't know, no.  But she spent a lot of
 2   time in Denver, and she spent a lot of time in San Luis
 3   Valley.  I didn't keep track of her, no.
 4       Q    Did you ever exchange her rent for any services?
 5   Did you give her -- give her free rent for -- in exchange
 6   for any services?
 7       A    No.  No.  She just rented the farmhouse like we
 8   mentioned.
 9       Q    Lived there without paying rent?
10       A    Right.
11       Q    Did you ever give her any gifts?
12       MS. NIERENBERG:  Objection.  Asked and answered.
13       MS. DELL'OLIO:  No.  I can ask it now.
14   BY MS. DELL'OLIO:
15       Q    Did you ever give her gifts?
16       A    I don't even think I gave her a box of chocolates,
17   no.  I don't think I ever did.  Only that she lived with us,
18   and if that's a gift, I don't know.
19       Q    Well, you indicated you gave her a vehicle, a
20   truck.
21       A    Yes.
22       Q    All right.  Well, was that a gift?
23       A    Yes.
24       Q    So she didn't give you anything in return for
25   that?
```



CARL EDWARDS

Lopez v. Edwards                                                July 26, 2017

61

```
 1      A     No.  No.

 2      Q     You --

 3      A     It was an old -- an old truck that -- I drive new

 4  trucks to Indiana to haul these RVs back with.  This was a

 5  truck that we had parked for a couple years.

 6      Q     So you gave her an old truck.

 7  What was the value of that?

 8      A     I think we valued it 200 to $500.  I'm not sure,

 9  no.  We had to value it something to give her temporary

10  plates.

11      Q     How old was the truck?

12      A     I don't know.

13      Q     Was it operating when she got it?

14      A     Oh, yes.  Yes.

15      Q     So why did you give it to her?

16      A     Well, kind of operating.  Well, like -- she was

17  like one of our family.

18      Q     Have you given your daughter any vehicles in the

19  last five years?

20      A     Yes.

21      Q     What vehicles?

22      A     She drives company vehicles.  She drives my truck.

23  She drives her car.  She -- whatever she wants.  The keys

24  are hers.  She takes them, yes.

25      Q     Have you put any vehicles in your daughter's
```



CARL EDWARDS

Lopez v. Edwards                                                July 26, 2017

62

1    name --

2         A      No.

3         Q      -- or allowed her to register them in her name?

4         A      No.  No.  We are a Colorado dealership.

5         Q      Now, you indicate in your letter that you paid for

6    repairs.

7                What did you pay for repairs to?

8         A      On her vehicle.  I bought her a new set of tires.

9    I remember that I bought her a water pump.  She changed it

10   herself.  Power steering assembly, she changed it herself.

11   Other than that, I don't remember, no.

12        Q      All right.  But you paid for those parts?

13        A      Yes.  The company did, yes.

14        Q      And it was a gift?

15        A      Yes.

16        Q      So -- oh, so the company, JDL, paid for those

17   parts for her?

18        A      Yes.  Always, yes.

19        Q      But she wasn't doing any service for JDL?

20        A      No.  Not at that time, no.  She was like my

21   daughter.  That's what I keep telling you.

22        Q      Well, I understand that, but I need to get your

23   testimony --

24        A      Sure.

25        Q      -- on the record.



CARL EDWARDS

Lopez v. Edwards                                                July 26, 2017

66

```
1    A    Yes.

2    Q    And did you work on that house for her?

3    A    (No audible response.)

4    Q    All right.  So you worked on her house for her.

5  How many hours do you think you spent working on her house

6  for her?

7    A    A long time.

8    Q    Hundreds of hours?

9    A    It was months I know before she moved into it.

10 When she bought it, it was a, oh, repossessed house.  It was

11 a drug house prior to when she bought it.  They stripped

12 everything out of it, everything, even the lights, the light

13 wiring, the bathroom.  Everything was stripped.  She --

14 that's how she purchased it.  Then I went and helped her fix

15 it up.  We painted it, made it liveable for her, new carpet,

16 everything.

17   Q    All right.  So how many hours did you spend

18 working on her house?

19   A    I really don't know.

20   Q    But you worked on it for months?

21   A    Yes.

22   Q    Hundreds of --

23   A    No, part-time.

24   Q    Okay.

25   A    Evenings and Sundays and stuff like that, yes.
```



CARL EDWARDS

Lopez v. Edwards                                          July 26, 2017

67

1     Q    All right.  Hundreds of hours?

2     A    **Hundreds of hours, yes.**

3     Q    All right.  And during that time did she do any

4  work for you in exchange?

5     A    **No, not at the -- she worked on her house herself**

6  **and I.**

7     Q    So if the records are that that house was

8  purchased in 2014, it's your testimony that during that time

9  she didn't do any work for you without getting paid for it?

10    A    **She -- oh, "14?**

11    Q    Yeah.

12    A    **She worked in the last two years, but I'm not sure**

13  **what years she worked.**

14    Q    Well, you've given us pay stubs beginning in

15  spring of 2015.

16    A    **Okay.**

17    Q    So now I'm asking you about 2014 when you say she

18  was just hanging around your shop and not working.

19    A    **That's when she purchased her house, in the '14.**

20  **I'm not sure now.**

21    Q    So during 2014 is it your testimony that she never

22  did any work for you that you didn't pay her for?

23    A    **No.  She never did, no.  Huh-uh.**

24    Q    Did she give you anything of value at all?

25    A    **No.**



CARL EDWARDS

Lopez v. Edwards                                          July 26, 2017

68

```
 1    Q    Ever?

 2    A    No.  She didn't have anything of value.

 3    Q    Except her work?

 4    A    No.  When I put her on the pay -- why I put her on

 5  the payroll, she came to me.  She said, "I have a house now.

 6  I have bills.  I have taxes, electricity," et cetera, et

 7  cetera.  That's when I hired her and put her on the payroll.

 8  Prior to that she did not work for me, no.

 9    Q    All right.  Let's talk about some of the other

10  gifts that you gave her.

11       Did you buy a new furnace for her home?

12    A    Yes, I did.

13    Q    How much did that cost?

14    A    She negotiated the price.  She would know better

15  than me.  Over $1,000 I'm sure.

16    Q    And a new hot water heater?

17    A    That also.

18    Q    A stove?

19    A    That also.

20    Q    Garbage disposal?

21    A    Also.

22    Q    Paint and numerous other items?

23    A    And we painted the whole house inside and out,

24  carpet, linoleum, done a lot of work on her house, yes.

25    Q    And you paid for all those things that went into
```



CARL EDWARDS

Lopez v. Edwards                                                      July 26, 2017

69

 1    the house --

 2         A    Yes.

 3         Q    -- you did?

 4         A    She acted like my daughter.  We were helping her,

 5    yes.

 6         Q    No.  I know, but -- that's okay.  I want to

 7    understand what your testimony is.

 8         Did the money for that -- for -- to pay for the -- all

 9    those items for her house, did JDL pay for that?

10         A    No.  Came out of my pocket, my money.

11         Q    Did you ever tell anyone that she was your

12    employee before you put her on the payroll in 2015?

13         A    Not before, no.

14         Q    Did you ever tell anyone that she was the best

15    employee you had?

16         A    Everyone.

17         Q    You told everyone she was the best employee?

18         A    She was a wonderful employee.

19         Q    And you never said that to anyone before you put

20    her on the payroll?

21         A    Not that I -- no, because she wasn't my employee,

22    no.

23         Q    So you never traded her services for gifts and

24    money or room and board; is that right?  You never had an

25    agreement with her that you would trade her work for room



CARL EDWARDS

Lopez v. Edwards                                                July 26, 2017

91

1      A     If they get hurt on the job and they're not --

2   they can come back and sue me if they're not an employee.  I

3   am sure they can.  They must punch in and punch out when

4   they are working for me.

5      Q     Were you concerned about allowing people to hang

6   out in your business?

7      A     Was I concerned?

8      Q     Yes, for insurance purposes.

9      A     Stephanie was the only one that we really allowed

10  in there because we -- once again, we treated her like a

11  daughter.

12     Q     What about all the girlfriends she brought in?

13     A     She brought a few of her girlfriends in, yes, but

14  they didn't hang out like she did, no.

15     Q     Let's look at this first timecard that you've

16  produced.

17     A     Uh-huh.

18     Q     So the first page, whose handwriting is on that

19  timecard?

20     A     That's mine.

21     Q     And so where it says "Stef" at the top, that's

22  your handwriting?

23     A     Yes, it is.  Uh-huh.

24     Q     And where it says "two days," that's your

25  handwriting?



CARL EDWARDS

Lopez v. Edwards                                          July 26, 2017

111

1        THE WITNESS:  Yeah.  Okay.

2        MS. NIERENBERG:  Okay.

3        THE WITNESS:  This is kind of --

4   BY MS. DELL'OLIO:

5        Q    I notice here that you gave her a raise to $15 an

6   hour.

7        A    Yeah.

8        Q    When did -- why did you give her a raise to $15 an

9   hour?

10       A    That's when she was in her home.  She moved into

11  her home about that time.  Prior to that she said, "I have

12  taxes to pay.  Gas to pay.  Electric to pay."  All of this.

13  So we gave her another $5 an hour raise.  She was a good

14  employee, I'm telling you.

15       Q    So she came to you twice and said, "I have gas and

16  electric"?

17       A    No, once.

18       Q    One time?

19       A    This --

20       Q    I thought that is why you put her on the payroll.

21       A    The first time was when she moved in her house,

22  yes.  You are right.

23       Q    Okay.

24       A    Then when I gave her the raise is when she had all

25  these bills to pay.  She came to me and said, "I can't do it



CARL EDWARDS

```
 1      Q    I don't have other questions about the timecard.

 2      A    Oh, wonderful.

 3      Q    Would it be -- would you prefer a half-hour lunch

 4   or a one-hour lunch or 45 minutes?

 5      A    Half hour.

 6      Q    Half hour?

 7      A    Half hour is what we figured.

 8      Q    All right.  That's fine.

 9      A    As you can see, we used her pretty darn good.

10      MS. NIERENBERG:  I think he was answering -- are we

11   off the record?

12      MS. DELL'OLIO:  Let's go off the record.

13      (Lunch break taken.)

14      MS. DELL'OLIO:  Back on the record.

15   BY MS. DELL'OLIO:

16      Q    As I understand your testimony, the farmhouse,

17   which is 1308 Elko, is owned by the holding company that you

18   mentioned earlier.

