**DEFENDANTS' PRELIMINARY EXHIBIT LIST**
**Case 1:17-cv-00045-CMA-KLM**
*Lopez v. Edwards*

| Exhibit | Description | Identification/Source |
|---|---|---|
| 1 | Letter from Donna Dell'Olio to Edwards | EDWARDS0001-0003 |
| 2 | Lopez license | EDWARDS0004 |
| 3 | Note to Donna Dell'Olio | EDWARDS0005 |
| 4 | Letter from Edwards to Donna Dell'Olio | EDWARDS0006-0012 |
| 5 | Employee QuickReport | EDWARDS0013 |
| 6 | Lopez timecards | EDWARDS0014-0054 |
| 7 | Unemployment documents | EDWARDS0055-0069 |
| 8 | Unemployment notice of decision | EDWARDS0070 |
| 9 | Marked Carlson expert report | Appendix F1 to Joseph expert report |
| 10 | Statement of qualifications | Appendix F2.1 to Joseph expert report |
| 11 | The Theoretical Basis… | Appendix F3 to Joseph expert report |
| 12 | Five Criteria… | Appendix F5 to Joseph expert report |
| 13 | Joseph's Illustration.. | Appendix F6 to Joseph expert report |
| 14 | Handwritten notes | LOPEZ0005-0009 |
| 15 | Lopez draft complaint | LOPEZ0010-0016 |
| 16 | Lopez financial documents | LOPEZ0017-0044 |
| 17 | DSS verification | LOPEZ0045 |
| 18 | Lopez timecards | LOPEZ0046-0047 |
| 19 | Lopez will | LOPEZ00048 |
| 20 | Plaintiff's Privilege Log | |
| 21 | Lopez timecards | Lopez deposition exhibit 7 |
| 22 | Lopez timecards | Lopez deposition exhibit 8 |
| 23 | Lopez timecards | Lopez deposition exhibit 9 |
| 24 | Lopez timecards | Lopez deposition exhibit 10 |
| 25 | Police incident reports | LOPEZ000267-000287 |
| 26 | List of similarities | p.11-12 Carlson expert report |
| 27 | Enlarged signatures | p.13 Carlson expert report |
| 28 | Exhibits of questioned and known signatures | p.14-22 Carlson expert report |
| 29 | 10-2-17 1:29 pm Email from Donna Dell'Olio to Wendy Carlson | Response to subpoena of expert file |
| 30 | 10-2-17 1:21 pm Email from Donna Dell'Olio to Wendy Carlson | Response to subpoena of expert file |
| 31 | 10-26-17 4:54 pm Email from Donna Dell'Olio to Wendy Carlson | Response to subpoena of expert file |
| 32 | 10-27-17 1:05 pm Email from Wendy Carlson to Donna Dell'Olio | Response to subpoena of expert file |
| 33 | Unemployment benefit payment history | Response to subpoena; disclosed via email |
| 34 | Statement of wages and possible benefits | Response to subpoena; disclosed via email |
| 35 | Notice of decision | Response to subpoena; disclosed via email |
| 36 | Fax including Pueblo note | Response to subpoena; disclosed via email |
| 37 | Fax including various notes | Response to subpoena; disclosed via email |
| 38 | Lopez note regarding smoke | Response to subpoena; disclosed via email |
| 39 | Plaintiffs' Responses to Defendants' First Set of Discovery Requests | |
| 40 | Plaintiffs' Responses to Defendants' Second Set of Discovery Requests | |
| 41 | Ginger Valdez deposition transcript | |
| 42 | Any demonstrative exhibit | |
| 43 | Any exhibit needed for impeachment purposes | |

Defendants reserve the right to supplement this preliminary exhibit list as allowed by the rules of civil procedure and by leave of court.