**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually, and
CASPER TRAILER SALES, INC., a Colorado Corporation,

    Defendants.
_____

**Notice of Entry of Appearance for Julie D. Yeagle**
_____

COMES NOW Julie D. Yeagle of the law firm of Cornish & Dell'Olio, P.C., 431 North Cascade Avenue, Suite 1, Colorado Springs, CO, 80903, Telephone 719-475-1204, Facsimile: 719-475-1264, and respectfully submits this Notice of Appearance as counsel for Plaintiff, Stephanie Lopez.

Respectfully submitted this 12th day of July, 2018.

                                  CORNISH & DELL'OLIO, P.C.

                                  s/ Julie D. Yeagle
                                  Julie D. Yeagle
                                  Cornish & Dell'Olio, P.C.
                                  431 N. Cascade Avenue, Ste. 1
                                  Colorado Springs, CO 80903
                                  TEL (719) 475-1204
                                  FAX (719) 475-1264
                                  Email: jyeagle@cornishanddellolio.com
                                  Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of July, 2018, I caused a true and correct copy of the above and foregoing **Notice of Entry of Appearance for Julie D. Yeagle** was sent by email:

Lily E. Nierenberg  
GODFREY | JOHNSON, P.C.  
9557 S. Kingston Court  
Englewood, Colorado 80112  
Phone: (303) 228-0700  
Fax: (303) 228-0701  
Email: nierenberg@gojolaw.com

                                                     s/Esther Kumma Abramson  
                                                     Esther Kumma Abramson