**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-00045-CMA-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually, and
CASPER TRAILER SALES, INC., a Colorado Corporation,

    Defendants.

## MOTION FOR STATUS CONFERENCE AND EXPEDITED BRIEFING SCHEDULE

Defendants Carl Edwards and Casper Trailer Sales, Inc., by and through their undersigned counsel GODFREY | JOHNSON, P.C., respectfully move for a status conference and expedited briefing schedule on this motion, stating in support as follows:

1.    Undersigned counsel recently became aware that Plaintiff is involved in three pending state criminal cases—two in Pueblo County and one in Huerfano County—that may impact her availability at trial, which is set for September 10-13, 2018.

2.    Plaintiff is currently confined in the Pueblo County Jail. See Exhibit A.

3.    According to documents filed by her public defender, Plaintiff cannot post bond. Exhibit B.

4.    Plaintiff is currently facing a number of felony charges, including an F4 charge for second degree assault on a peace officer, a DF4 charge for controlled substance possession, and an F5 charge for vehicular eluding. See Exhibit C.

5.   Plaintiff's plea hearing in Huerfano County was set for May 21, 2018, but Plaintiff failed to appear; the hearing has been continued to July 30, 2018.

6.   Plaintiff's plea and sentencing hearing for the Pueblo County cases was set for July 12, 2018 and has been reset for August 8, 2018.

7.   According to a representative of Defendants who was present in the Pueblo County courtroom on July 12, 2018, Plaintiff's Public Defender requested to set out the plea and sentencing hearing based on a request received from Plaintiff's counsel in this civil action, Donna Dell'Olio.

8.   On July 13, 2018, undersigned spoke by phone with Ms. Dell'Olio, who was not forthcoming with information regarding Plaintiff's availability for trial.

9.   Plaintiff's counsel opposes Defendants' request for a status conference.

10.  Defendants believe they are entitled to know at least as much as Plaintiff's counsel whether—if not *how*—Plaintiff intends to appear for trial in her civil matter set before this Court.

11.  Defendants are prejudiced by not having this information because of the number of upcoming pretrial deadlines that may be impacted if the trial is abandoned or reset at Plaintiff's request.

12.  Defendants also wish to avoid "surprise" due to last-minute motions filed by Plaintiff concerning her criminal matters, such as a motion seeking a writ of habeas corpus ad testificandum.

13.  Given that trial is set for less than two months away and various pretrial deadlines are upcoming, and that Defendants are unable to obtain relevant information

from Plaintiff's counsel, Defendants respectfully request that the Court hold a forthwith status conference on these issues.

14.  As Plaintiff's counsel is located in Colorado Springs, Defendants would not object to a hearing by phone.

15.  Defendants further respectfully request that the Court order an expedited briefing schedule for Plaintiff's Response to this motion, because of the pendency of upcoming pre-trial deadlines that may be impacted. Defendants will waive their right to a Reply brief but reserve the right to move for leave to file one.

Respectfully submitted this 16th day of July, 2018.

GODFREY | JOHNSON, P.C.

*s/ Lily E. Nierenberg*
Lily E. Nierenberg
9557 S. Kingston Court
Englewood, CO 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email: nierenberg@gojolaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 16, 2018, a true and correct copy of the foregoing was filed and served via ECF/PACER on all parties of record, as follows:

Donna Dell'Olio
Julie Yeagle
Cornish & Dell'Olio
431 N. Cascade Avenue, Suite 1
Colorado Springs, CO 80903

*s/ Lily E. Nierenberg*
Lily E. Nierenberg
