**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually,

    Defendant.

---

**Request to Conduct Jury Trial at 212 North Wahsatch Street, Colorado Springs, Colorado**

---

    COMES NOW the Plaintiff, Stephanie Lopez, by and through counsel, Cornish & Dell'Olio, P.C. and respectfully requests that the Court consider conducting the trial of the above case at 212 North Wahsatch Street, Colorado Springs, Colorado.

    AS GROUNDS THEREFORE all of the parties and witnesses reside in and around Pueblo, Colorado.

    The entire jury panel will be drawn from Jury Division 4 (Pueblo). Exhibit 1, Revised Jury Plan for Random Jury Selection.

**Certificate of Compliance with D.C.COLO. L. Civ. R 7.1 A**

    Pursuant to D.C.COLO. L. Civ. R 7.1 the undersigned has conferred with Lily Nierenberg of DLG Law Group LLC, counsel for Defendant. Defendant opposes the motion.

    Respectfully submitted this 23th day of July, 2018.

                                CORNISH & DELL'OLIO, P.C.

                                s/ Donna Dell'Olio
Donna Dell'Olio, #10887
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
TEL (719) 475-1204
FAX (719) 475-1264
Email: ddellolio@cornishanddellolio.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of July, 2018, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Request to Conduct Jury Trial at 212 North Wahsatch Street, Colorado Springs, Colorado** was sent by email:

Brett Godfrey
Lily Nierenberg
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Email: godfrey@gojolaw.com
Email: nierenberg@gojolaw.com

                                s/Esther Kumma Abramson
Esther Kumma Abramson