# INSTRUCTION NO. \_\_\_\_
# BENEFITS OTHER THAN WAGES

The FLSA defines wages to include the "reasonable cost to an employer of furnishing any employee with board, lodging, or other facilities, if such board, lodging, or other facilities are customarily furnished by the employer to his employees.

In this case, Plaintiff is not claiming that she was paid with board, lodging, or other facilities in lieu of wages by Defendants during the period in question 2014-2016. Defendants also do not claim that they paid Plaintiff board, lodging, or other facilities in lieu of wages during the period in question 2014-2016.

**Authority:**

29 C.F.R. § 531.2