# INSTRUCTION NO. \_\_\_\_
# FLSA – ELEMENTS OF CLAIM FOR MINIMUM WAGES

In order for Plaintiff/Stephanie Lopez to establish her claim for Defendants' failure to pay her minimum wage in violation of the FLSA, she must prove the following by a preponderance of the evidence:

1. Plaintiff was an employee of Defendants during periods of time after January 4, 2014 and before April 20, 2016;

2. Defendants failed to pay Plaintiff minimum wage for all hours worked by Plaintiff.

If you find that Plaintiff has failed to prove any one of these propositions by a preponderance of the evidence, then you must find against her on her minimum wage claim and in favor of the Defendants.

If, on the other hand, you find that Plaintiff has proven both propositions by a preponderance of the evidence, then you must find in her favor and against the Defendants.

**PLAINTIFF'S COMPETING**

**Authority**:

29 U.S.C. § 206 (minimum wage);

Taken from: Faculty of Federal Advocates, Model Employment Law Jury Instructions, October 2012, page 112.

Modified to facts of this case: stipulation to enterprise coverage, no exemption asserted