Jury Instruction No._____
FLSA – ELEMENTS OF CLAIM FOR OVERTIME PAY

In order for the Plaintiff to establish her claim for the Defendants' failure to pay her overtime pay in violation of the FLSA, she must prove the following by a preponderance of the evidence:

1. Plaintiff/Stephanie Lopez was an employee of the Defendant, Casper Trailer Sales, Inc., during periods of time between January 4, 2014 and April 20 2016;

2. Defendants failed to pay the Plaintiff overtime pay for all hours Plaintiff worked in excess of forty in one or more workweeks.

"Overtime pay" means an amount of at least one and one-half times an employee's regular rate of pay, for all hours worked in excess of 40 in a workweek.

If you find that the Plaintiff has failed to prove either of these propositions by a preponderance of the evidence, then you must find against her on her claim for overtime pay and in favor of the Defendant.

If, on the other hand, you find that the Plaintiff has proven both propositions by a preponderance of the evidence, then you must find in her favor and against one or both Defendants.

**PLAINTIFF'S COMPETING**

**Authority:**

29 U.S.C. §207 (overtime wages) 29 U.S.C.§ 203 (definitions)

Faculty of Federal Advocates, Ad Hoc Committee, Model Employment Law Jury Instructions, October 2012, page 98