IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-00045-CMA-KLM

Date: 9-27-18

Time: 6:03

## NOTE TO COURT

__X__ We the jury have a verdict.

_____ We the jury have a question.

ANSWER FROM THE COURT

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit ___1___