ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually, and
CASPER TRAILER SALES, INC., a Colorado Corporation,

    Defendants.

## SPECIAL VERDICT FORM

We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed.

1. Ms. Lopez has proved by a preponderance of the evidence that she was employed by Casper Trailer Sales, Inc. during the following time frames:

    a. January 4, 2014 through May 24, 2015      ____ Yes   _X_ No

    b. May 25, 2015 through March 7, 2016      <u>STIPULATED</u>

    c. March 8, 2016 through April 20, 2016      _X_ Yes   ____ No

**If you answered "No" to both Questions 1a and 1c above, answer only Question 2b below.**

**If you answered "Yes" to Question 1a and/or 1c above, in addition to answering Question 2b, answer Questions 2a and/or 2c, as applicable.**

2. Ms. Lopez has proved by a preponderance of the evidence all elements of her Claim for Minimum Wages, as set forth in Instructions 12, 14, and 15, during the following time frames:

    a. January 4, 2014 through May 24, 2015      ____ Yes   _X_ No

    b. May 25, 2015 through March 7, 2016    \_\_\_\_ Yes  _X_ No

    c. March 8, 2016 through April 20, 2016    _X_ Yes  \_\_\_\_ No

**If you answered "No" to both Questions 1a and 1c above, answer only Question 3b below.**

**If you answered "Yes" to Question 1a and/or 1c above, in addition to answering Question 3b, answer Questions 3a and/or 3c, as applicable.**

3. Ms. Lopez has proved by a preponderance of the evidence all elements of her Claim for Overtime Pay, as set forth in Instructions 13, 14, and 15 during the following time frames:

    a. January 4, 2014 through May 24, 2015    \_\_\_\_ Yes  _X_ No

    b. May 25, 2015 through March 7, 2016    \_\_\_\_ Yes  _X_ No

    c. March 8, 2016 through April 20, 2016    \_\_\_\_ Yes  _X_ No

**If you answered "Yes" in response to any subpart of Questions 2 and/or 3, proceed to answer Question 4.**

**If you answered "No" in response to all subparts of Questions 2 and 3, skip the remaining Questions and sign the Verdict Form.**

4. Did Ms. Lopez prove, by a preponderance of the evidence, that Casper Trailer Sales, Inc. willfully violated the Fair Labor Standards Act as set forth in Instruction No.16?

    \_\_\_\_ Yes    _X_ No

**If you answered "Yes" to Question 4 and you also answered "Yes" to Question 2a and/or 3a, any damages you award should be calculated as of January 4, 2014.**

**If you answered "No" to Question 4, any damages you award should be calculated as of January 4, 2015.**

**Proceed to answer Questions 5 and 6.**

2

5. With respect to any subpart of Question 2 for which you answered "Yes", how many uncompensated minimum wage hours, if any, do you find that Ms. Lopez worked during the following time frames:

   a. January 4, 2014 (or January 4, 2015 if you answered "No" to question 4) through May 24, 2015   _____

   b. May 25, 2015 through March 7, 2016   _____

   c. March 8, 2016 through April 20, 2016   __115__

   **TOTAL**   __115__

Multiply Total hours above by $7.25 (FLSA minimum wage) = $__833.75__

6. With respect to any subpart of Question 3 for which you answered "Yes", how many uncompensated overtime hours, if any, do you find that Ms. Lopez worked during the following time frames:

   a. January 4, 2014 (or January 4, 2015 if you answered "No" to question 4) through May 24, 2015   _____

Multiply your answer by $10.88, the FLSA overtime rate =   $_____

   b. May 25, 2015 through July 9, 2015   _____

Multiply your answer by $15.00, the FLSA overtime rate =   $_____

   c. July 10, 2015 through March 7, 2016   _____

Multiply your answer by $22.50, the FLSA overtime rate =   $_____

   d. March 8, 2016 through April 20, 2016   __2__

Multiply your answer by $10.88, the FLSA overtime rate =   $__45__

3

7. Are Defendants entitled to credit against the above amounts for providing Ms. Lopez with lodging, board, or housing for dwelling purposes?

_____ Yes        __X__ No

If you answered "Yes", what amount of credit do you find should be given to Defendants?

$_____

**Please sign and date this Verdict Form on the lines provided below.**

__9/27/18__
Date                    Foreperson

4