19      A    Yeah.

20      MS. NIERENBERG:  Objection.  Form.

21   BY MS. DELL'OLIO:

22      Q    1208 --

23      A    Pardon me?

24      Q    You knew what I was talking about when I said the

25   "farmhouse" --
```



CARL EDWARDS

116

1    A    Yeah.

2    Q    1308?  I should have said 1208.  But that didn't

3    confuse you, did it?

4    A    1208, yeah.

5         MS. NIERENBERG:  Excuse me.  Can everybody hear okay?

6    Because I know the air-conditioning is back on.

7         MS. DELL'OLIO:  I will remind our court reporter to let

8    me know.  Should I turn it off?

9         MS. NIERENBERG:  Let us know if you can't hear, and ask

10   Donna to repeat that question.

11        MS. DELL'OLIO:  I don't have that much more to go.

12        THE WITNESS:  It would help if it's off, yeah.

13        MS. NIERENBERG:  Thank you.

14        THE WITNESS:  There it goes.

15   BY MS. DELL'OLIO:

16   Q    Okay.  So the farmhouse is owned by the

17   corporation, the holding company?

18   A    Yes.

19   Q    Is that SKE?

20   A    SJE Holdings.

21   Q    SJE Holdings.

22   So do you keep business records of the rent received

23   from that property?

24   A    We keep it on all rentals, yes, I do.

25   Q    Okay.  And in what form are your records of rents



Colorado Department of Labor and Employment
Unemployment Insurance Operations
P.O. Box 8789, Denver, CO 80201-8789
303-318-9055 (Denver-metro area) or 1-866-265-6365, Ext. 89055 (outside Denver-metro area), Fax 303-318-9024

CASPERS TRAILER SALES
CARL EDWARDS
2734 LAKE AVE
PUEBLO CO   81004

Date
05/11/2016
Employer Account Number
618289 . 00 - 8

## NOTICE OF UNEMPLOYMENT INSURANCE CLAIM,
## WAGES REPORTED, AND POSSIBLE CHARGES

Each person listed below has signed up (filed a claim) for unemployment benefits. Beside each person's name is the amount of wages you reported to us (Item 5) and the amount that may be charged to your account if we pay the person benefits (Item 7). If wages are incorrect or the person did not work for you, turn the form over and follow the instructions to get the wages corrected. Make a copy of the front and back of this form before you send it to the above address. **Do not send this form if wages are correct**

In a separate envelope, you received a Request for Facts About a Former Employee's Employment form. Complete that form and return it by the due date. If we receive that form late, you lose your right to give information about the reason why this person does not work for you (also called your *right to protest*).

We cannot accept facts about this person's employment on this form. If you have any questions, contact us at one of the telephone numbers above.

| 1 Person's Name | 2 Social Security Number | 3 | 4 Quarter-Ending Date | 5 Total Wages Paid | 6 Seasonal | 7 Possible Charges | 8 Weekly Benefit Amount | 9 Last Day of Claim |
|---|---|---|---|---|---|---|---|---|
| LOPEZ/STEPHANIE ANNE | 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 | | 033115 | .00 | | .00 | 302 | 050617 |
| LOPEZ/STEPHANIE ANNE | 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 | | 063015 | 1760.00 | | 585.34 | 302 | 050617 |
| LOPEZ/STEPHANIE ANNE | 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 | | 093015 | 7280.00 | | 2426.66 | 302 | 050617 |
| LOPEZ/STEPHANIE ANNE | 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 | | 123115 | 5812.50 | | 1937.50 | 302 | 050617 |

14852 net

An asterisk in column 3 means that this form shows a correction of wages and possible charges.



EXHIBIT #13
WIT: Lopez
DATE: 10/3/17
Pelton Reporting Service
38

---

Colorado Department of Labor and Employment, Unemployment Insurance Operations, P.O. Box 400, Denver, CO 80201-0400
303-318-9055 (Denver-metro area) or 1-866-265-6365, Ext. 89055 (outside Denver-metro area), Fax 303-318-9014

## REQUEST FOR FACTS ABOUT A FORMER EMPLOYEE'S EMPLOYMENT

The person named in Item 5 has signed up for unemployment benefits. Give us the reason he or she does not work for you and tell us about any payments, other than wages, that you gave the person. We may charge your account if we pay benefits based on this employment. We must receive this completed form by 05/23/2016. Failure to respond timely (see Item 2) may result in a decision based on available claimant information, and your right to protest the payment of UI benefits may be denied, unless good cause exists for the untimely response. Mail or fax the completed form to the above address or fax number; do not do both. Attach any documentation you have to support your statements. Attachments must include the business name, claimant name, and social security number. We will mail you a Notice of Decision to tell you whether we will pay benefits. We usually do not mail a Notice of Decision if the employee was laid off or if a payment you made does not affect benefits. Contact your former employee if you have work for him or her. Call or write us if he or she refuses the work. Our telephone numbers and address are above.

CASPERS TRAILER SALES
CARL EDWARDS
2734 LAKE AVE
PUEBLO, CO  81004-0000

1. Date Mailed **05/11/2016**
2. Due Date **05/23/2016**
3. First day of claim **05/08/2016**
4. Social Security Number **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**
5. Person who signed up for Unemployment Benefits **LOPEZ/STEPHANIE ANNE**
6. Employer Account Number **618289008**
7. Amount your Account May be Charged **4,950.00**
8. Check this box if this person did not work for you.

In a separate envelope, you will receive a Notice of Unemployment Insurance Claim, Wages Reported, and Possible Charges form. The form provides details about the amount you may be charged if we pay benefits based on this employment. Follow the instructions on that form if you need to request that wages for this person be corrected.

9. Is this person no longer working for you? (check one)

Work at this Time/Laid Off

(complete Items 17 and 20)
(complete Items 18 and 20)
Strike (complete Item 20)
Other Reasons (complete Item 20)

10. Please check if appropriate:

This person was hired full-time (32 hours or more) and is now working reduced hours.

This person was hired part-time and continues to work part-time.

11. First Day Worked (mm/dd/yyyy) **05 27 2015**

12. Last Day Worked (mm/dd/yyyy) **03 04 2016**

13. Rate of Pay $ **10.00 Start**
X Hour  Month
Week  Year **15.00 End**

14. Number of Regularly Scheduled Hours per Week **40**

Did you pay this person vacation pay, wages in lieu of notice, or any other payment because his/her employment ended? (Do not include information about this person's final wages.)  Yes  X No

| Type of Payment | Gross Amount (Before Taxes) | Date Paid | Weeks | Number of Days | Hours |
|---|---|---|---|---|---|
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |

Did this person receive a pension or retirement to which you paid? (Answer No if you did not pay into the pension or retirement.)  Yes  No

How is/was the pension paid?

Lump Sum  Gross Amount _____  Date Paid _____
Monthly  Monthly Amount $ _____  First Date Paid _____

**39**

Colorado Department of Labor and Employment, Unemployment Insurance Operations, P.O. Box 400, Denver, CO 80201-0400
303-318-9055 (Denver-metro area) or 1-866-265-6365, Ext. 89055 (outside Denver-metro area), Fax 303-318-9014

## REQUEST FOR FACTS ABOUT A FORMER EMPLOYEE'S EMPLOYMENT

The person named in Item 5 has signed up for unemployment benefits. Give us the reason he or she does not work for you and tell us about any payments, other than wages, that you gave the person. We may charge your account if we pay benefits based on this employment. We must receive this completed form by 05/23/2016 . Failure to respond timely (see Item 2) may result in a decision based on available claimant information, and your right to protest the payment of UI benefits may be denied, unless good cause exists for the untimely response. Mail or fax the completed form to the above address or fax number; do not do both. Attach any documentation you have to support your response. Attachments must include the business name, claimant name, and social security number. We will mail you a Notice of Decision to tell you whether we will pay benefits. We usually do not mail a Notice of Decision if the employee was laid off or if a payment you made does not affect benefits. Contact your former employee if you have work for him or her. Call or write us if he or she refuses the work. Our phone numbers and address are above.

CASPERS TRAILER SALES
CARL EDWARDS
2734 LAKE AVE
PUEBLO, CO  81004-0000

1. Date Mailed 05/11/2016
2. Due Date 05/23/2016
3. First day of claim 05/08/2016
4. Social Security Number 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
5. Person who signed up for Unemployment Benefits LOPEZ/STEPHANIE ANNE
6. Employer Account Number 618289008
7. Amount your Account May be Charged 4,950.00
8. Check this box if this person did not work for you.

In a separate envelope, you will receive a Notice of Unemployment Insurance Claim, Wages Reported and Possible Charges form. The form provides details about the amount you may be charged if we pay benefits based on this employment. Follow the instructions on that form if you need to request that wages for this person be corrected

9. Is this person no longer working for you?
   - No Work at this Time/Laid Off (do not complete Items 17 and 20)
   - (complete Items 17 and 20)
   - Fired (complete Items 18 and 20)
   - Strike (complete Item 20)
   - Other Reasons (complete Item 20)

10. Please check if appropriate:
   This person was hired full-time (32 hours or more) and is now working reduced hours
   This person was hired part-time and continues to work part-time

11. First Day Worked (mm/dd/yyyy) 0 5 2 7 2 0 1 5
12. Last Day Worked (mm/dd/yyyy) 0 3 0 4 2 0 1 6

13. Rate of Pay $ 10.00 start
   X Hour   Month
   Week   Year 15.00 End

14. Number of Regularly Scheduled Hours per Week 40

Did you pay this person vacation pay, wages in lieu of notice, or any other payment because his/her employment ended? (Do not include information about this person's final wages.)   Yes   X No

| Type of Payment | Gross Amount (Before Taxes) | Date Paid | Weeks | Number of Days | Hours |
|---|---|---|---|---|---|
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |

Did this person receive a pension or retirement for which you paid? (Answer No if you did not fund the pension or retirement.)   No
How is/was the pension paid?
   Lump Sum   Gross Amount _____   Date Paid _____
   Monthly   Monthly Amount $ _____   First Date Paid _____



Colorado Department of Labor and Employment, Unemployment Insurance Program
P.O. Box 8988, Denver, CO 80201-8988

| Claimant Social Security Number | Date Mailed |
|---|---|
| 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 | 05/18/2016 |
| Employer Account Number | Last Day of Claim |
| 618282008 | 05/06/2017 |
| Employer Charging Information | Deputy ID |
| CHARGEABLE | 1240 |
| | Issue ID |
| | 03 |

CASPERS TRAILER SALES
CARL EDWARDS
2734 LAKE AVE
PUEBLO CO  81004

STEPHANIE A LOPEZ
1229 VAN BUREN ST
PUEBLO  CO    81004

# NOTICE OF DECISION

Section of Law Used:  COLORADO EMPLOYMENT SECURITY ACT
8-70-141

Decision:
WE HAVE RECEIVED A REQUEST TO CORRECT THE WAGES EARNED FROM THIS EMPLOYER. THE
DIVISION HAS CONFIRMED THE WAGES AS CORRECT AND CANNOT CHANGE THEM.

Any party to this decision may disagree with (appeal) it. To appeal, turn over this form and fill out the information on the other side. This decision is final unless we receive a written appeal no later than 20 calendar days from **05/18/2016** .

Claimant:  Continue to request payment on CUBLine Online or CUBLine while you are waiting to hear about your appeal.

MORE APPEAL INFORMATION IS ON THE OTHER SIDE OF THIS FORM.

Colorado Department of Labor and Employment, Unemployment Insurance Program
P.O. Box 8988, Denver, CO 80201-8988

| Claimant Social Security Number | Date Mailed |
|---|---|
| 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 | 05/18/2016 |
| Employer Account Number | Last Day of Claim |
| 618239008 | 05/08/2017 |
| Employer Charging Information | Deputy ID |
| CHARGEABLE | 1146 |
| | Issue ID |
| | 03 |

CASPERS TRAILER SALES
CARL EDWARDS
2734 LAKE AVE
PUEBLO CO  81004

STEPHANIE A LOPEZ
1229 VAN BUREN ST
PUEBLO  CO    81004

## NOTICE OF DECISION

Section of Law Used:   COLORADO EMPLOYMENT SECURITY ACT
8-70-141

Decision:
WE HAVE RECEIVED A REQUEST TO CORRECT THE WAGES EARNED FROM THIS EMPLOYER. THE
DIVISION HAS CONFIRMED THE WAGES AS CORRECT AND CANNOT CHANGE THEM.

Any party to this decision may disagree with (appeal) it. To appeal, turn over this form and fill out the information on the
other side. This decision is final unless we receive a written appeal no later than 20 calendar days from 05/18/2016

Important:  Continue to request payment on CUBLine Online or CUBLine while you are waiting to hear about your
appeal.

R (12016)      MORE APPEAL INFORMATION IS ON THE OTHER SIDE OF THIS FORM.

# JDL Trailer Sales
## 2734 LAKE AVE.
## PUEBLO, CO 81004
## 719-564-8056
## 719-564-0306 FAX

5/17/2016

Colorado Department of
  Labor and Employment
Unemployment Insurance Operations
P.O. Box 8789
Denver, CO 80201-8789

RE: Stephanie Anne Lopez
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

I am replying to your request for facts about Ms. Stephanie Anne Lopez and her request for unemployment.

Ms. Lopez left our company due to illness. She was sick on a daily basis and would often have to leave work sick or to go to the doctor. She was not fired, nor did she quit, she was just unable to perform her duties. We just mutually agreed that she would come back to work if and when she was able to work again. As of this time, she is still sick and we have not heard anything further from her.

Please call me if you have any questions.

Thank you,

*Julie Earp*

Julie Earp
719-242-6204

5/27/16

Danet
Colo Dept of Labor
303-318-9018 X 83483

Called RE-Steph Lopez

Said my response letter did
not match with her response
as to why she quit.

She claims that a manager
here named 'Duncan' was
harassing her. Would like a
cigarette & blow it in her face,
knowing well that she was
allergic to the smoke. This was
in a long line of harassment
she received from management

I [illegible] ...

She did not call back even after we left numerous messages + sent a response letter 5/17/2016.

Colorado Department of Labor and Employment, Unemployment Insurance Program
P.O. Box 8988, Denver, CO 80201-8988

| Claimant Social Security Number | Date Mailed |
|---|---|
| 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 | 06/03/2016 |
| Employer Account Number | Last Day of Claim |
| 618289008 | 05/06/2017 |
| Employer Charging Information | Deputy ID |
| CHARGEABLE | 1840 |
| | Issue ID |
| | 01 |

CASPERS TRAILER SALES
CARL EDWARDS
2734 LAKE AVE
PUEBLO CO  81004

STEPHANIE A LOPEZ
1229 VAN BUREN ST
PUEBLO CO    81004

## NOTICE OF DECISION

Section of Law Used:   COLORADO EMPLOYMENT SECURITY ACT
8-73-108 (4)(O)

Decision:
BASED ON INFORMATION RECEIVED, OUR INVESTIGATION HAS DETERMINED THAT YOU QUIT
THIS EMPLOYMENT AFTER BEING SUBJECT TO HARASSMENT BY YOUR EMPLOYER. THE
EMPLOYER'S ACTION WAS NOT RELATED TO YOUR JOB PERFORMANCE.  IT IS DETERMINED
YOU ARE ENTITLED TO BENEFITS ATTRIBUTABLE TO THIS EMPLOYMENT PROVIDED YOU
CONTINUE TO MEET ALL WEEKLY ELIGIBILITY REQUIREMENTS.

EMPLOYER: YOU DID NOT RESPOND TO OUR INITIAL REQUEST FOR FACTS ABOUT A FORMER
EMPLOYEE'S SEPARATION WITHIN THE TIME LIMIT SPECIFIED BY REGULATION 7.2.
HOWEVER YOU DID PROVIDE INFORMATION UPON LATER CONTACT AND THE DIVISION HAS
MADE A PRESUMPTIVE FINDING OF GOOD CAUSE FOR YOUR UNTIMELY RESPONSE AS ALSO
SPECIFIED BY REGULATION 7.2. YOUR INFORMATION WAS CONSIDERED IN OUR DECISION.

Any party to this decision may disagree with (appeal) it.  To appeal, turn over this form and fill out the information on the other side.  This decision is final unless we receive a written appeal no later than 20 calendar days from 06/03/2016

Claimant:  Continue to request payment on CUBLine Online or CUBLine while you are waiting to hear about your appeal.

MORE APPEAL INFORMATION IS ON THE

Colorado Department of Labor and Employment
Division of Unemployment Insurance
P.O. Box 400, Denver, CO 80201-0400
303-318-9100 (Denver-metro area) or 1-800-480-8299 (outside Denver-metro area)

STATEMENT OF BENEFIT CHARGES

MEYERS TRAILER SALES
CARL EDWARDS
1234 LAKE AVE
PUEBLO          CO   81004

| | |
|---|---|
| 1. Account Number | 618289000E |
| 2. Fiscal Quarter | 20164 |
| 3. Date Mailed | 07/26/2016 |
| 4. Page | C |

THIS IS NOT A REQUEST FOR PAYMENT. PLEASE READ THE REVERSE SIDE FOR AN EXPLANATION OF ITEMS.

| 5. Social Security Number | 6. Benefit Year Ending | 7. Claimant Name | 8. Total Charges |
|---|---|---|---|
| ...-..-4416 | 05/06/2017 | LOPEZ/STEPHANIE ANNE | 1,513.00 |
| | | 9. Total This Quarter | 1,513.00 |
| | | 10. Total Year To Date | 1,513.00 |

R 04 2016

**47**

Colorado Department of Labor and Employment
Division of Unemployment Insurance
P.O. Box 400, Denver, CO 80201-0400
303-318-9100 (Denver-metro area) or 1-800-480-8299 (outside Denver-metro area)

STATEMENT OF BENEFIT CHARGES

CALIPERS TRAILER SALES
CARL EDWARDS
3734 LAKE AVE
PUEBLO          CO   81004

| 1. Account Number |
|---|
| 618289008 |
| 2 Fiscal Quarter |
| 20164 |
| 3. Date Mailed |
| 07/25/2016 |
| 4 Page |
| 1 |

THIS IS NOT A REQUEST FOR PAYMENT. PLEASE READ THE REVERSE SIDE FOR AN EXPLANATION OF ITEMS.

| 5. Social Security Number | 6. Benefit Year Ending | 7. Claimant Name | 8. Total Charges |
|---|---|---|---|
| -31-4326 | 05/06/2017 | LOPEZ/STEPHANIE ANNE | 1,510.00 |

| | |
|---|---|
| 9. Total This Quarter | 1,510.00 |
| 10. Total Year To Date | 1,510.00 |

1:00 PM

05/17/16

# Casper's Trailer Sales Inc.
## Payroll Summary
### May 2015 through March 2016

| | Hours | Stephanie A Lopez Rate | May '15 - Mar 16 | TOTAL Hours |
|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | |
| Gross Pay | | | | |
| Hourly Rate | 1,307 | 15.00 | 18,565.00 | 1,307.00 |
| Total Gross Pay | 1,307 | | 18,565.00 | 1,307.00 |
| Adjusted Gross Pay | 1,307 | | 18,565.00 | 1,307.00 |
| Taxes Withheld | | | | |
| Federal Withholding | | | -2,170.00 | |
| Medicare Employee | | | -266.87 | |
| Social Security Employee | | | -1,141.12 | |
| CO - Withholding | | | -777.00 | |
| Medicare Employee Addl Tax | | | 0.00 | |
| Total Taxes Withheld | | | -4,354.99 | |
| Net Pay | 1,307 | | 14,210.01 | 1,307.00 |
| **Employer Taxes and Contributions** | | | | |
| Federal Unemployment | | | 64.28 | |
| Medicare Company | | | 266.87 | |
| Social Security Company | | | 1,141.12 | |
| CO - Unemployment Company | | | 0.62 | |
| CO - Tax Surcharge | | | 34.13 | |
| Total Employer Taxes and Contributions | | | 1,507.02 | |

1 00 PM

05/17/16

# Casper's Trailer Sales Inc.
## Payroll Summary
### May 2015 through March 2016

|  | | TOTAL |
|---|---|---|
|  | Rate | May '15 - Mar 16 |
| **Employee Wages, Taxes and Adjustments** | | |
| Gross Pay | | |
| Hourly Rate | | 18,565.00 |
| Total Gross Pay | | 18,565.00 |
| Adjusted Gross Pay | | 18,565.00 |
| Taxes Withheld | | |
| Federal Withholding | | -2,170.00 |
| Medicare Employee | | -266.87 |
| Social Security Employee | | -1,141.12 |
| CO - Withholding | | -777.00 |
| Medicare Employee Addl Tax | | 0.00 |
| Total Taxes Withheld | | -4,354.99 |
| Net Pay | | **14,210.01** |
| **Employer Taxes and Contributions** | | |
| Federal Unemployment | | 64.28 |
| Medicare Company | | 266.87 |
| Social Security Company | | 1,141.12 |
| CO - Unemployment Company | | 0.62 |
| CO - Tax Surcharge | | 34.13 |
| Total Employer Taxes and Contributions | | **1,507.02** |

1:01 PM

05/17/16

## Casper's Trailer Sales Inc.
## Payroll Summary
### May 2015 through March 2016

| | | TOTAL |
| --- | --- | --- |
| | Rate | May '15 - Mar 16 |
| Employee Wages, Taxes and Adjustments | | |
|   Gross Pay | | |
|     Hourly Rate | | 18,565.00 |
|   Total Gross Pay | | 18,565.00 |
| Adjusted Gross Pay | | 18,565.00 |
| Taxes Withheld | | |
|   Federal Withholding | | -2,170.00 |
|   Medicare Employee | | -266.87 |
|   Social Security Employee | | -1,141.12 |
|   CO - Withholding | | -777.00 |
|   Medicare Employee Addl Tax | | 0.00 |
| Total Taxes Withheld | | -4,354.99 |
| Net Pay | | 14,210.01 |
| Employer Taxes and Contributions | | |
|   Federal Unemployment | | 64.28 |
|   Medicare Company | | 266.87 |
|   Social Security Company | | 1,141.12 |
|   CO - Unemployment Company | | 0.62 |
|   CO - Tax Surcharge | | 34.13 |
| Total Employer Taxes and Contributions | | 1,507.02 |

Colorado Department of Labor and Employment, Unemployment Insurance Program
P.O. Box 8988, Denver, CO 80201-8988

| Claimant Social Security Number | Date Mailed |
|---|---|
| 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 | 06/03/2016 |
| Employer Account Number | Last Day of Claim |
| 618289008 | 05/06/2017 |
| Employer Charging Information | Deputy ID |
| CHARGEABLE | 1840 |
| | Issue ID |
| | 01 |

CASPERS TRAILER SALES
CARL EDWARDS
2734 LAKE AVE
PUEBLO CO  81004

STEPHANIE A LOPEZ
1229 VAN BUREN ST
PUEBLO  CO    81004

## NOTICE OF DECISION

Section of Law Used:   COLORADO EMPLOYMENT SECURITY ACT
8-73-108 (4)(O)

Decision:
BASED ON INFORMATION RECEIVED, OUR INVESTIGATION HAS DETERMINED THAT YOU QUIT
THIS EMPLOYMENT AFTER BEING SUBJECT TO HARASSMENT BY YOUR EMPLOYER. THE
EMPLOYER'S ACTION WAS NOT RELATED TO YOUR JOB PERFORMANCE. IT IS DETERMINED
YOU ARE ENTITLED TO BENEFITS ATTRIBUTABLE TO THIS EMPLOYMENT PROVIDED YOU
CONTINUE TO MEET ALL WEEKLY ELIGIBILITY REQUIREMENTS.

EMPLOYER: YOU DID NOT RESPOND TO OUR INITIAL REQUEST FOR FACTS ABOUT A FORMER
EMPLOYEE'S SEPARATION WITHIN THE TIME LIMIT SPECIFIED BY REGULATION 7.2.
HOWEVER YOU DID PROVIDE INFORMATION UPON LATER CONTACT AND THE DIVISION HAS
MADE A PRESUMPTIVE FINDING OF GOOD CAUSE FOR YOUR UNTIMELY RESPONSE AS ALSO
SPECIFIED BY REGULATION 7.2. YOUR INFORMATION WAS CONSIDERED IN OUR DECISION.

Any party to this decision may disagree with (appeal) it. To appeal, turn over this form and fill out the information on the
other side. This decision is final unless we receive a written appeal no later than 20 calendar days from 06/03/2016 .

Claimant: Continue to request payment on CUBLine Online or CUBLine while you are waiting to hear about your appeal.

MORE APPEAL INFORMATION IS ON THE OTHER SIDE OF THIS FORM

1:47 PM

01/16/17

Accrual Basis

# Casper's Trailer Sales Inc.
## Employee QuickReport
### January 1, 2015 through January 16, 2017

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **Stephanie A Lopez** | | | | | | |
| Paycheck | 05/29/2015 | 5924 | | Casper's Trailer Sal... | X | 155.00 |
| Paycheck | 06/05/2015 | 5929 | | Casper's Trailer Sal... | X | 308.40 |
| Paycheck | 06/12/2015 | 5938 | | Casper's Trailer Sal... | X | 308.40 |
| Paycheck | 06/19/2015 | 5948 | | Casper's Trailer Sal... | X | 308.40 |
| Paycheck | 06/26/2015 | 5951 | | Casper's Trailer Sal... | X | 308.40 |
| Paycheck | 07/03/2015 | 5956 | | Casper's Trailer Sal... | X | 249.52 |
| Paycheck | 07/10/2015 | 5960 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 07/17/2015 | 5964 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 07/24/2015 | 5972 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 07/31/2015 | 5975 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 08/07/2015 | 5980 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 08/14/2015 | 5986 | | Casper's Trailer Sal... | X | 366.28 |
| Paycheck | 08/21/2015 | 5989 | | Casper's Trailer Sal... | X | 366.28 |
| Paycheck | 08/28/2015 | 5993 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 09/04/2015 | 5996 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 09/11/2015 | 5999 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 09/18/2015 | 6005 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 09/25/2015 | 6008 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 10/02/2015 | 6012 | | Casper's Trailer Sal... | X | 366.28 |
| Paycheck | 10/09/2015 | 6015 | | Casper's Trailer Sal... | X | 366.28 |
| Paycheck | 10/16/2015 | 6023 | | Casper's Trailer Sal... | X | 191.64 |
| Paycheck | 10/23/2015 | 6026 | | Casper's Trailer Sal... | X | 404.76 |
| Paycheck | 10/30/2015 | 6031 | | Casper's Trailer Sal... | X | 366.28 |
| Paycheck | 11/06/2015 | 6035 | | Casper's Trailer Sal... | X | 98.82 |
| Paycheck | 11/13/2015 | 6038 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 11/20/2015 | 6045 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 11/27/2015 | 6049 | | Casper's Trailer Sal... | X | 366.28 |
| Paycheck | 12/04/2015 | 6052 | | Casper's Trailer Sal... | X | 191.64 |
| Paycheck | 12/11/2015 | 6058 | | Casper's Trailer Sal... | X | 432.39 |
| Paycheck | 12/18/2015 | 6061 | | Casper's Trailer Sal... | X | 387.99 |
| Paycheck | 12/24/2015 | 6064 | | Casper's Trailer Sal... | | 366.20 |
| Paycheck | 01/08/2016 | 6068 | | Casper's Trailer Sal... | X | 404.76 |
| Paycheck | 01/15/2016 | 6076 | | Casper's Trailer Sal... | X | 232.59 |
| Paycheck | 01/22/2016 | 6078 | | Casper's Trailer Sal... | X | 31.16 |
| Paycheck | 01/29/2016 | 6082 | | Casper's Trailer Sal... | X | 274.54 |
| Paycheck | 02/03/2016 | 6084 | | Casper's Trailer Sal... | X | 290.31 |
| Paycheck | 02/12/2016 | 6086 | | Casper's Trailer Sal... | X | 231.12 |
| Paycheck | 02/19/2016 | | | Casper's Trailer Sal... | X | 257.76 |
| Paycheck | 02/26/2016 | 6096 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 03/04/2016 | 6099 | | Casper's Trailer Sal... | X | 453.10 |
| Paycheck | 03/07/2016 | 6100 | | Casper's Trailer Sal... | X | 235.05 |
| Total Stephanie A Lopez | | | | | | 14,210.01 |
| **TOTAL** | | | | | | 14,210.01 |

EXHIBIT 6
WIT: Lopez
DATE: 12/31/17
Pelton Reporting Service

PAY PERIOD ENDING

). 10-30-15

6035

ᴹᴱ *Stephanie Lopez*

| ᴶᴿˢ | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| RS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| ᴶ:02 | | | ᴱᴿ04:33 | | |
| | | | | | |

| N | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|
| | | | | | Weekly Totals |

ᴴRS SHOWN IS CORRECT.

᠁:11
:1130-000

Acroprint Time Recorder Co., Raleigh, NC

---

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 11/06/2015

Status (Fed/State)
Single/Single
Pay Period: 10/30/2015 - 11/05/2015

SSN
***-**-4326

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1716070-1

## Casper's Trailer Sales Inc.  DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 8.00 | 15.00 | 120.00 | 11,372.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,341.00 |
| Federal Withholding | -8.00 | -695.18 |
| Social Security Employee | -7.44 | -162.58 |
| Medicare Employee | -1.74 | -478.00 |
| CO - Withholding | -4.00 | -2,676.76 |
| | -21.18 | |

| Net Pay | 98.82 | 8,695.74 |
|---|---|---|

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

54

Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN         Status (Fed/State)
..... -4326   Single/Single
Pay Period: 10/09/2015 - 10/15/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 16.00 | 15.00 | 240.00 | 10,240.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,212.00 |
| Federal Withholding | -21.00 | -624.96 |
| Social Security Employee | -14.88 | -146.16 |
| Medicare Employee | -3.48 | -431.00 |
| CO - Withholding | -9.00 | -2,414.12 |
|  | -48.36 |  |

| Net Pay | 191.64 | 7,825.88 |

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 10/16/2015

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1718070-1

Casper's Trailer Sales Inc, 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

PAY PERIOD ENDING
10-9-15

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
|  |  |  | FED. WITH. TAX |  |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
|  |  |  | STATE DIS. |  |
| HOURS |  | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
|  |  |  | CITY WITH. TAX | BALANCE DUE |
|  |  |  | OTHER |  |

| Days |  |  |  |  |  |  | Hours |
|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |
| 2 | ≢00:14 |  |  | ≢05:47 |  |  |  |
| 3 |  |  |  |  | ≢07:47 |  |  |
| 4 | ≢08:03 |  |  | ≢04:30 |  |  |  |
| 5 | ≢08:00 |  |  | ≢04:33 |  |  |  |
| 6 |  |  |  |  |  |  |  |
| 7 |  |  |  |  | 16 |  |  |
|  | IN | OUT | IN | OUT | IN | OUT |  |

TOTAL HOURS SHOWN IS CORRECT.          Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

NO. 10/23/15.

**PAY PERIOD ENDING**

NAME Stephanie Sorer

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | | OUT | | | Hours |
|---|---|---|---|---|---|---|
| 1 | 08:00 | | 04:43 | | | |
| 2 | 07:55 | | 4:30 | | | |
| 3 | | | 04:31 | | | |
| 4 | | | | | | |
| 5 | 08:14 | | 04:30 | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.   Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

---

6031

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 10/30/2015

Status (Fed/State)
Single/Single
Pay Period: 10/23/2015 - 10/29/2015

SSN
***-**-4326

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32:00 | 15.00 | 480.00 | 11,252.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -57.00 | -1,333.00 |
| Social Security Employee | -29.76 | -687.74 |
| Medicare Employee | -6.96 | -160.84 |
| CO - Withholding | -20.00 | -474.00 |
| | -113.72 | -2,865.58 |

| Net Pay | 366.28 | 8,596.92 |
|---|---|---|

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1716070-1

56

6026

Casper's Trailer Sales Inc., DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1729 Van Buren, Pueblo, CO 81004

SSN: ---4326
Status (Fed/State) Single/Single
Pay Period: 10/16/2015 - 10/22/2015

Allowances/Extra
Fed 0/0/CO-0/0
Pay Date: 10/23/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 35.30 | 15.00 | 532.50 | 10,772.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,276.00 |
| Federal Withholding | -84.00 | -657.98 |
| Social Security Employee | -33.02 | -153.88 |
| Medicare Employee | -7.72 | -454.00 |
| CO - Withholding | -23.00 | -2,541.86 |
| | -127.74 | |

| Net Pay | 404.76 | 8,230.64 |

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll
www.checkstorders.com 800-245-5775   Order # 1716070-1

PAY PERIOD ENDING

NO. 10/16/15

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | | | Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | ⊉08:28 | | | ⊉04:31 | 1½ | | | |
| 2 | ⊉08:02 | | | ⊉04:30 | 8 | | | |
| 3 | ⊎07:56 | | | ⊎04:30 | 9 | | | |
| 4 | ⊤10:57 | | | ⊤04:39 | 5 | | | ! |
| 5 | ⊞09:01 | | | ⊞04:31 | 1 | | | |
| 6 | | | | | | | | |
| 7 | | | | | 35½/₂ | | | |
| | IN | OUT | IN | OUT | IN | OUT | | |

TOTAL HOURS SHOWN IS CORRECT.                Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

57

6015

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 10/09/2015

SSN
***-**-4326
Pay Period: 10/02/2015 - 10/08/2015

Status (Fed/State)
Single/Single

## Casper's Trailer Sales Inc.  DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32.00 | 15.00 | 480.00 | 10,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -57.00 | -1,191.00 |
| Social Security Employee | -29.76 | -610.08 |
| Medicare Employee | -6.96 | -142.68 |
| CO - Withholding | -20.00 | -422.00 |
| | -113.72 | -2,365.76 |

| Net Pay | 366.28 | 7,534.24 |
|---|---|---|

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

PAY PERIOD ENDING

NO.                                                    10/5/15

NAME  *Stephanie Lopez*

Powered by Intuit Payroll
www.checkstoriders.com 800-245-5775   Order # 171807b-1

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | OUT | IN | OUT | IN | OUT | Hours |
|---|---|---|---|---|---|---|---|
| 1 | 208:50 | | | 430 | | | |
| 2 | 208:16 | | | 204:30 | | | |
| 3 | 408:04 | | | 404:40 | | | |
| 4 | 208:44 | | | 204:28 | | | |
| 5 | 208:55 | | | | | | |
| 6 | | | | | 80 | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

6012

Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
****-4326
Pay Period: 09/25/2015 - 10/01/2015

Status (Fed/State)
Single/Single

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 10/02/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32.00 | 15.00 | 480.00 | 9,520.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,134.00 |
| Federal Withholding | -57.00 | -580.32 |
| Social Security Employee | -29.76 | -135.72 |
| Medicare Employee | -6.96 | -402.00 |
| CO - Withholding | -20.00 | -2,252.04 |
| | -113.72 | |

| Net Pay | 366.28 | 7,267.96 |

Powered by Intuit Payroll

www.checksforless.com 800-245-5775  Order # 1718070-1

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

PAY PERIOD ENDING

NO. 9/25/15

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | F.I.C.A. | |
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | ⏵08:09 | | | 4:30 | | |
| 2 | ⏵08:09 | | | ⏵04:35 | | |
| 3 | ⏵08:05 | | | ⏵04:35 | | |
| 4 | none | | | | | |
| 5 | ⏵07:58 | | | ⏵04:31 | | |
| 6 | | | | | | |
| 7 | | | | | | |

| IN | OUT | IN | OUT | IN | OUT | Weekly Totals |
|---|---|---|---|---|---|---|

TOTAL HOURS SHOWN IS CORRECT

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

59

PAY PERIOD ENDING

NO. 9/11/15

NAME _Stephanie Lopez_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | Hours |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | ᴹᴱ08:03 | | ᴹᴱ04:32 | | |
| 4 | ᶠ08:15 | | | | |
| 5 | ᶠ07:58 | | ᶠᴿ04:32 | | |
| 6 | | | | | |
| 7 | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.        Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

---

9209

Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee                                              SSN          Status (Fed/State)
Stephanie A. Lopez, 1229 Van Buren, Pueblo, CO 81004  ***-**-4326  Single/Single
                                                      Pay Period: 09/11/2015 - 09/17/2015

Allowances/Extra
Fed:000/CO-0/0
Pay Date: 09/18/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 15:00 | 600.00 | 8,440.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,002.00 |
| Federal Withholding | -75.00 | |
| Social Security Employee | -37.20 | -513.36 |
| Medicare Employee | -8.70 | -120.06 |
| CO - Withholding | -26.00 | -356.00 |
| | -146.90 | -1,991.42 |

| Net Pay | 453.10 | 6,448.58 |
|---|---|---|

Casper's Trailer Sales Inc, 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

www.checkforless.com 800-245-5775   Order # 17180701

Powered by Intuit Payroll

6005

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

**SSN**
***-**-4328

**Status (Fed/State)**
Single/Single

**Allowances/Extra**
Fed-0/0/CO-0/0

Pay Period: 09/18/2015 – 09/24/2015

Pay Date: 09/25/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 15.00 | 600.00 | 9,040.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -75.00 | -1,077.00 |
| Social Security Employee | -37.20 | -550.56 |
| Medicare Employee | -8.70 | -128.76 |
| CO - Withholding | -26.00 | -382.00 |
| | | -2,138.32 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 453.10 | 8,901.68 |

---

NO. 9/18/15.

PAY PERIOD ENDING

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | OUT | IN | OUT | IN | OUT | Hours |
|---|---|---|---|---|---|---|---|
| 1 | 07:59 | | 04:30 | | | | |
| 2 | 07:59 | | 04:30 | | | | |
| 3 | 08:17 | | 04:36 | | | | |
| 4 | | | 04:31 | | | | |
| 5 | 03:58 | 09:24 | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

9209

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

www.checkstore.com 800-245-5775   Order # 17180770-1

Powered by Intuit Payroll



## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ***-**-4326   Status (Fed/State) Single/Single
Pay Period: 09/04/2015 - 09/10/2015

**5999**

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 09/11/2015

**Earnings and Hours**

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 15.00 | 600.00 | 7,840.00 |

**Taxes**

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -927.00 |
| Social Security Employee | -37.20 | -476.16 |
| Medicare Employee | -8.70 | -111.36 |
| CO - Withholding | -26.00 | -330.00 |
| | -146.90 | -1,844.52 |

**Net Pay** | 453.10 | 5,995.48 |

5996

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 09/04/2015

Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| | | SSN | Status (Fed/State) |
| | | ...-4326 | Single/Single |
| | | Pay Period: 08/28/2015 - 09/03/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 15.00 | 600.00 | 7,240.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -852.00 |
| Social Security Employee | -37.20 | -438.96 |
| Medicare Employee | -8.70 | -102.66 |
| CO - Withholding | -26.00 | -304.00 |
| | -146.90 | -1,697.62 |

| Net Pay | 453.10 | 5,542.38 |

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll
www.checkfordfess.com 800-245-5775   Order # P17761-1

PAY PERIOD ENDING

NO.

NAME _Stephanie Lopez_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | ᴹ07:42 | | | ᴹ04:35 | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.                    Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

63

PAY PERIOD ENDING
8/21/15

NO.

NAME _Stephanie Lopez_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | OUT | IN | OUT | IN | OUT | |
|---|---|---|---|---|---|---|---|
| 1 | 207:48 | | | 204:35 | | | Hours |
| 2 | | | | | | | |
| 3 | 408:09 | | | | | | |
| 4 | | | | | | | |
| 5 | 407:56 | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

---

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ***-**-4326
Pay Period: 08/21/2015 - 08/27/2015

Status (Fed/State)
Single/Single

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 08/28/2015

**Earnings and Hours**

| Hourly Rate | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| | 40.00 | 15.00 | 600.00 | 6,840.00 |

**Taxes**

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -777.00 |
| Federal Withholding | -75.00 | -401.76 |
| Social Security Employee | -37.20 | 93.96 |
| Medicare Employee | -8.70 | -278.00 |
| CO - Withholding | -28.00 | -1,550.72 |

Net Pay: -146.90

Net Pay: 453.10   5,089.28

---

www.checkdirtea.com 800-245-5775     Powered by Intuit Payroll     Order # P17781-1

5993

5989

**Casper's Trailer Sales Inc.   DBA JDL Trailer Sales**

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
...-4326
Pay Period 08/14/2015 - 08/20/2015

Status (Fed/State)
Single/Single

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 08/21/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32.00 | 15.00 | 480.00 | 6,040.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -57.00 | -702.00 |
| Social Security Employee | -29.76 | -364.56 |
| Medicare Employee | -6.96 | -85.28 |
| CO - Withholding | -20.00 | -252.00 |
| | -113.72 | -1,403.82 |

| Net Pay | 366.28 | 4,636.18 |
|---|---|---|

---

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

Powered by Intuit Payroll
www.checksforless.com 800-245-5775    Order # P177611

NO.

PAY PERIOD ENDING
8-14-15

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS | TOTAL DEDUCTIONS |
| | | | STATE U.C | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | 07:55 | | | 04:37 | | |
| 2 | | | | | | |
| 3 | 07:54 | | | 04:37 | | |
| 4 | 08:04 | | | 04:30 | | |
| 5 | 08:54 | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.                    Weekly Totals

ATR B5111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

3800

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date 08/07/2015

Status (Fed/State)
Single/Single
SSN ****-4326
Pay Period 07/31/2015 - 08/06/2015

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| | Hours | Rate |
|---|---|---|
| Earnings and Hours | 40.00 | |
| Hourly Rate | | 15.00 |

| | Current | YTD Amount |
|---|---|---|
| | 600.00 | 5,080.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -588.00 |
| Federal Withholding | -75.00 | -305.04 |
| Social Security Employee | -37.20 | -71.34 |
| Medicare Employee | -8.70 | -212.00 |
| CO - Withholding | -26.00 | -1,176.38 |
| | -146.90 | |
| Net Pay | 453.10 | 3,903.62 |

Caspers Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

Powered by Intuit Payroll
www.checkstofess.com 800-245-5775   Order # P17781-1

PAY PERIOD ENDING

NO. 7/31/15

NAME Stephanie Lop

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | | | Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | 08:21 | | | | | | | |
| 2 | 07:51 | | | | | | | |
| 3 | 08:13 | 08:51 | | | | | | |
| 4 | 07:56 | | 04:36 | | | | | |
| 5 | 07:55 | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

66

5986

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 08/14/2015

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ····-4326
Pay Period: 08/07/2015 - 08/13/2015

Status (Fed/State)
Single/Single

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Earnings and Hours | 32.00 | 15.00 | 480.00 | 5,560.00 |
| Hourly Rate | | | | |

| | Current | YTD Amount |
|---|---|---|
| **Taxes** | | |
| Medicare Employee Addl Tax | 0.00 | -645.00 |
| Federal Withholding | -57.00 | -334.60 |
| Social Security Employee | -29.76 | -78.30 |
| Medicare Employee | -6.96 | -232.00 |
| CO - Withholding | -20.00 | -1,290.10 |
| | -113.72 | |
| | | 4,269.90 |
| **Net Pay** | 366.28 | |

---

Powered by Intuit Payroll    www.checksforless.com 800-245-5775   Order # P17761-1

**NO.**

PAY PERIOD ENDING
8/7/15

**NAME** Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS | |
| HOURS | | AMOUNT | STATE U C | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | | Hours |
|---|---|---|---|---|---|---|---|
| 1 | 07:54 | | | 04:32 | | | |
| 2 | 07:54 | | | 04:35 | | | |
| 3 | 08:04 | | | 04:46 | | | |
| 4 | | | | | | | |
| 5 | 07:55 | | | 04:31 | | | |
| 6 | | | | | | | |
| 7 | | | | | | 32 | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 07/24/2015

SSN                    Status (Fed/State)
····-4326             Single/Single
Pay Period 07/17/2015 - 07/23/2015

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| | Hours | Rate |
|---|---|---|
| | 40.00 | 15.00 |
| Hourly Rate | | |

| Earnings and Hours | Current | YTD Amount |
|---|---|---|
| | 600.00 | 3,880.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | -436.00 |
| Federal Withholding | -75.00 | -230.64 |
| Social Security Employee | -37.20 | -53.94 |
| Medicare Employee | -8.70 | -160.00 |
| CO - Withholding | -26.00 | -882.58 |
| | -146.90 | |

| Net Pay | 453.10 | 2,997.42 |

Casper's Trailer Sales Inc, 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll
www.checksforless.com 800-245-5775    Order # P17761-1

PAY PERIOD ENDING
7/17/15

NO.

NAME _Stephanie Lopez_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | OUT | IN | OUT | IN | OUT | Hours |
|---|---|---|---|---|---|---|---|
| 1 | ⊞07:40 | | | Δ·30 | | | |
| 2 | ⊞08:02 | | | ⊞04:31 | | | |
| 3 | ⊞08:02 | | | ⊞04:30 | | | |
| 4 | ⊞07:51 | | | ⊞04:32 | | | |
| 5 | ⊞07:51 | | | ⊞04:30 | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

68

5975

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ····-4326
Status (Fed/State)
Single/Single
Pay Period: 07/24/2015 - 07/30/2015

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 07/31/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 15.00 | 600.00 | 4,480.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -513.00 |
| Social Security Employee | -37.20 | -287.84 |
| Medicare Employee | -8.70 | -62.64 |
| CO - Withholding | -26.00 | -186.00 |
| | -146.90 | -1,029.48 |

Net Pay    453.10    3,450.52

Powered by Intuit Payroll
www.checksforless.com 800-245-5775   Order # P17781-1

Casper's Trailer Sales Inc. 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

0209

**PAY PERIOD ENDING**
7/24/15

NO.

NAME Stephanie

| R.T. HOURS | RATE | AMOUNT | | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | 07:56 | | | 04:31 | | |
| 2 | 07:52 | | | 04:33 | | |
| 3 | 10:05 | | | 4 30 | | |
| 4 | 07:54 | | | 04:30 | | |
| 5 | 07:48 | | | 04:30 | | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.                Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

**69**

NO.

**PAY PERIOD ENDING**
7/3/15

5960

NAME _Stephanie Espep_

| R.T. HOURS | RATE | AMOUNT | F.I.P.X. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | Hours |
|---|---|---|---|---|---|
| 1 | 8 | | 4.30 | | |
| 2 | ⸎08:00 | | ⸎04:30 | | |
| 3 | ⸎03:02 | | ⸎04:31 | | |
| 4 | ⸎03:00 | | ⸎04:31 | | |
| 5 | ⸎07:53 | | ⸎04:27 | | |
| 6 | | | | | |
| 7 | | | | | |

| | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|
| | | | | | | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

---

**Casper's Trailer Sales Inc. DBA JDL Trailer Sales**

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 07/10/2015

SSN ***-**-4326
Status (Fed/State)
Single/Single
Pay Period: 07/03/2015 - 07/09/2015

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Earnings and Hours | | | | |
| Hourly Rate | 40.00 | 15.00 | 600.00 | 2,680.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -75.00 | -288.00 |
| Social Security Employee | -37.20 | -156.24 |
| Medicare Employee | -8.70 | -36.54 |
| CO - Withholding | -26.00 | -108.00 |
| | -146.90 | -588.78 |

| Net Pay | 453.10 | 2,091.22 |
|---|---|---|

Casper's Trailer Sales Inc, 2734 Lake ave, Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll

www.checkforless.com 800-245-5775

Order # P17761-1

70

PAY PERIOD ENDING

NO.

6-12-15

5943

NAME _Stephanie_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | 207:59 | | | 204:32 | | |
| 2 | 207:50 | | | 206:06 | | |
| 3 | 407:57 | | | 404:37 | | |
| 4 | 207:58 | | | 04:36 | | |
| 5 | 07:58 | | | 430 | | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN    ***-**-4326
Status (Fed/State)    Single/Single
Pay Period: 06/12/2015 - 06/18/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 10.00 | 400.00 | 1,360.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -45.00 | -135.00 |
| Social Security Employee | -24.80 | -74.40 |
| Medicare Employee | -5.80 | -17.40 |
| CO - Withholding | -16.00 | -53.00 |
| | -91.60 | -279.80 |

| Net Pay | 308.40 | 1,080.20 |

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

8209

Allowances/Extra
Fed:00/CO-0/0
Pay Date: 06/19/2015

Powered by Intuit Payroll
www.checksforless.com 800-245-5775    Order # P17761-1

**PAY PERIOD ENDING**
**7-10-15**

5964

NO.

NAME _Stephanie Soy_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | | OUT | | Hours |
|---|---|---|---|---|---|
| 1 | 07:54 | | 04:36 | | |
| 2 | 07:54 | | 05:35 | | |
| 3 | 07:59 | | 04:35 | | |
| 4 | 07:54 | | 04:31 | | |
| 5 | 08:04 | 81:37 | | 4:30 | |
| 6 | | | | | |
| 7 | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN  ***-**-4326
Status (Fed/State)  Single/Single
Pay Period: 07/10/2015 - 07/16/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 15.00 | 600.00 | 3,280.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -363.00 |
| Social Security Employee | -37.20 | -193.44 |
| Medicare Employee | -8.70 | -45.24 |
| CO - Withholding | -26.00 | -134.00 |
| | -146.90 | -735.68 |

| Net Pay | 453.10 | 2,544.32 |

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 07/17/2015

Powered by Intuit Payroll

www.checksforless.com  800-245-5775  Order # P17781-1

Casper's Trailer Sales Inc. 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

JJJU

Casper's Trailer Sales Inc.   USA JUL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
····4326

Status (Fed/State)
Single/Single

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 07/03/2015

Pay Period: 06/26/2015 - 07/02/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32.00 | 10.00 | 320.00 | 2,080.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -213.00 |
| Federal Withholding | -33.00 | -119.04 |
| Social Security Employee | -19.84 | -27.84 |
| Medicare Employee | -4.64 | -82.00 |
| CO - Withholding | -13.00 | -441.88 |
| | -70.48 | |

| Net Pay | 240.52 | 1,638.12 |

Powered by Intuit Payroll
www.checksforless.com 800-245-5775   Order # P17761-1

Caspers Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

NO.

PAY PERIOD ENDING
6-26-15

NAME *Stephanie Lopez*

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|---|
| O.T. HOURS | RATE | AMOUNT | FED. WITH. TAX | | |
| | | | STATE WITH. TAX | | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | | TOTAL DEDUCTIONS |
| | | | STATE U.C. | | |
| | | | CITY WITH. TAX | | BALANCE DUE |
| | | | OTHER | | |

| Day | IN | OUT | IN | OUT | IN | OUT | |
|---|---|---|---|---|---|---|---|
| 1 | ᴹ07:56 | | | ᴹ04:44 | | | Hours |
| 2 | | | | | | | |
| 3 | ᵂ07:59 | | | ᵂ04:41 | | | |
| 4 | ᵀ08:57 | | | ᵀ04:32 | | | |
| 5 | ᶠ07:53 | | | ᶠᴿ04:31 | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

73

5951

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ***-**-4326
Status (Fed/State) Single/Single
Pay Period 06/19/2015 - 06/25/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 10.00 | 400.00 | 1,760.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -180.00 |
| Federal Withholding | -45.00 | -99.20 |
| Social Security Employee | -24.80 | -23.20 |
| Medicare Employee | -5.80 | -69.00 |
| CO - Withholding | -16.00 | -371.40 |
| | -91.60 | |
| Net Pay | 308.40 | 1,388.60 |

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Allowances/Extra
Fed:0/0/CO-0/0
Pay Date: 06/26/2015

Powered by Intuit Payroll
www.checksforless.com 800-245-5775   Order # P17761-1

## NO.

PAY PERIOD ENDING
6/19/15

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | | TOTAL EARNINGS |
| | | | STATE WITH. TAX | |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | Hours |
|---|---|---|---|---|---|
| 1 | 07:57 | | 04:29 | | |
| 2 | 07:51 | | 05:55 | | |
| 3 | 07:58 | | 04:31 | | |
| 4 | 08:02 | | 04:30 | | |
| 5 | 07:58 | | 04:31 | | |
| 6 | | | | | |
| 7 | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.   Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

74



## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004 | | | | ***-**-4326 | Single/Single | Fed-0/0/CO-0/0 |
| | | | | Pay Period: 06/12/2015 - 06/18/2015 | | Pay Date: 06/19/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 10.00 | 400.00 | 1,360.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -45.00 | -135.00 |
| Social Security Employee | -24.80 | -74.40 |
| Medicare Employee | -5.80 | -17.40 |
| CO - Withholding | -16.00 | -53.00 |
| | -91.60 | -279.80 |

| Net Pay | 308.40 | 1,080.20 |
|---|---|---|

5948

9209

Casper's Trailer Sales Inc, 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

www.checksforless.com 800-245-5775   Order # P17761-1

Powered by Intuit Payroll

6052

Casper's Trailer Sales Inc. DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ***-**-4326

Status (Fed/State)
Single/Single

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 12/04/2015

Pay Period: 11/27/2015 - 12/03/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 16:00 | 15.00 | 240.00 | 13,202.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -21.00 | -1,569.00 |
| Social Security Employee | -14.88 | -814.22 |
| Medicare Employee | -3.48 | -190.42 |
| CO - Withholding | -9.00 | -559.00 |
| | -48.36 | -3,132.64 |

| Net Pay | 191.64 | 10,159.86 |

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1716070-1

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

PAY PERIOD ENDING

**NO.**

**NAME** _STEF_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | Hours |
|---|---|---|---|---|---|
| 1 | 208:19 | | 204:33 | | |
| 2 | 208:28 | | 204:35 | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.    Weekly Totals

ATR B5111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

**76**

5929

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 06/05/2015

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
...-4326

Status (Fed/State)
Single/Single

Pay Period: 05/30/2015 - 06/05/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 10.00 | 400.00 | 560.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -45.00 | -45.00 |
| Social Security Employee | -24.80 | -24.80 |
| Medicare Employee | -5.80 | -5.80 |
| CO - Withholding | -16.00 | -21.00 |
| | -91.60 | -96.60 |

| Net Pay | 308.40 | 463.40 |
|---|---|---|

Casper's Trailer Sales Inc, 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll    www.checksforless.com 800-245-5775    Order # P17781-1

NO. 5-29-15

PAY PERIOD ENDING

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | Hours |
|---|---|---|---|---|
| 1 | ±07:53 | | ±04:30 | |
| 2 | ≢07:58 | | ≢04:42 | |
| | | | 4 3⁰ | |
| 3 | ꟺ07:54 | | ꟺ04:30 | |
| 4 | ꟻ09:45 | | ꟻ04:39 | |
| 5 | ꟼ07:54 | | 4 3⁰ | |
| 6 | | | | |
| 7 | | | | |

| | IN | OUT | IN | OUT | IN | OUT | |
|---|---|---|---|---|---|---|---|
| TOTAL HOURS SHOWN IS CORRECT. | | | | | | | Weekly Totals |

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

77

5924

**Casper's Trailer Sales Inc. DBA JDL Trailer Sales**

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN          Status (Fed/State)
*** **-4326   Single/Single
Pay Period: 05/22/2015 - 05/28/2015

Allowances/Extra
Fed-3/0/CO-0/0
Pay Date: 05/28/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 16.00 | 10.00 | 160.00 | 160.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| | 0.00 | |
| Federal Withholding | -5.00 | -5.00 |
| CO - Withholding | -5.00 | -5.00 |

Net Pay          155.00     155.00

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # P17761-1

**NO.**          S T E F

PAY PERIOD ENDING
5-27-15

**NAME**

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | 04:31 | 07:41 | | |
| 4 | 07:42 | | 04:31 | | | |
| 5 | 07:49 | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

2 DAYS

TOTAL HOURS SHOWN IS CORRECT.          Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

78

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
***-**-4326

Status (Fed/State)
Single/Single
Pay Period 11/06/2015 - 11/12/2015

Allowances: Extra
Fed-0/0/CO-0/0
Pay Date: 11/13/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 15.00 | 600.00 | 11,972.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,416.00 |
| Federal Withholding | -75.00 | -732.38 |
| Social Security Employee | -37.20 | -171.28 |
| Medicare Employee | -8.70 | -504.00 |
| CO - Withholding | -26.00 | -2,823.66 |
| | -146.90 | |

Net Pay    453.10    9,146.84

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1718070-1

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

NO. 11/06/15

PAY PERIOD ENDING

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | OUT | IN | OUT | IN | OUT | Hours |
|---|---|---|---|---|---|---|---|
| 1 | ≥08:02 | | | ≥04:29 | | | |
| 2 | ≥08:17 | | | ≥04:30 | | | |
| 3 | ≥07:59 | ≥04:35 | | | | | |
| 4 | ≥08:26 | | | ≥04:30 | | | |
| 5 | ≥07:48 | | | ≥04:36 | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

6096

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 02/26/2016

Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1729 Van Buren, Pueblo, CO 81004

SSN                Status (Fed/State)
****-4326          Single/Single
Pay Period 02/19/2016 - 02/25/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 15.00 | 600.00 | 2,812.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -308.00 |
| Federal Withholding | -76.00 | -174.38 |
| Social Security Employee | -37.20 | -40.78 |
| Medicare Employee | -8.70 | -114.00 |
| CO - Withholding | -26.00 | -637.16 |
| | -146.90 | |

| Net Pay | 453.10 | 2,175.34 |

Casper's Trailer Sales Inc. 2734 Lake ave. Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1716070-1

PAY PERIOD ENDING
2/27/16

NO.

NAME _Stephanie Lo_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | | Hours |
|---|---|---|---|---|---|---|---|
| 1 | 207:49 | | | 204:40 | | | |
| 2 | 208:43 | | | 204:39 | | | |
| 3 | 408:13 | | | 404:38 | | | |
| 4 | 208:04 | | | 204:33 | | | |
| 5 | 208:10 | | | 430 | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

80

6086

sper's Trailer Sales Inc.   DBA JDL Trailer Sales

_mployee
Stephanie A Lopez, 1220 Van Buren, Pueblo, CO 81004

SSN                          Status (Fed/State)
- - - - -4326              Single/Single
Pay Period: 02/05/2016 - 02/11/2016

Allowances/Extra
Fed 0/0/CO-0/0
Pay Date 02/12/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 19.30 | 15.00 | 292.50 | 1,882.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | -199.00 |
| Federal Withholding | -28.00 | -116.72 |
| Social Security Employee | -18.14 | -27.30 |
| Medicare Employee | -4.24 | -75.00 |
| CO - Withholding | -11.00 | -418.02 |
|  | -61.38 |  |

| Net Pay | 231.12 | 1,464.48 |

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1718070-1

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

PAY PERIOD ENDING
2/4/16

NO.

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
|  |  |  | FED. WITH. TAX |  |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS |  | AMOUNT | STATE DIS |  TOTAL DEDUCTIONS |
|  |  |  | STATE U.C. |  |
|  |  |  | CITY WITH. TAX | BALANCE DUE |
|  |  |  | OTHER |  |

| Days |  |  |  |  |  | Hours |
|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |
| 3 | 07:55 |  | 04:34 |  |  |  |
| 4 | 08:57 |  | 04:38 |  |  |  |
| 5 | 08:27 |  | 12:04 | 3/12 |  |  |
| 6 |  |  |  |  | 19/2 |  |
| 7 |  |  |  |  |  |  |
|  | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.                    Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

NO.

**PAY PERIOD ENDING**
1/29/16

6084

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.I. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | ꜜ09:07 | | ꜛ04:34 | ꜛ | | |
| 2 | | | | | | |
| 3 | ꜛ10:00 | | 430 | 6 | | |
| 4 | 8 | | 430 | 8 | | |
| 5 | ꜛ06:32 | | 1200 | 4 | | |
| 6 | | | | | | |
| 7 | | | | | | |

| | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|
| | | | | | | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1718070-1

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 02/03/2016

## Casper's Trailer Sales Inc.  DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN     ***-**-4326     Status (Fed/State)     Single/Single
Pay Period: 01/29/2016 - 02/04/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 25.00 | 15.00 | 375.00 | 1,590.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -41.00 | -171.00 |
| Social Security Employee | -23.25 | -98.58 |
| Medicare Employee | -5.44 | -23.06 |
| CO - Withholding | -15.00 | -64.00 |
| | -84.69 | -356.64 |

| Net Pay | 290.31 | 1,233.36 |
|---|---|---|

Casper's Trailer Sales Inc. 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Caspar's Trailer Sales Inc. DBA Jub Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
***-**-4326

Status (Fed/State)
Single/Single

Pay Period: 02/12/2016 - 02/18/2016

Allowances/Extra
Fed-000/CO-000
Pay Date: 02/19/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 22:00 | 15.00 | 330.00 | 2,212.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -233.00 |
| Federal Withholding | -34.00 | -137.18 |
| Social Security Employee | -20.46 | -32.08 |
| Medicare Employee | -4.78 | -88.00 |
| CO - Withholding | -13.00 | -490.26 |
| | -72.24 | |

Net Pay    257.76    1,722.24

Powered by Intuit Payroll

www.checktotime.com  800-245-5775   Order # 1716070-1

Caspers Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

PAY PERIOD ENDING

2/12/16

NO.

NAME _Stephanie Lopez_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | ≅10:0₃ | | | ≅04:₃₃ | ↓ | |
| 2 | ₱08:07 | | | ₱04:₃₁ | 8 | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | ≅08:0₅ | | | ≅04:50 | 4 | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |
| TOTAL HOURS SHOWN IS CORRECT. | | | | | | Weekly Totals |

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

6078

Casper's Trailer Sales Inc.  DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

**SSN**
\*\*\*-\*\*-4326

**Status (Fed/State)**
Single/Single
Pay Period: 01/15/2016 - 01/21/2016

**Allowances/Extra**
Fed-0/0/CO-0/0
Pay Date: 01/22/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 2.15 | 15.00 | 33.75 | 862.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | -93.00 |
| Federal Withholding | 0.00 | -53.48 |
| Social Scuirty Employee | -2.10 | -12.51 |
| Medicare Employee | -0.49 | -35.00 |
| CO - Withholding | 0.00 | -193.99 |

Net Pay            -2.59

31.16            668.51

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll

www.checksforless.com 800-245-5775    Order # 1716070-1

---

**NO.**

**PAY PERIOD ENDING** 1/15/16

**NAME** _Stephanie Lop_

| R.T. HOURS | RATE | AMOUNT | | |
|---|---|---|---|---|
| | | | FED. WITH. TAX | NUMBER OF EXEMPTIONS |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | TH 07:53 | GICK | | | | |
| 4 | | | | | | |
| 5 | FR 12:19 | 230 | | | | |
| 6 | 45 | 1 1/2 | | | | |
| 7 | | 2 1/4 | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.            Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

84

NO. 1/25/16

PAY PERIOD ENDING

9209

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | Hours |
|---|---|---|---|---|---|
| 1 | 206:09 | | 204:36 | 8 | |
| 2 | 209:00 | | 204:53 | 8 | |
| 3 | 409:21 | | 404:36 | 1 1/2 | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.

Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

www.checkstodoos.com 800-245-5775   Order # 171807D-1

Powered by Intuit Payroll

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee                                          SSN             Status (Fed/State)      Allowances/Extra
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004    ***-**-4328    Single/Single          Fed-0/0/CO-0/0
                                                   Pay Period: 01/22/2016 - 01/28/2016   Pay Date: 01/29/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 23.30 | 15.00 | 352.50 | 1,215.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -37.00 | -130.00 |
| Social Security Employee | -21.85 | -75.33 |
| Medicare Employee | -5.11 | -17.62 |
| CO - Withholding | -14.00 | -49.00 |
| | -77.96 | -271.95 |

| Net Pay | 274.54 | 943.05 |
|---|---|---|

6082

85



Allowances/Extra
Fed-0/CO-0.00
Pay Date: 01/15/2016

SSN                    Status (Fed/State)
***-**-4326            Single/Single
Pay Period 01/08/2016 - 01/14/2016

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

Hours          Rate
19.45          15.00

Earnings and Hours
Hourly Rate

| | Current | YTD Amount |
|---|---|---|
| | 296.25 | 828.75 |

Taxes | Current | YTD Amount |
|---|---|---|
| | 0.00 | -93.00 |
| Medicare Employee Add'l Tax | -29.00 | -51.38 |
| Federal Withholding | -18.36 | -12.02 |
| Social Security Employee | -4.30 | -35.00 |
| Medicare Employee | -12.00 | -191.40 |
| CO - Withholding | -63.66 | |

| Net Pay | 232.59 | 637.35 |

Powered by Intuit Payroll

www.checkstoriese.com 800-245-5775   Order # 1718070-1

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

PAY PERIOD ENDING
01/08/15

NO. _____

NAME _Stephanie Lopez_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE D/S | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | | Hours |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | ᴴ07:58 | | | ᴴ04:38 | 8 | | |
| 4 | ᴱ07:55 | | | ᴱ04:36 | 8 | | |
| 5 | ᴱ09:30 | lunch 1/2 | 1/2 1/4 | ᴱ02:16 | 3.75 | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

6068

## Casper's Trailer Sales Inc.  DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| | | | | SSN | Status (Fed/State) |
|---|---|---|---|---|---|
| | | | | ***-**-4326 | Single/Single |
| | | | | Pay Period: 12/26/2015 - 01/01/2016 | |

Allowances/Extra
Fed 0/0/CO 0/0
Pay Date: 01/08/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 35.50 | 15.00 | 532.50 | 532.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -64.00 | -64.00 |
| Social Security Employee | -33.02 | -33.02 |
| Medicare Employee | -7.72 | -7.72 |
| CO - Withholding | -23.00 | -23.00 |
| | -127.74 | -127.74 |

| Net Pay | 404.76 | 404.76 |
|---|---|---|

Casper's Trailer Sales Inc. 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1716070-1

---

NO.

PAY PERIOD ENDING

1/2/16

NAME  Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | OUT | | IN | OUT | | IN | OUT | Hours |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ⫸07:57 | | | ⫸04:24 | | | 8 | | |
| 2 | ⫸08:03 | | | ⫸04:22 | | | 8 | | |
| 3 | ⫸08:03 | 9 AM | 1 PM | ⫸04:37 | | | 3 1/2 | | |
| 4 | ⫸08:25 | | | ⫸04:38 | | | 8 | | |
| 5 | Holidays | | | | | | 1 | | 10 |
| 6 | | | | | | | | | 35 1/2 |
| 7 | | | | | | | | | |
| | IN | OUT | IN | OUT | | IN | OUT | | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

87

6099

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 03/04/2016

**Casper's Trailer Sales Inc. DBA JDL Trailer Sales**

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
....-4326

Status (Fed/State)
Single/Single

Pay Period 02/26/2016 - 03/03/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 15.00 | 600.00 | 3,412.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -383.00 |
| Social Security Employee | -37.20 | -211.58 |
| Medicare Employee | -8.70 | -49.48 |
| CO - Withholding | -25.00 | -140.00 |
| | -146.90 | -784.06 |

Net Pay    453.10    2,628.44

---

PAY PERIOD ENDING

NO.

$S T E F$

NAME

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | | Hours |
|---|---|---|---|---|---|---|---|
| 1 | 207:59 | | 207:54 | 204:38 | | | |
| 2 | 207:57 | | | 205:04 | | | |
| 3 | 408:08 | | | 403:30 | | | |
| 4 | 708:14 | | | 704:50 | | | |
| 5 | 508:04 | | | 504:31 | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1718070-1

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

88

PAY PERIOD ENDING

3/10/16

6100

NO.

NAME _Stephanie Seso_

| R.T. HOURS | RATE | AMOUNT | F.I.C.A | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | TOTAL EARNINGS |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | |
| | | | STATE DIS. | TOTAL DEDUCTIONS |
| HOURS | | AMOUNT | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | | Hours |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | 8.00 | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 03/07/2016

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ***-**-4326        Status (Fed/State) Single/Single
Pay Period: 02/28/2016 - 03/03/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 20.00 | 15.00 | 300.00 | 3,712.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -30.00 | -413.00 |
| Social Security Employee | -18.60 | -230.18 |
| Medicare Employee | -4.35 | -53.83 |
| CO - Withholding | -12.00 | -152.00 |
| | -64.95 | -849.01 |

| Net Pay | 235.05 | 2,863.49 |
|---|---|---|

Casper's Trailer Sales Inc. 2734 Lake ave, Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll

www.checkstofess.com 800-245-5775   Order # 17180701

6064

## Casper's Trailer Sales Inc.   DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN ****-4326
Status (Fed/State) Single/Single
Pay Period: 12/18/2015 - 12/24/2015

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 12/24/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32.00 | 15.00 | 480.00 | 14,852.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,757.00 |
| Federal Withholding | -57.00 | -910.94 |
| Social Security Employee | -29.76 | -213.04 |
| Medicare Employee | -6.96 | -625.00 |
| CO - Withholding | -20.00 | -3,505.98 |
| | -113.72 | |

Net Pay   366.28   11,346.52

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

Powered by Intuit Payroll
www.checkdotales.com 800-245-5775   Order # 1716070-1

NO.

PAY PERIOD ENDING
12/18/15

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | | ⊡07:50 | ⊡04:30 | nk | | |
| 2 | | | | | | |
| 3 | | | ⨄08:23 | | | |
| 4 | ⨅09:06 | | | | | |
| 5 | ⨆08:01 | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

| | IN | OUT | IN | OUT | IN | OUT | |
|---|---|---|---|---|---|---|---|
| TOTAL HOURS SHOWN IS CORRECT. | | | | | | | Weekly Totals |

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

NO. 12/11/15.

**PAY PERIOD ENDING**

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | | |
|---|---|---|---|---|
| | | | F.I.C.A. | NUMBER OF EXEMPTIONS |
| O.T. HOURS | RATE | AMOUNT | FED. WITH. TAX | |
| | | | STATE WITH. TAX | TOTAL EARNINGS |
| HOURS | | AMOUNT | STATE DIS. | TOTAL DEDUCTIONS |
| | | | STATE U.C. | |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | | Hours |
|---|---|---|---|---|---|---|
| 1 | 201:47 | | | 204:43 | | |
| 2 | 208:30 | 12 | 04:35 | | | |
| 3 | 08:29 | 11½ | | 04:30 | | |
| 4 | | | | 04:35 | | |
| 5 | 08:07 | | | 04:30 | | |
| 6 | | | | | | |
| 7 | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.

Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 12/18/2015

Status (Fed/State)
Single/Single
Pay Period: 12/11/2015 - 12/17/2015

SSN ***-**-4326

Powered by **Intuit Payroll**

Order # 17180707-1

www.checkstoress.com 800-245-5775

**Casper's Trailer Sales Inc.   DBA JDL Trailer Sales**

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 34.00 | 15.00 | 510.00 | 14,372.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,700.00 |
| Federal Withholding | -61.00 | -861.18 |
| Social Security Employee | -31.62 | -206.08 |
| Medicare Employee | -7.39 | -605.00 |
| CO - Withholding | -22.00 | -3,392.26 |
| | -122.01 | |

| Net Pay | 387.99 | 10,980.24 |

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

**91**

6058

## Casper's Trailer Sales Inc.   DBA JDL Trailer Sales

**Employee**
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

| | | SSN | Status (Fed/State) |
|---|---|---|---|
| | | ···-··-4326 | Single/Single |
| | | Pay Period: 12/04/2015 - 12/10/2015 | Pay Date: 12/11/2015 |

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 12/11/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 38.00 | 15.00 | 570.00 | 13,862.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -1,639.00 |
| Federal Withholding | -70.00 | -849.56 |
| Social Security Employee | -35.34 | -198.69 |
| Medicare Employee | -8.27 | -583.00 |
| CO - Withholding | -24.00 | -3,270.25 |
| | -137.61 | |

| Net Pay | 432.39 | 10,592.25 |
|---|---|---|

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

---

Powered by Intuit Payroll

www.checksforless.com 800-245-5775   Order # 1718070-1

**NO.**

PAY PERIOD ENDING
12/4/15

**NAME** Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | IN | OUT | IN | OUT | IN | OUT | Hours |
|---|---|---|---|---|---|---|---|
| 1 | SU07:56 | | | MO04:31 | | | |
| 2 | MO08:09 | | | TU04:32 | | | |
| 3 | WE08:04 | | | WE04:33 | | | |
| 4 | TH08:16 | | TH05:01 | | | | |
| 5 | FR10:28 | | FR04:37 | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| | IN | OUT | IN | OUT | IN | OUT | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

92

6045

## Casper's Trailer Sales Inc. DBA JDL Trailer Sales

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN
***-**-4326

Status (Fed/State)
Single/Single
Pay Period: 11/13/2015 - 11/19/2015

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 11/13/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 15.00 | 600.00 | 12,572.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -75.00 | -1,491.00 |
| Social Security Employee | -37.20 | -769.58 |
| Medicare Employee | -8.70 | -179.98 |
| CO - Withholding | -26.00 | -530.00 |
| | -146.90 | -2,970.56 |

| Net Pay | 453.10 | 9,601.94 |
|---|---|---|

Casper's Trailer Sales Inc. 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

9209

Powered by Intuit Payroll

www.checks4less.com 800-245-5775   Order # 1718070-1

PAY PERIOD ENDING
11/13/15

NO.

NAME St. phanie Lop

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
|---|---|---|---|---|
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | Hours |
|---|---|---|---|---|---|
| 1 | 8:03:05 | | 8:04:35 | | |
| 2 | F07:54 | | F04:37 | | |
| 3 | 8:09:09 | | 8:04:13 | | |
| 4 | F07:47 | | 4 30 | | |
| 5 | F08:28 | | F04:35 | | |
| 6 | | | | | |
| 7 | | | | | |

| | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|
| | | | | | | Weekly Totals |

TOTAL HOURS SHOWN IS CORRECT.

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

93

PAY PERIOD ENDING

NO. 11/20/15

NAME Stephanie Lopez

| R.T. HOURS | RATE | AMOUNT | F.I.C.A. | NUMBER OF EXEMPTIONS |
| | | | FED. WITH. TAX | |
| O.T. HOURS | RATE | AMOUNT | STATE WITH. TAX | TOTAL EARNINGS |
| | | | STATE DIS. | |
| HOURS | | AMOUNT | STATE U.C. | TOTAL DEDUCTIONS |
| | | | CITY WITH. TAX | BALANCE DUE |
| | | | OTHER | |

| Days | | | | | Hours |
|---|---|---|---|---|---|
| 1 | ⊇07:56 | | ⊇04:43 | 8 | |
| 2 | ⊇10:06 | | | 8 | |
| 3 | | | | | |
| 4 | Holiday | | | | |
| 5 | ⊞08:24 | | | 8 | |
| 6 | | | | | |
| 7 | | | | ⊇2 | |
| | IN | OUT | IN | OUT | IN | OUT |

TOTAL HOURS SHOWN IS CORRECT.        Weekly Totals

ATR 85111
P/N: 09-1130-000

Acroprint Time Recorder Co., Raleigh, NC

---

**Casper's Trailer Sales Inc. DBA JDL Trailer Sales**

Employee
Stephanie A Lopez, 1229 Van Buren, Pueblo, CO 81004

SSN    ***-**-4326
Pay Period: 11/20/2015 - 11/26/2015

Status (Fed/State)
Single/Single

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 11/27/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32.00 | 15.00 | 480.00 | 13,052.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add Tax | 0.00 | |
| Federal Withholding | -57.00 | -1,548.00 |
| Social Security Employee | -29.76 | -799.34 |
| Medicare Employee | -6.96 | -186.94 |
| CO - Withholding | -20.00 | -550.00 |
| | -113.72 | -3,084.28 |

Net Pay    366.28    9,968.22

Casper's Trailer Sales Inc., 2734 Lake ave., Pueblo, CO 81004, CASPERS TRAILER SALES INC

www.checksdirect.com 800-245-5775   Order # 1716070-1       Powered by Intuit Payroll

9209

6049

94

1273

| Form **1040** | Department of the Treasury—Internal Revenue Service   (99) | | U.S. Individual Income Tax Return | **2014** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

See separate instructions.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____ , 2014, ending _____ , 20 ___

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| STEPHANIE A | LOPEZ | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
1229 VAN BUREN

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
PUEBLO, CO 81004

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| (1) First name   Last name | | | |

If more than four dependents, see instructions and check here ▶ ☐

| Boxes checked on 6a and 6b | 1 |
| No. of children on 6c who: |
| • lived with you |
| • did not live with you due to divorce or separation (see instructions) |
| Dependents on 6c not entered above |
| Add numbers on lines above ▶ | 1 |

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . .

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | 128. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a | 18. |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . . 15a | b Taxable amount . . . . . | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits 20a | b Taxable amount . . . . . | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 146. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income . . . . ▶ | 37 | 146. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FD160   Form **1040** (2014)

VSA

LOPEZ00036

Form 1040 (2014) STEPHANIE A LOPEZ

Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 146. |
| **Standard Deduction for—** | 39a | Check if: ☐ You were born before January 2, 1950, ☐ Blind. Total boxes ☐ Spouse was born before January 2, 1950, ☐ Blind. checked ► 39a | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ► 39b | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 6,200. |
| | 41 | Subtract line 40 from line 38 | 41 | -6,054. |
| | 42 | Exemptions. If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 3,950. |
| • All others: | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| Single or Married filing separately, $6,200 | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 44 | 0. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $12,400 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44,45, and 46 ► | 47 | 0. |
| Head of household, $9,100 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ► | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 10. |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | |
| | 66a | Earned income credit (EIC) | 66a | 10 |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ Reserved d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ► | 74 | 20. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 20. |
| Direct deposit? See instructions. | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 76a | 20. |
| | ► b | Routing number XXXXXXXXX ► c Type: ☐ Checking ☐ Savings | | |
| | ► d | Account number XXXXXXXXXXXXXXXXX | | |
| | 77 | Amount of line 75 you want applied to your 2015 estimated tax ► 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ► | 78 | 0. |
| | 79 | Estimated tax penalty (see instructions) 79 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below.  ☐ No | | |
| | | Designee's name ► REGINA NENNO  Phone no. ► (719) 295-1040  Personal identification number (PIN) ► 17171 | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 3/10/2017 | Your occupation LABOR | Daytime phone number (719) 470-9369 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name REGINA NENNO | Preparer's signature | Date 3/10/2017 | Check ☐ if self-employed | PTIN P00746808 |
|---|---|---|---|---|
| Firm's name ► LIBERTY TAX SERVICE | | | | Firm's EIN ► 20-1747949 |
| Firm's address ► 1621 S PRAIRIE AVE  PUEBLO, CO 81005 | | | | Phone no. (719) 295-1040 |

www.irs.gov/form1040

VSA.

FD100

Form **1040** (2014)

LOPEZ00037

1273

## Form W-2

| Name | STEPHANIE A LOPEZ | | Social Security Number |
|------|------|------|------|

☐ W-2 is altered, handwritten, typed or appears not to be a true W-2   ☐ Clergy member

☐ Employer has foreign address   ☐ Military wages   ☐ Disability

☐ Employee has foreign address   ☐ More than 2% S corp shareholder   ☐ Church employee wage. See F1 for Help.

☐ Report statutory wages to Schedule C   ☒ If box 1, 3, and 5 are the same amount, click here.

☐ Foreign government or International organization, no withholding requirements.

| Corrected W-2 ☐ | a Employee's social security number | OMB No. 1545-0008 | |
|------|------|------|------|
| b Employer Identification number (EIN) 22-3606738 | | 1 Wages, tips, other compensation 128. | 2 Federal income tax withheld 10. |
| c Employer's name, address, and ZIP code | | 3 Social security wages 128. | 4 Soc sec tax / RRT1 tax   RR Tier 2 8. |
| Name   LABOR READY CENTRAL INC | | 5 Medicare wages and tips 128. | 6 Medicare tax / RRTM tax 2. |
| In care of | | 7 Social security tips | 8 Allocated tips |
| Address   PO BOX 2910 | | | |
| City   TACOMA   ST WA   ZIP 98401 | | 9 | 10 Dependent care benefits |
| d Control number | | | |
| e Employee's first name and initial   Last name   Suff | | 11 Nonqualified plans | 12a |
| Name   STEPHANIE A LOPEZ | | | |
| Address   1229 VAN BUREN | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| City   PUEBLO   ST CO   ZIP 81004 | | | |
| | | 14 Other | 12c |
| | | | 12d |
| f Employee's address and ZIP code | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | Locality code |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Form **W-2**   Wage and Tax Statement   **2014**   Department of the Treasury—Internal Revenue Service

1273

# Form 1040

Department of the Treasury—Internal Revenue Service   (99)

## U.S. Individual Income Tax Return **2015**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning , 2015, ending , 20   See separate instructions.

| | |
|---|---|
| Your first name and initial **STEPHANIE A** | Last name **LOPEZ** |
| If a joint return, spouse's first name and initial | Last name |

Your social security number

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   **1229 VAN BUREN**   Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).   **Pueblo, CO 81004**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

Foreign country name   Foreign province/state/county   Foreign postal code

## Filing Status

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b **1**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ **1**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 14,853. |
| 8a Taxable interest. Attach Schedule B if required | 8a | |
| b Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | |
| b Qualified dividends | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions 15a | b Taxable amount | 15b | |
| 16a Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits 20a | b Taxable amount | 20b | |
| 21 Other income. List type and amount | 21 | |
| 22 Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 14,853. |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 Educator expenses | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 Health savings account deduction. Attach Form 8889 | 25 | |
| 26 Moving expenses. Attach Form 3903 | 26 | |
| 27 Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 Self-employed health insurance deduction | 29 | |
| 30 Penalty on early withdrawal of savings | 30 | |
| 31a Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 IRA deduction | 32 | |
| 33 Student loan interest deduction | 33 | |
| 34 Tuition and fees. Attach Form 8917 | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 Add lines 23 through 35 | 36 | |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 14,853. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDI100   Form **1040** (2015)

VSA

DRAFT — DO NOT FILE   DO NOT FILE

LOPEZ00039

Form 1040 (2015) STEPHANIE A LOPEZ

Page 2

## Tax and Credits

**Standard Deduction for—**

- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,300

Married filing jointly or Qualifying widow(er), $12,600

Head of household, $9,250

| | | | |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 14,853. |
| 39a | Check [ ] You were born before January 2, 1951, [ ] Blind.   Total boxes | | |
| | If: [ ] Spouse was born before January 2, 1951, [ ] Blind.   checked ▶ 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 6,300. |
| 41 | Subtract line 40 from line 38 | 41 | 8,553. |
| 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 4,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 4,553. |
| 44 | Tax (see instructions). Check if any from: a [ ] Form(s) 8814 b [ ] Form 4972 c [ ] | 44 | 458. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | 47 | 458. |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a [ ] 3800 b [ ] 8801 c [ ] | 54 | |
| 55 | Add lines 48 through 54. These are your total credits | 55 | 0. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 458. |

## Other Taxes

| | | | |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a [ ] 4137 b [ ] 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions) | 61 | |
| 62 | Taxes from: a [ ] Form 8959 b [ ] Form 8960 c [ ] Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 458. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 1,757. |
| 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | |
| 66a | Earned income credit (EIC) | 66a | |
| b | Nontaxable combat pay election | 66b | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| 70 | Amount paid with request for extension to file | 70 | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| 73 | Credits from Form: a [ ] 2439 b [ ] c [ ] 8885 d [ ] | 73 | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 1,757. |

## Refund

Direct deposit? See instructions. ▶

| | | | |
|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 1,299. |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ | 76a | 1,299. |
| b | Routing number XXXXXXXXX   ▶ c Type: [ ] Checking [ ] Savings | | |
| d | Account number XXXXXXXXXXXXXXXX | | |
| 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ 77 | | |

## Amount You Owe

| | | | |
|---|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 0. |
| 79 | Estimated tax penalty (see instructions) 79 | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)?   [X] Yes. Complete below.   [ ] No

Designee's name ▶ Regina Nenno   Phone no. ▶ (719) 295-1040   Personal identification number (PIN) ▶ 17171

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date 1/15/2016 | Your occupation MECHANICS | Daytime phone number (719) 994-0853

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

## Paid Preparer Use Only

Print/Type preparer's name Regina Nenno | Preparer's signature | Date 1/15/2016 | Check [ ] if self-employed | PTIN P00746808

Firm's name ▶ Liberty Tax Service   Firm's EIN ▶ 20-1747949

Firm's address ▶ 1621 S Prairie Ave   Pueblo, CO 81005   Phone no. (719) 295-1040

www.irs.gov/form1040   FD100   LOPEZ000040   Form 1040 (2015)

VSA

1273

# Form W-2

| Name | Social Security Number |
|---|---|
| STEPHANIE A LOPEZ | |

- [ ] Employer has foreign address
- [ ] Employee has foreign address

- [ ] W-2 is altered, handwritten, typed or appears not to be a true W-2
- [ ] Military wages
- [ ] More than 2% S corp shareholder
- [ ] Report statutory wages to Schedule C

- [ ] Clergy member
- [ ] Disability
- [ ] Church employee wage. See F1 for Help.
- [ ] If box 1, 3, and 5 are the same amount, click here

- [ ] Foreign government or International organization, no withholding requirements.

| Corrected W-2 [ ] | a Employer's social security number | OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer identification number (EIN) 38-3698505 | | 1 Wages, tips, other compensation 14,853. | 2 Federal income tax withheld 1,757. |
| c Employer's name, address, and ZIP code | | 3 Social security wages 14,693. | 4 Soc sec tax / RRT1 tax   RR Tier 2 911. |
| Name   CASPERS TRAILER SALES INC | | 5 Medicare wages and tips 14,693. | 6 Medicare tax / RRTM tax 213. |
| In care of | | 7 Social security tips | 8 Allocated tips |
| Address   2734 LAKE AVE | | | |
| City   Pueblo   ST CO   ZIP 81004 | | 9 | 10 Dependent care benefits |
| d Control number | | | |

| e Employee's first name and initial   Last name   Suff. | 11 Nonqualified plans | 12a |
|---|---|---|
| Name   STEPHANIE A LOPEZ | | |
| Address   1229 VAN BUREN | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| City   Pueblo   ST CO   ZIP 81004 | 14 Other | 12c |
| | | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | Locality code |
|---|---|---|---|---|---|---|---|
| CO | 1448596 | 14,853. | 625. | | | | |
| | | | | | | | |
| | | | | | | | |

Form **W-2**   **Wage and Tax Statement**   **2015**   Department of the Treasury—Internal Revenue Service

W-2 verification code (if any is shown on this W2) Do not include hyphens

1273

| Form **1040** | Department of the Treasury—Internal Revenue Service   (99) **2016** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

U.S. Individual Income Tax Return

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____, 2016, ending _____, 20 ___

See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| STEPHANIE A | LOPEZ | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
1229 VAN BUREN

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
PUEBLO, CO 81004

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ............
b ☐ Spouse ...........................................

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| (1) First name   Last name | | | |
| SANTIAGO LOPEZ | 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 | NEPHEW | |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b  **1**
No. of children on 6c who:
• lived with you  **1**
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

Add numbers on lines above ▶ **2**

d Total number of exemptions claimed .................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 3,713. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a ___  b Taxable amount | 15b | |
| 16a | Pensions and annuities  16a ___  b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 4,950. |
| 20a | Social security benefits  20a ___  b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 8,663. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 8,663. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

VSA

FD100

Form **1040** (2016)

DO NOT FILE

Form 1040 (2016) STEPHANIE A LOPEZ      Page **2**

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | 38 | 8,663. |
|---|---|---|---|---|---|
| **Standard Deduction for—** | 39a | Check if: ☐ You were born before January 2, 1952, ☐ Blind. Total boxes ☐ Spouse was born before January 2, 1952, ☐ Blind. checked ▶ 39a | | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 9,300. |
| | 41 | Subtract line 40 from line 38 | | 41 | -637. |
| | 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | | 42 | 8,100. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | | 44 | 0. |
| **• All others:** | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| Married filing jointly or Qualifying widow(er), $12,600 | 47 | Add lines 44, 45, and 46 | ▶ | 47 | 0. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| Head of household, $9,300 | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | | |
| | 55 | Add lines 48 through 54. These are your total credits | | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ | | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax | ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 921. | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2016 estimated tax payments and amount applied from 2015 return | 65 | | |
| | 66a | Earned income credit (EIC) | 66a | 1,267. | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ c ☐ 8885 d ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments | ▶ | 74 | 2,188. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | | 75 | 2,188. |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | 76a | 2,188. |
| Direct deposit? See instructions. | ▶ b | Routing number XXXXXXXXX ▶ c Type: ☒ Checking ☐ Savings | | | |
| | ▶ d | Account number XXXXXXXXXXXXXXXXX | | | |
| | 77 | Amount of line 75 you want applied to your 2017 estimated tax ▶ | 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions | ▶ | 78 | 0. |
| | 79 | Estimated tax penalty (see instructions) | 79 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No | | |
|---|---|---|---|
| | Designee's name ▶ REGINA NENNO | Phone no. ▶ (719) 295-1040 | Personal identification number (PIN) ▶ 17171 |

| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Your signature | Date 1/21/2017 | Your occupation MECHANICS | Daytime phone number (719) 470-9369 |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name DAVID CODINA | Preparer's signature | Date 1/21/2017 | Check ☐ if self-employed | PTIN P01659624 |
|---|---|---|---|---|---|
| | Firm's name ▶ LIBERTY TAX SERVICE | | | | Firm's EIN ▶ 20-1747949 |
| | Firm's address ▶ 1621 S PRAIRIE AVE PUEBLO, CO 81005 | | | | Phone no. (719) 295-1040 |

www.irs.gov/form1040    FD100    VSA      LOPEZ00043    1040 (2016)

| a Employee's SSN [redacted] | b Employer identification number (EIN)  38-3698505 | | OMB No. 1545-0008 |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>CASPERS TRAILER SALES INC<br>CASPER'S TRAILER SALES INC.<br>2734 LAKE AVE.<br><br>PUEBLO          CO 81004 | 1 Wages, tips, other comp<br>3712.50 | 2 Fed inc tax withheld<br>413.00 | 3 Social security wages<br>3712.50 |
| | 4 SS tax withheld<br>230.18 | 5 Medicare wages & tips<br>3712.50 | 6 Medicare tax withheld<br>53.83 |
| | 7 Social security tips | 8 Allocated tips | 9 |
| d Control number | 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| e Employee's name, address, and ZIP code      Suff.<br><br>STEPHANIE A      LOPEZ<br>1229 VAN BUREN<br>PUEBLO          CO 81004 | 13 Statutory employee ☐ | 14 Other | 12b |
| | Retirement plan ☐ | | 12c |
| | Third-party sick pay ☐ | | 12d |
| 15 State  Employer's state ID No.<br>CO     14-48596 | 16 State wages, tips, etc<br>3712.50 | 17 State income tax<br>152.00 | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2016**

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.

REV 12/23/16 CCDT

---

☐ Corrected (if checked)

| Payer's Name, Street Address, City or Town, State or Province, Country, ZIP or Foreign Postal Code and Telephone Number<br><br>**Colorado Department of Labor and Employment**<br>251 East 12th Avenue, Denver, CO 80203<br>303-318-9000 (Denver-metro area)<br>1-800-388-5515 (outside Denver-metro area) | 1. Unemployment Compensation<br>4,950.00 | OMB No. 1545-0120 |
|---|---|---|
| | 2. State or Local Income Tax Refunds, Credits, or Offsets | **2016**<br><br>Form **1099-G** |
| Payer's Federal Identification Number  84-0802678 | Recipient's Identification Number  XXX-XX-4326 | 3. Box 2 Amount is for Tax Year | 4. Federal Income Tax Withheld<br>508.00 |
| Recipient's Name, Street Address (including apartment number), City or Town, State or Province, Country, and ZIP or Foreign Postal Code<br><br>STEPHANIE A LOPEZ<br>1229 VAN BUREN ST<br>PUEBLO CO  81004-2833 | 5. RTAA Payments<br>0.00 | 6. Taxable Grants |
| | 7. Agriculture Payments | 8. If checked, Box 2 is Trade or Business Income ➤ ☐ |
| | 9. Market Gain | |
| Account number (see instructions) | 10a. State  CO | 10b. State Identification Number  23-86309 | 11. State Income Tax Withheld<br>213.00 |

CERTAIN GOVERNMENT PAYMENTS

COPY B FOR RECIPIENT

File this copy with your state income tax return if required. Refer to the instructions for the state income tax return to determine whether you need to attach this form.

Form 1099 G          (Attach to your state income tax return if required)          Department of the Treasury-Internal Revenue Serv

LOPEZ00044

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ, individually,

      Plaintiff,

v.

CARL EDWARDS, individually,

and

Casper Trailer Sales, Inc.,
a Colorado corporation

      Defendants.

---

### Plaintiff's Responses to Defendants' First Set of Discovery to Plaintiff

---

      COMES NOW, Plaintiff, Stephanie Lopez, by and through her undersigned

counsel, and responds to Defendants' First Set of Discovery as follows:

### REQUESTS TO ADMIT

1.    Admit that you received a half-hour, uncompensated, bona fide meal period each day you worked for JDL.

RESPONSE:  Deny.

2.    Admit that you knew JDL had a policy that employees were not to work overtime.

RESPONSE:  Deny.

3.    Admit that you received paychecks from JDL covering May 25, 2015 to March 7, 2016.

RESPONSE:  Admit that I received paychecks from May 25, 2015 to March 7, 2016 but deny paychecks reflected all hours worked.

EXHIBIT #3
WIT: Lopez
DATE: 10|3|17
Pelton Reporting Service

4.      Admit that the paystubs included on EDWARDS0014-EDWARDS0054 accurately reflect the amount of the paychecks you received covering May 25, 2015 to March 7, 2016.

RESPONSE: Admit.

5.      Admit that you received copies of your paystubs with your paychecks.

RESPONSE: Admit.

6.      Admit that prior to your demand letter dated November 10, 2016, you never raised or otherwise communicated the issue of unpaid overtime with JDL.

RESPONSE: Admit.

7.      Admit that prior to your demand letter dated November 10, 2016, you never raised or otherwise communicated the issue of unpaid minimum wages with JDL.

RESPONSE: Deny.

8.      Admit that you did not have daily quotas as part of your duties as an employee of JDL.

RESPONSE: Admit.

9.      Admit that from May 25, 2015 to March 7, 2016 your average hourly rate as an employee of JDL never fell below federal minimum wage.

RESPONSE: Deny.

10.     Admit that JDL did not know you worked overtime from May 25, 2015 to March 7, 2016.

RESPONSE: Deny.

11.     Admit that you did not record your hours worked for JDL from January 4, 2014 to May 24, 2015 or after March 7, 2016.

RESPONSE: Admit.

## INTERROGATORIES

1.      From the period of January 4, 2014 to May 24, 2015, describe your duties as an employee of JDL, broken down by day, week, and month.

2

ANSWER: Objection the request is unreasonably burdensome, without waiving the objection I state: I typically arrived at work at 7:30, no later than 7:45, to open gates to sales lot, set up workstation, swept up shop, put tools away worked on tasks assigned to me by Mr. Edwards from changing out vents, fans, shrouds, skylight windows, light bulbs, lenses, repairing wires, replacing wires, replacing water pumps, water lines, replacing gaskets on septic, clean out wax seals and toilets, removing old speakers and TVs, as well as installing new speakers and TVs, repairing damaged roofs, replacing rubber roofs, cosmetic repair two framework, winterizing/de-winterizing tin work, repair and replace customizing refurbishing units, even worked on several units that had been condemned or totaled out by customers. As well as maintaining Mr. Edwards many properties which included mending fences, mowing down weeds, picking up debris, feeding his dogs, Properties maintained: one on Acero, one on California Street, one on Poplar Street and three on Lake Avenue, as well as the property on Elko. I moved trailers with the forklift, ran errands, got parts from other locations. Picked up propane, performed a perimeter check when asked to do so. I worked until the shop closed and sometimes later. I worked with Mr. Edwards on Saturdays I did whatever I was asked to do. I would go to the flea market and sell Mr. Edwards property for him on weekends.

2.      From the period of January 4, 2014 to May 24, 2015, describe what work you were required to complete as an employee of JDL, broken down by day, week, and month.

ANSWER: Objection this is unreasonably burdensome. I am not able to break down my work by "day, week, and month." I am able to state the duties I performed and the hours that I worked. See answer to Interrogatory No. 1.

3.      From the period of January 4, 2014 to May 24, 2015, describe your work schedule, broken down by day, week, and month.

ANSWER: Objection unreasonably burdensome. I performed assigned tasks and routine tasks as described in response to Interrogatory No. 1. My schedule was to work from 7:30-7:45 a.m. until the shop closed and to work after hours caring for property and animals. I also worked with Mr. Edwards on weekends.

4.      Describe your hours worked during the period of January 4, 2014 to May 24, 2015, broken down by day, week, and month.

ANSWER: Objection unreasonably burdensome. I can describe my usual work schedule. I worked from approximately 7:30-7:45 a.m. until the shop closed at 5:00 p.m. or 6:00 p.m. and sometimes later. I continued to work maintaining the property and feeding animals until dark. I also worked with Mr. Edwards on weekends.

5.      Describe how you recorded hours worked for JDL from January 4, 2014 to May 24, 2015.

ANSWER: I did not record my hours.

6.      From the period of January 4, 2014 to May 24, 2015, describe the location of your work, broken down by day, week, and month.

ANSWER: Objection unreasonably burdensome. I cannot break my work down by day week and month. I performed work at 2734 Lake Avenue and adjacent properties 1208 Elko the property on California Street, the lot on Poplar Street, Alcoa Avenue, Acero Avenue and three other lots on Lake Avenue as well as the flea market.

7.      Describe your wage and/or salary an employee of JDL from January 4, 2014 to May 24, 2015.

ANSWER: I didn't receive cash wages during this time.

8.      List every instance where the timesheets contained in EDWARDS0013-EDWARDS0054 reflect incorrect working hours and describe the correct hours.

ANSWER: Every timesheet is incorrect. My regular working hours were from 7:30-7:45 a.m. until 5:00 or 6:00 p.m. and performed work on Mr. Edwards' properties after work. I worked on Saturdays and Sundays with Mr. Edwards. These hours are not included on the time cards.

9.      Describe the basis for your allegation in ¶38 of your Complaint and ¶42 of your Amended Complaint.

ANSWER: Mr. Edwards knew I was working without cash wages before May of 2015. Mr. Edwards knew that federal and state laws require that employees be paid cash wages of at least minimum wage for all hours worked and one and one-half times their regular rate for hours worked over forty. Mr. Edwards assigned work to me to be performed over the noon hour and after regular working hours, maintaining his property and feeding animals. Mr. Edwards lied to me about his intention to transfer 1208 Elko to me in exchange for my work, with the intention of cheating me out of wages for my work. Mr. Edwards knew that my time cards did not show my actual hours worked and only showed some of the hours I worked and that he was not paying me for all of my hours worked after he began paying me cash wages. Mr. Edwards knew I was working in exchange for a place to live (referred to by him as "room and board") and the promise to have the title to 1208 Elko transferred to me. Mr. Edwards lied at his deposition about many matters and denied that he signed documents which he signed admitting that he did not pay me cash wages, which is a violation of the federal Fair Labor Standards Act and the Colorado Wage Act.

10.     Describe the date you terminated your employment with JDL.

ANSWER: Objection. The interrogatory is incomprehensible.

11.     Describe the reason you terminated your employment with JDL.

ANSWER:  Sexual abuse, emotional abuse and wasn't being paid for full hours I worked.

12.    List the amount of unemployment compensation you received after March 7, 2016.

ANSWER:  I do not know.

13.    Describe the rules, guidelines, policies or procedures (written or oral) that governed your employment with JDL.

ANSWER:  There were no guidelines or policies.  I did what Mr. Edwards asked me to do and I performed those tasks which I knew needed to be performed.

14.    List your criminal convictions, and for each include the date of charge, disposition, jurisdiction, time served, and case number.

ANSWER:  Objection relevance. I have not been convicted of a felony within the last 10 years.

15.    For each response to the above requests for admission that is not an unqualified admission, describe the basis for your denial or qualified admission.

ANSWER:  Request for Admission No. 1. I did not receive an uninterrupted meal break of 30 minutes or more.  I was required to feed Mr. Edwards animals and perform other chores over the lunch hour.

Request for Admission No. 2. There never was a policy against working over 40 hours in a single work week.  Mr. Edwards knew that I worked Saturdays and Sundays and more than 40 hours on weekdays.

Request for Admission No. 3.  I did not receive paychecks covering all of the hours I worked and worked off the clock during this period.

Request for Admission No. 7.  When Mr. Edwards told me that his wife didn't want him to honor his agreement to give me title to 1208 Elko I complained and told him more than once that I needed to be paid for my work.

Request for Admission No. 9.  Minimum wage for 70 hours per week in 2015 would have been $699.55; I was never paid that amount.

## REQUESTS TO PRODUCE DOCUMENTS

1.    All documents and communications on which you relied for or identified in your answers to these discovery requests.

RESPONSE: No documents were relied upon or identified in my answers to these discovery requests

2.      All documents and communications which are related to your answers to or the subject matter of the discovery requests.

RESPONSE: Objection, the request is incomprehensible, vague, overly broad and unreasonably burdensome and not proportional to the needs of the case. I have produced all documents within my possession which I intend to rely upon to support my claim.

3.      All documents and communications related to your claims.

RESPONSE: Objection, the request is incomprehensible, vague, overly broad and unreasonably burdensome and not proportional to the needs of the case. I have produced all documents within my possession which I intend to rely upon to support my claim.

4.      All communications between you and JDL pertaining to your employment.

RESPONSE: Objection, the request is overly broad is not relevant, is unreasonably burdensome and not proportional to the needs of the case. I have produced all documents within my possession which I intend to rely upon to support my claim. No letters, emails or text messages between JDL and me are in my possession.

5.      All documents that you intend to introduce as evidence in this case.

RESPONSE: Objection. The Plaintiff will disclose her exhibits at the time her counsel prepares the Final Pre-Trial Order.

6.      Your federal and state income tax returns, with accompanying W-2 and 1099 forms and any other supporting documents.

RESPONSE: Objection, the request is overly broad is not relevant, is unreasonably burdensome and not proportional to the needs of the case. Plaintiff will produce her federal and state tax returns, to the extent they exist for the years 2014 and 2015.

7.      Bank statements for any bank account in your name alone or jointly with any person.

RESPONSE: Objection, the request is overly broad, is not relevant, is unreasonably burdensome and not proportional to the needs of the case.

8.      All documents and communications related to payments from JDL for work you performed as an employee of JDL.

RESPONSE: Objection, the request is vague and overly broad.  I have produced all documents within my possession which I intend to rely upon to support my claim.

9.     Any documents and communications related to any public benefits or government subsidies of any kind whatsoever.

RESPONSE: Objection, the request is vague, overly broad, not relevant and unreasonably burdensome and not proportional to the needs of the case.

10.    All documents and communications related to terms and conditions of your employment with JDL.

RESPONSE: Objection, the request is vague, overly broad.  I have produced all documents within my possession which I intend to rely upon to support my claim.

11.    All documents that were attached to your demand letter dated November 10, 2016.

RESPONSE: Bates No. LOPEZ00010-16.

12.    All documents and communications pertaining to unemployment benefits you received after March 7, 2016.

RESPONSE:  Plaintiff will execute a release for copies of documents from the Colorado Department of Labor.

Respectfully submitted this _4th_ day of October, 2017.

## VERIFICATION OF DISCOVERY RESPONSES

I, Stephanie Lopez, being duly sworn state that Plaintiff's Responses to Defendants' First Set of Discovery Requests to Plaintiff are true and correct to the best of my knowledge and belief.

_____
Stephanie Lopez

(STATE OF COLORADO  )
                                        ) ss.
(COUNTY OF EL PASO   )

Subscribed and sworn to before me this _26th_ day of October, 2017 by Stephanie Lopez.

ESTHER KUMMA ABRAMSON
NOTARY PUBLIC
STATE OF COLORADO

*Esther Kumma Abramson*
Notary Signature

My Commission Expires: 5/25/2020

As to form and objections:

CORNISH & DELL'OLIO, P.C.

s/ Donna Dell'Olio
Donna Dell'Olio, # 10887
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
PHONE (719) 475-1204
FAX (719) 475-1264
Email: ddellolio@cornishanddellolio.com
Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2017, I caused a true and correct copy of the above and foregoing Plaintiff's Responses to Defendants' First Set of Discovery Requests to Plaintiff to be served on the following at the address shown and via the method indicated for each:

Lily E. Nierenberg
DLG Law Group LLC
4100 E. Mississippi Avenue, Suite 420
Denver, CO 80246
Phone: 303-758-5100
Fax: 303-758-5055
Email: lnierenberg@dlglaw.net

(X) First Class Mail
( ) Hand Delivery
( ) Facsimile
( ) Overnight Delivery
( ) Via File and Serve
(X) E-Mail

s/Esther Kumma Abramson
Esther Kumma Abramson

8

111

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-00045-KLM

_____

Plaintiff(s):

STEPHANIE LOPEZ, individually

vs.

Defendant(s):

CARL EDWARDS, individually, and CASPER TRAILER SALES,
INC., a Colorado Corporation

_____


Scheduling Attorney for the Defendants:
MS. LILY E. NIERENBERG, ESQ.
DLG Law Group, LLC
4100 East Mississippi Avenue, Suite 420
Denver, CO 80246
(303) 758-5100
Atty. Reg. No. 45451
lnierenberg@dlglaw.net


For the Plaintiff:
MS. DONNA DELL'OLIO, ESQ.
Cornish & Dell'Olio, P.C.
431 North Cascade Avenue, Suite 1
Colorado Springs, CO  80903
(719) 475-1264
Atty. Reg. No. 10887
ddellolio@cornishanddellolio.com


Also Present:  Carl Edwards


_____

DEPOSITION OF STEPHANIE ANNE LOPEZ

October 31, 2017

STEPHANIE ANNE LOPEZ

11

1       A.   No.

2       Q.   Anything like a journal or --

3       A.   No.

4       Q.   Okay.  Do you go by any other names besides

5    Stephanie Anne Lopez?

6       A.   No.

7       Q.   Ms. Lopez, where did you grow up?

8       A.   San Luis Valley.

9       Q.   Is there a town in particular?

10      A.   San Luis.

11      Q.   What is your highest grade level of education?

12      A.   9th.

13      Q.   And did you get any certificate for completion of

14   that?

15      A.   No.

16      Q.   Tell me a little bit about your family.

17      A.   We were very poor.  My -- well, it is

18   complicated.  My -- I never really knew my father.  My

19   mother was addicted to drugs and alcohol.  And she was very

20   hard to understand.  I was in and out of foster care.  So, I

21   don't know too, too much about, you know, them.

22      Q.   I believe you have siblings?

23      A.   Yes.

24      Q.   Were they foster siblings or --

25      A.   Both.



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

13

1      Q.   Did you speak with her about this case?

2      A.   **Yes.  I didn't speak with my other sister,**

3   **though.**

4      Q.   Why did you leave the San Luis Valley?

5      A.   **There was no work.**

6      Q.   When did you leave?

7      A.   **I believe in 2007.**

8      Q.   Have you ever been arrested?

9      A.   **Yes.**

10     Q.   Have you ever been convicted of a crime?

11     A.   **Yes.**

12     Q.   Have you ever served time?

13     A.   **Yes.**

14     Q.   I am going to ask some follow-up questions about

15   that.  What crime were you convicted of?

16     A.   **Second-degree assault.**

17     Q.   And is that the crime that you served time for?

18     A.   **Yes.**

19     Q.   Is there any other crime that you have been

20   convicted of?

21     A.   **Yes.**

22     Q.   Is it -- well, first, let me go back.  How much

23   time did you serve for the second-degree assault?

24     A.   **Two years.**

25     Q.   Was that with some probation?  Did you get off



Lopez v. Edwards, et al                                                    October 31, 2017

14

1    for probation?

2        A.    **Parole.**

3        Q.    Do you remember what the full sentence time was?

4        A.    **Two years, one year parole.**

5        Q.    And can you list, then, the other crimes or crime

6    for which you have been convicted?

7        A.    **Second-degree assault.**

8        Q.    Another?

9        A.    **Do you want me to mention my juvenile cases?**

10       Q.    Well, so --

11       A.    **All of them?**

12       Q.    So, let's clarify.  I may only be interested in

13   some of them.  You said that one crime for which you were

14   convicted of was second-degree assault, and you served two

15   years?

16       A.    **Yes.**

17       Q.    That was in DOC?

18       A.    **Yes.**

19       Q.    And was there another second-degree assault

20   charge, or just that one?

21       A.    **There was two.**

22       Q.    And for the other second-degree assault charge,

23   did you serve time?

24       A.    **Yes.**

25       Q.    How long?



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

15

1       A.   I don't remember.

2       Q.   Was it over a year?

3       A.   It was like some -- it was a juvenile.  They had

4   me do survival training, and things like this, some sort of

5   like Outward Bound program.  I am not sure.

6       Q.   Could it have been over one year?

7       A.   Maybe, because I considered when I was in foster

8   care like being locked up sometimes.

9       Q.   And is there any other crime for which you served

10  time?

11      A.   For harassment.

12      Q.   And how long did you serve for that?

13      A.   Eight months, I believe.  I was charged with -- I

14  believe I was sentenced to 18 months, and I only served

15  eight, I believe, on that one.

16      Q.   Have you ever been convicted of a crime that

17  involves fraud, dishonesty, something like writing bad

18  checks?

19      A.   No.

20      Q.   These crimes appear to be physical violence

21  related.

22      A.   Yes.

23      Q.   Would all of the other crimes, if there are any,

24  be also physical violence related?

25      A.   No.



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                        October 31, 2017

16

1      Q.   No.  Okay.  So, what other crimes have you been

2   convicted of that are not related to physical violence?

3      **A.   Underage drinking.  Running away.**

4      Q.   That's a crime?

5      **A.   Well, they -- I got in trouble for it.**

6      Q.   So, you were a juvenile for both of those?

7      **A.   All of those.  All of them.**

8      Q.   With the exception of the first?

9      **A.   No, all of them.**

10     Q.   The first second-degree assault that you

11   mentioned, you were also a juvenile?

12     **A.   Uh-huh.**

13     Q.   Have you been convicted of any crimes as an

14   adult?

15     **A.   Yes.**

16     Q.   And what crimes?

17     **A.   The harassment actually was an adult.  And DUI.**

18     Q.   I'm sorry, DUI?

19     **A.   A DUI.**

20     Q.   And did you serve any time for the DUI?

21     **A.   No.**

22     Q.   Anything else?

23     **A.   No.  Oh, traffic tickets, but I didn't go to jail**

24   **or anything.**

25     Q.   Sure.



STEPHANIE ANNE LOPEZ

18

```
1        Q.   Do you recall the jurisdiction?

2        A.   Costilla County.

3        Q.   For all of them?

4        A.   Yes.

5        Q.   Any exceptions?

6        A.   (Witness shakes head.)

7        Q.   Okay.  You said you don't go by any other name.

8   Would that be true for this as well?  You would have been

9   Stephanie Lopez, or Stephanie A. Lopez, or Stephanie Anne

10  Lopez?

11       A.   Yes.

12       Q.   Okay.  I think that is enough of that.  What is

13  your work history?

14       A.   I used to do flagging in the Cortez, Durango

15  area.

16       Q.   What is flagging?

17       A.   Traffic control.

18       Q.   When did you do that?

19       A.   I don't remember.  It was one of my first jobs.

20       Q.   How old are you?

21       A.   37 -- 38.

22       Q.   Was that before you moved to Pueblo?

23       A.   Yes.

24       Q.   How long did you do that for?

25       A.   Two years.
```



STEPHANIE ANNE LOPEZ

20

```
1        Q.   How do you know you were an adult?

2        A.   About 2005, 2004.

3        Q.   Okay.  What about after that?

4        A.   After that, I started working for Mr. Edwards in

5    2009.

6        Q.   And you said that you served some time?

7        A.   Yes.

8        Q.   So, what years were those?

9        A.   2006 and -- before I was 21.

10       Q.   What was the 2006 time for?

11       A.   Harassment.

12       Q.   Was that for harassment?  Okay.  What did you do

13   between 2006, or when you were released, and 2009?  You said

14   you served, was it a year?

15       A.   About, yes.  Yes.  I did a lot of farm work, wood

16   work in the Valley, but then when I came here is when we

17   rented an apartment from Mr. Edwards.

18       Q.   Okay.  Let me go back to the -- what you did

19   before you met Mr. Edwards.  You said farm work in the

20   Valley?

21       A.   Yeah.  Bucking bales, cutting wood, things like

22   that.

23       Q.   Did you have just one person you were working

24   for, or multiple?

25       A.   Multiple.
```



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                    October 31, 2017

25

1      Q.   When did you break up?

2      A.   I don't recall.

3      Q.   Was there anyone else during that time period who

4   you were involved in a relationship with where you were

5   living together or spending regular weekdays or nights

6   together?

7      A.   No.

8      Q.   When did you meet Carl Edwards?

9      A.   In 2007, I believe.

10     Q.   And how did you come to meet each other?

11     A.   When I rented the place.

12     Q.   So --

13     A.   In 2007.

14     Q.   So, what place did you rent?

15     A.   2700 Lake Avenue, I believe Apartment Number 7,

16   is the one we were in.

17     Q.   Was that the only apartment you ever lived at the

18   that complex?

19     A.   No.

20     Q.   Because I think I saw Number 9 written somewhere.

21     A.   Yes.

22     Q.   Number 9 was later?

23     A.   Yes.

24     Q.   Again, when you say "we," who are you referring

25   to?



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

26

1      A.   Dasha.

2      Q.   So, you and Dasha moved into 2700 Lake Ave.,

3   Number 7, around 2007?

4      A.   Uh-huh.

5      Q.   And were you both on the lease for that?

6      A.   I don't believe so.

7      Q.   How did you meet Carl in the process of renting

8   that apartment?

9      A.   Called, and he had an apartment available.  And

10   we went in there and checked it out and moved in.

11      Q.   Did you meet him that day that you checked it

12   out, or did somebody else show you?

13      A.   I seen him around.  I never formally met him

14   until then.

15      Q.   When you say you had seen him around, could you

16   describe that?

17      A.   My other ex-girlfriend used to hang out with his

18   daughter.  And I would go over there occasionally with her

19   and have seen him, because she lived pretty well next door

20   to where the shop is.

21      Q.   At 2700 Lake, or somewhere else?

22      A.   Yes.  Well, 2734 Lake would be that address.  For

23   the shop.  And then on Poplar is a whole other address.  But

24   it is all on the same block.

25      Q.   Okay.  So, I think I want to follow up on a



34

1   of your disclosure -- disclosed witnesses.  Why is it that

2   you have listed him as a customer and not other customers?

3         **A.   There are other customers on that list.**

4         Q.   Okay.  I know you don't have that list in front

5   of you.  Can you recall who any of them are?

6         **A.   Arno, the electrician.  And Norm from Norm's Auto**

7   **Glass is also a customer.  We have also worked on his unit,**

8   **his motorhome.  We have worked on Arno's unit.  He had some**

9   **issues with Mr. Edwards over it.**

10        Q.   What kind of issues?

11        **A.   He said Mr. Edwards refused to, I believe, honor**

12   **the deal, was what he said.  That was with the utility truck**

13   **that he traded him to do electric work on my house.**

14        Q.   Again, I recognize you don't have the list in

15   front of you, but do you have an idea of -- actually, let me

16   do this.  I will read the names, and if you could tell me if

17   any of these people were also customers.

18        **A.   Okay.**

19        Q.   We have gone over Norm from Norm's Auto Glass.

20   Joe Duran.  Jessie Carson.

21        **A.   Yep.**

22        Q.   Also a customer?

23        **A.   His brother is a customer.**

24        Q.   Do you remember his brother's name?

25        **A.   David.**



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                    October 31, 2017

55

1      Q.    Was that after you brought him back to the

2  Valley?

3      A.    Yes.  A month after.  Or three weeks at the most.

4      Q.    Does he live with you?

5      A.    He did, yes, until he turned 18.  And now he is

6  going to be in the Air Force.  So, he is doing good.

7      Q.    Arno Gullegos, an electrician.

8      A.    Right.

9      Q.    What is your relationship with Arno?

10     A.    I don't have one.  He worked on my house.  I have

11  also worked on some of his stuff with Mr. Edwards.

12     Q.    What is his stuff?

13     A.    He had a utility truck he needed cleaned out.

14  Mr. Edwards traded him a utility truck for the electrical

15  work that he did in exchange for some money that went

16  missing, that was mine.  So, that was pretty much the only

17  thing.

18     Q.    The utility truck?

19     A.    The utility truck and the work that he did at my

20  house, and that was it.  That's all I know.

21     Q.    Okay.  Did he ever come to the shop?

22     A.    Yes.

23     Q.    And was it with regards to the utility truck, or

24  something else?

25     A.    It was in regards to the utility truck.



104

1   are you referring to?

2        A.   The settlement money he was holding in his vault.

3        Q.   So, he was physically holding?

4        A.   Yes.

5        Q.   How much money was he physically holding in his

6   vault?

7        A.   I believe 30,000.  I would cash my check -- the

8   first time I cashed a check, though, I put it in the storage

9   unit, and the storage unit got robbed -- well, broken into.

10   They didn't find it.  That's when he suggested that I take

11   my money and put it in his vault.  That, and my coins.

12       Q.   Was that the money from the --

13       A.   Settlement.

14       Q.   -- first settlement?  As I understand it, there

15   were two --

16       A.   Three.

17       Q.   There were three?

18       A.   Uh-huh.

19       Q.   Can you describe the three settlements?

20       A.   One was for 69,000, a check for -- or, sorry,

21   6,000, or -- 69 -- 6,900.  The other one was for 66.  6,600.

22   And the other was for 20,000.  Around there.

23       Q.   And were they in that order?

24       A.   No.

25       Q.   Do you know which one came first?



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

105

1     A.   I think the 6 -- or the 6,900.

2     Q.   And then which one came second?

3     A.   The 66.

4     Q.   And the third?

5     A.   Yeah, then the 20.

6     Q.   Okay.

7     A.   I believe that's how it came in.

8     Q.   I am going to hand you an exhibit that we are

9   going to mark as No. 2.

10                 (Deposition Exhibit 2 was marked.)

11    Q.   Are you familiar with all of the pages in this

12  document?

13    A.   Yep.  Pretty well, yep.

14    Q.   On this first page where it talks about a $20,000

15  amount that is due to you, is that referring to the 20,000

16  that you were just mentioning a minute ago?

17    A.   Yes.

18    Q.   And then that second page where it has a check,

19  is that the check for that amount?

20    A.   Yes.

21    Q.   On the -- I think it is the fifth page, at the

22  bottom where it says 21, Lopez 00021.

23    A.   Okay.

24    Q.   That same place where it says "total amount due

25  client," and then "Stephanie Lopez," and it is 6,523.79 plus



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                      October 31, 2017

106

1    400, for a total of 6,923.79?

2        A.    Yes.

3        Q.    Is that the 6900 you were referring to before?

4        A.    Yes.

5        Q.    Then on the following page, the one ending in 22,

6    this is the 6600 that you were referring to?

7        A.    Yes.

8        Q.    On the -- I am going to refer to it by the lower

9    page numbers, if that's okay.  Where it is Lopez 00024.  The

10   Bates number.

11       A.    Okay.

12       Q.    What is this a copy of?

13       A.    My money market, my CD, and my shares information

14   from the bank, Powers Credit Union.

15       Q.    I'm sorry, what credit union is it?

16       A.    Powers.

17       Q.    Powers Credit Union.  And what is this upper area

18   where it says shares, loans, and certificates?  Is that one

19   of those things that you just described?

20       A.    Yes.

21       Q.    Which one?

22       A.    The shares.

23       Q.    And then down below?

24       A.    That one is the money market.

25       Q.    And down below?



1    of work.  And Duncan, and hardly ever Richard.  Those are

2    the only ones I ever seen in the back at the shop.  But

3    Ginger has been there the whole time up front.

4         Q.   What is the difference between a mechanic and pit

5    crew?

6         A.   The name.

7         Q.   Nothing else?

8         A.   What is that?

9         Q.   Nothing else?

10        A.   As far as I know, no.  I asked him what title I

11   should put, and he told me pit crew.

12        Q.   On what?

13        A.   On some of my papers that I had to sign when he

14   suggested I get food stamps.

15        Q.   Okay.  Paragraph 16, "Plaintiff worked without

16   any cash wages for years in reliance upon Carl Edwards'

17   promise to transfer title to a home located at 1208 Elko

18   Street, Pueblo, Colorado, to her in exchange for work."

19             Is that what you were referring to earlier?

20        A.   Yes.

21        Q.   Why did you keep working for him after he told

22   you he wasn't going to transfer that to you?

23        A.   He didn't say he wouldn't.  He said his wife

24   wasn't in agreeance, but he told me that he would talk to

25   her, and to continue working, and that she would calm down



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                    October 31, 2017

120

1    about what she was upset about.

2          Q.    What was she upset about?

3          A.    She was upset -- I was taking care of their

4    granddaughter for several months, almost six months, and I

5    got her to see a school counselor and paid for a private

6    counselor for her.  And some accusations came out about

7    their home life.  And his wife didn't like what was said.

8    And they pulled her from my house.  And she dropped out of

9    school.

10         Q.    And this is Sam?

11         A.    Uh-huh.

12         Q.    How old was Sam?

13         A.    I believe 15.

14         Q.    Did you think that Jean would calm down?

15         A.    I don't know.  I didn't see what she was upset

16   about being my fault.

17         Q.    Paragraph 18, "Throughout her employment

18   plaintiff arrived at work at or about 7:30 a.m. and

19   continued to work until after closing."

20               What time is closing?

21         A.    6:00.  Well, for Carl it is 6:00.  For -- he

22   would stay until 6:00.  Everybody else would leave at 4:30.

23   So, we would stay until 6:00.  And then if he decided he

24   wanted to mow the lawns, we would go mow the lawns.  If he

25   wanted me to do whatever else, I would.



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

150

1    took home from each of those days that you worked?

2         A.    For the most part, he would give me cash once in

3    a while.  A lot of times it was giving me things out of the

4    flea market, like a bed, a bedroom set.  But things that he

5    had given me, he has.  I don't have any of those.

6         Q.    Explain that.

7         A.    They are in the farmhouse.  He wouldn't let me

8    take any of the things that he gave me.

9         Q.    When did you move out of the farmhouse?

10        A.    When -- in -- when I was raped and stabbed there.

11        Q.    And when was that?

12        A.    In 2012.  I believe in September.

13        Q.    So, break this down for me, because the years

14   matter here.  Did you take things from the flea market and

15   keep them as your own between 2014, beginning of 2014, and

16   May 2015?

17        A.    I only took what he gave me.  But none of that

18   ever went with me.

19        Q.    Where did it go?

20        A.    It is at the farmhouse.

21        Q.    You weren't living there anymore?

22        A.    Right.

23        Q.    How did it get there?

24        A.    He had me haul a bunch of stuff into the

25   farmhouse that was supposed to be mine, as if it is my



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                        October 31, 2017

151

1    house.  So, I was under the impression that I was still

2    working for the house.

3            Q.   Did Mr. Edwards help you with your new house,

4    your Van Buren house?

5            A.   Yes.

6            Q.   Approximately how much time would you say that

7    Mr. Edwards spent helping you with that?

8            A.   On the weekends, he would come over sometimes

9    when we weren't doing flea market stuff or mowing.  He came

10   to help me with the plumbing.

11           Q.   Did you pay Mr. Edwards for that work?

12           A.   No.  It still ain't done.

13           Q.   Did anybody else help on that house?

14           A.   Yes.

15           Q.   Okay.  Who was that?

16           A.   Related to Mr. Edwards, or like in that --

17           Q.   Anybody.

18           A.   My brother helped me.  Both of my brothers have

19   helped me.

20           Q.   Who are they?

21           A.   Chris Lopez and Anthony Lopez.

22           Q.   How much did they help you?

23           A.   My brother helped me do a fence.  I paid him for

24   it.

25           Q.   Which one?



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                           October 31, 2017

155

1    work for him when I was already working for Norm, he told me

2    that he would pay me $15 an hour, what everybody else was

3    getting, and put me on payroll, and it still took him

4    several -- two months.

5         Q.   I think I recall you saying that that

6    conversation occurred in early 2015.  So, I want to make

7    sure that we are clear on these dates.

8         A.   Right.  So, that would be somewhere in between

9    January and May.

10        Q.   Okay.  What about before you came back from

11   working for Norm?  Were you working for JDL?

12        A.   Yes.

13        Q.   And what was your wage and/or salary at that

14   time?

15        A.   I didn't have one.

16        Q.   So, what did you expect to be making from

17   property maintenance part of your job?

18        A.   The only thing that I was expecting was to have

19   the transfer -- the title transferred to me.  I wasn't

20   expecting -- that's what -- that's what the agreement was.

21   I wasn't expecting anything but that.

22        Q.   Would you have paid payroll taxes if you received

23   a house for income?

24             MS. DELL'OLIO:  Object to the form of the

25   question.



STEPHANIE ANNE LOPEZ

156

```
1   BY MS. NIERENBERG:

2        Q.   Let me ask a different question.  Prior to when

3   Mr. Edwards hired you back and put you on payroll, you did

4   receive some income for the flea market work, correct?

5        A.   20 bucks here and there, okay.

6        Q.   Did you consider it income?

7        A.   No.

8        Q.   What did you consider it?

9        A.   I considered that gas money, because that's what

10  he said it was.

11       Q.   Gas money for what?

12       A.   For hauling stuff back and forth.

13       Q.   So, was there anything else you received as

14  income that you understood to be income prior to when you

15  went on payroll?

16       A.   No.

17       Q.   But you still considered yourself to be an

18  employee?

19       A.   Yes.  Yep.

20       Q.   Did you ever pay any taxes on the money you

21  received from the flea market?

22       A.   No.

23       Q.   Question 10, Interrogatory 10 on page 4 says,

24  "Describe the date you terminated your employment with JDL."

25  And what I was asking there was just what date did you
```



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                    October 31, 2017

178

```
 1       Q.   When was that?

 2       A.   I believe prior to me quitting in 2014.

 3       Q.   Do you have any other communications between you

 4   and Mr. Edwards?  Emails, texts?

 5       A.   No.

 6       Q.   Letters?

 7       A.   No.

 8       Q.   Nothing is in writing?

 9       A.   Just the letter that I gave him.

10       Q.   What was that?

11       A.   That was prior to 2014 about some of his behavior

12   towards me.

13       Q.   Did he write to you back?

14       A.   No.  But he read it in front of me.  I made sure

15   he read it in front of me.  My counselor told me that it

16   would be helpful if I had him read it in front of me.  So,

17   yeah.

18       Q.   Was your employment agreement -- you have already

19   told me that your agreement about the house was not

20   documented in any way, correct?

21       A.   Yeah.

22       Q.   So, was your -- anything else about your

23   employment agreement with him documented in any way?

24       A.   No.

25       Q.   There was no hire letter?
```



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                    October 31, 2017

179

1       A.   No.  He didn't want any of that.

2       Q.   Now, Request 7 says, "Bank statements for any

3    bank account in your name alone or jointly with any person."

4       A.   Uh-huh.

5       Q.   Have all of those records been produced in that

6    Exhibit 2?  And I should clarify that these requests were

7    covering the period from --

8       A.   Yeah.

9       Q.   -- January 4, 2014, on.  So, I don't need

10   anything before that.  But I know you gave me some.  Are

11   there any other bank statements or bank account in your name

12   that would have any records, other than what is produced in

13   that?

14      A.   My bank account today, is that what you are

15   talking about?

16      Q.   Well, I don't really need after May 2016.

17      A.   Okay.  Yeah, I don't think so.  I could check,

18   though.

19      Q.   Would you check for me?

20      A.   Yeah.

21      Q.   Number 8 says, "All documents and communications

22   related to payments from JDL for work you performed as an

23   employee of JDL."

24           So, that would include all the timecards, pay

25   stubs, paychecks.  And also I would consider any deposits



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                    October 31, 2017

181

1      Q.   10 says, "All documents and communications

2   related to terms and conditions of your employment with

3   JDL."

4           Again, that includes the company and the

5   individual, employment with the company and the individual.

6   Do you know of any other documents and communications that

7   you have in your possession covering the period January 4,

8   2014, through May 2016 that haven't been produced?

9      A.   No.

10     Q.   I want to ask you some questions about financial

11  stuff.  You can refer to Exhibit 2, if you would like to.

12          The settlement from your mother's death, you said

13  was -- came in three payments?

14     A.   Right.

15     Q.   Is that what you lived on for a period?

16     A.   No.

17     Q.   What did you do with the money?

18     A.   I gave it to Mr. Edwards to hold.  Not to give,

19  just to hold.

20     Q.   What did you eventually do with the money?

21     A.   I bought my house with what he gave me back.

22     Q.   And I believe, from the documents, your house was

23  purchased for around $21,000?

24     A.   Yep.

25     Q.   How did you pay bills after that?



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                        October 31, 2017

184

1      Q.   You are not seeking the house?

2      A.   At one time I was.  I know that I will never be

3  able to live there.  I can barely even go into that house.

4  I would just like him to pay me what he owes me.

5      Q.   So, this is going to be whatever we are on next.

6  No. 5.

7                 (Deposition Exhibit 5 was marked.)

8      Q.   You can take a look at Exhibit No. 5.  Do you

9  recognize that document?

10     A.   Yep.

11     Q.   It asks you to list each and every residence you

12 have lived since January 4, 2014.  And, again, the

13 definitions are not reflected in this document, but the

14 definitions of that request place residence where you have

15 lived means seven days or longer.

16             So, there are only two addresses on here.  And

17 this is covering the period January 4, 2014, to present.

18 So, are those the only two places you have lived for seven

19 days or longer at a time, at seven consecutive days?

20     A.   Okay.  Yeah.  Well, I was homeless when I got

21 back from -- from the --

22     Q.   Colorado Springs?

23     A.   Yeah.  I keep forgetting.  I was homeless because

24 I would not go back to the house, and Mr. Edwards kind of

25 tried to force me back into the house.  I told him I



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

185

1    couldn't go.

2         Q.    And the house you are referring to is 1208 Elko?

3         A.    Uh-huh.

4         Q.    Is the reason you couldn't go is because of the

5    trauma that occurred there?

6         A.    Yeah.

7         Q.    And is that still the reason that you can't go

8    near the house?

9         A.    Yes.

10        Q.    When is the last time you were at the house?

11        A.    I went by the house to speak with Maggie, the

12   lady that he had moved in here recently, but after our last

13   deposition with Mr. Edwards, I noticed that she is gone now.

14   So, I don't know.

15        Q.    Before that, when was the last time you were at

16   the house?

17        A.    That was it.

18        Q.    Between 2013 and --

19        A.    That was in 2017, I believe.

20        Q.    Okay.  So, after you left --

21        A.    Uh-huh.

22        Q.    -- and went to Colorado Springs?

23        A.    Here recently I went to the house, yeah.  She

24   told me that he had moved her in and bought her a car and

25   stuff.  I was like, "Is he giving you the house?"



Lopez v. Edwards, et al                                         October 31, 2017

188

1   exhibit in case you wanted to refer to it.  But I agree that

2   the paychecks in here are not in order.  I was going to go

3   through the weeks in order.

4   BY MS. NIERENBERG:

5        Q.   And I actually have another version of a

6   calendar, if you would like to have that.  You said that you

7   didn't have any other paper records of when you worked

8   recording the jobs that you did, right?

9        **A.   Right.**

10       Q.   So, all we have are the timecard records, and

11  that is a calendar I am just giving you for ease of

12  reference.

13           MS. DELL'OLIO:  I don't -- unless we know what

14  this is, I don't want her referring to it.  This is going to

15  create more confusion.  If this is a chart you created, you

16  are becoming a witness.  If you are going to put something

17  in front of her --

18           MS. NIERENBERG:  So, for the record, what has

19  been placed in front of Ms. Lopez is a copy of a spreadsheet

20  that I produced that lists weekly dates from a period of

21  January 5, 2014, through April 8, 2016.  And it lists the

22  Monday date, the Friday date, and the Saturday date, which

23  is represented as payday up on the top.

24           And I produced it to Ms. Lopez as reference.  She

25  is free to use it or not use it.  I am going to be asking



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                    October 31, 2017

198

1    I know when one of the lines busted, I was in the base --

2    well, was it the basement, crawlspace underneath -- was it

3    2700 Lake Avenue?  And we were there until it was dark,

4    because he had to go get flashlights.  I remember that.  So,

5    obviously, it was pretty late.

6        Q.   It gets dark early in the winter.

7        A.   Yeah.  But it was dark.

8        Q.   Would you often work until dark in the winter?

9        A.   No.  Just in the summer.

10       Q.   For the rest of January, do you recall anything

11   different than what you have already told me, January 2014,

12   in terms of the jobs you were doing, the work schedule, what

13   your average day of work looked like?

14       A.   No.  Not -- the only other thing is when the

15   animals were there.  Feed horses or cows -- Brahman bull or

16   donkeys.  Depending on whoever he let use the property or

17   rented the property to.

18       Q.   What property is that?

19       A.   The 1208 Elko.  He had me muck the stalls out so

20   he could rent it out for horses.

21       Q.   You like horses, right?

22       A.   Yeah.  But still, they are work.  They are not my

23   horses.

24       Q.   Did you keep your pets at 1208 Elko?

25       A.   Yes.



Lopez v. Edwards, et al                                    October 31, 2017

199

```
 1        Q.   What were they?

 2        A.   Some hens and roosters and goats.

 3        Q.   How many?

 4        A.   I had three goats, 20 hens, and seven roosters.

 5        Q.   And when did you move them from the 1208 Elko

 6   property?

 7        A.   When Mr. Edwards' wife said that they were a

 8   burden.

 9        Q.   When was that?

10        A.   In 2014.

11        Q.   How about February 2014, first full week, starts

12   Monday the 3rd of February 2014?  What was your work

13   schedule like that week?

14        A.   I don't remember.

15        Q.   Was that still a slow period for the shop?

16        A.   It was picking up a little bit.

17        Q.   When did the shop schedule pick up in terms of

18   the year cycle?

19        A.   March.

20        Q.   March.  So, the shop opened at 8:00?

21        A.   Uh-huh.  Yes.  Sorry.

22        Q.   And do you recall how late you worked during

23   February 2014 when you were at the shop?

24        A.   Like I said, when he closed is when I would

25   leave.
```



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

205

1      A.   Which page was it?

2      Q.   Well, on the bottom, it is marked Lopez 00026 and

3   Lopez 00027.  I assume that this is for your house?

4      A.   Yeah.

5      Q.   So, I don't know if this has dates on it.  I

6   thought that might be a good reference point.  If you

7   recall, when did you close on your house?

8      A.   We were supposed to close in June, and we ended

9   up closing, I think, in August.

10      Q.   Had you been in possession of the house before it

11   closed?

12      A.   No.

13      Q.   So, do you remember when you actually obtained

14   possession of the house?

15      A.   August.

16      Q.   August 2014?

17      A.   Uh-huh.

18      Q.   And where were you living up until that time?

19      A.   In Number 9, on 2700 Lake Avenue.

20      Q.   Was your house livable when you bought it?

21      A.   No.

22      Q.   What condition was it in?

23      A.   It was like a shell of a house.

24      Q.   Okay.  Had it already been demoed before you

25   moved in?



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

225

1       Q.   Did you consider him a mentor?

2       **A.   Yeah.**

3       Q.   Do you think he might have been trying to get

4    that point across?

5       **A.   I think he had that point across when I first**

6    **started.   If he would have treated me correctly, I would**

7    **still be there.**

8       Q.   And then it says, "I worked 38 hours and up."

9       **A.   Yep.**

10       Q.   And that's when they were requiring you to put

11    down hours?

12       **A.   Right.   And he didn't want me to put the 40-plus.**

13    **He told me to put the 38.**

14       Q.   It says, "I have worked for Carl Edwards the

15    beginning" -- maybe means -- "since the beginning of 2013"?

16    What do you mean there?   I won't fill in your words.

17       **A.   That is what he asked me to put.   I let him know**

18    **that there was other notes that said otherwise, but he told**

19    **me to put it anyway.**

20       Q.   Okay.   And then you put your actual address on

21    this one, Van Buren, your current address?

22       **A.   Yes.**

23       Q.   Who wrote "c/o JDL TLR Sales"?

24       **A.   Mr. Edwards.   That is his handwriting.   So, he**

25    **was already, obviously, acknowledging that I worked for JDL**



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                          October 31, 2017

235

1       Q.   Do you know what the unemployment insurance was

2   based on, how many hours of work that was based on?

3       A.   They just told me that I was going to receive it

4   for the time that I was on payroll.  That anything else

5   couldn't be -- there was no proof either way.  And I didn't

6   have the information that I had given, for the social

7   service stuff, until later.

8       Q.   But you didn't challenge the decision with

9   unemployment insurance?

10      A.   No.  I -- this is all new to me.  So, no.

11      Q.   Did Jean Edwards bring you shopping for clothes?

12      A.   No.  She brought me a bag of clothes from the

13  Goodwill and gave me receipts for it and stuff.  The bag is

14  still -- I don't know if they moved it, but the bag of

15  clothes is inside -- well, as far as I know, was still in

16  the shop, until the time I quit.

17      Q.   Did Mr. Edwards know that you were interested in

18  women?

19      A.   Yes.

20      Q.   Did you tell Mr. Edwards that you had a felony?

21      A.   Yes.

22      Q.   Did you sometimes work for -- take an hour-long

23  lunch?

24      A.   Yes.

25      Q.   Were you friends with Mr. Edwards?



STEPHANIE ANNE LOPEZ

Lopez v. Edwards, et al                                      October 31, 2017

236

1      A.    I considered him a friend.

2      Q.    Did you consider him anything in addition to a

3  friend and a mentor, as I think you mentioned?  Did you

4  consider him family?

5      A.    I considered him like a father figure at one

6  time.

7      Q.    How are you currently paying your bills?

8      A.    I am doing some work for CSU doing catering, and

9  stuff like that.  And I also do catering for the convention

10  center through a staffing company.

11      Q.    What was Labor Ready Central?  I am referring to

12  the document that is marked Lopez 00038 in Exhibit 2.

13      A.    On this one?

14      Q.    One of your W-2s from 2014.

15      A.    Would this be in here or somewhere else?

16      Q.    Exhibit 2.

17      A.    Exhibit 2?

18      Q.    It is 38 at the bottom.

19      A.    Okay.

20      Q.    What was Labor Ready Central?

21      A.    It is a work -- like an employment place for

22  temporary labor.

23      Q.    Where is it located?

24      A.    On Prairie Avenue, I believe.

25      Q.    In --

