# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ,

    Plaintiff,

v.

CARL EDWARDS and
CASPER TRAILER SALES, INC.,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Christine M. Arguello presiding, and the jury has rendered its verdicts. It is

ORDERED that Judgment enters in favor of the Plaintiff Stephanie Lopez and against Defendants Carl Edwards and Casper Trailer Sales, Inc. in the amount of $833.75 for uncompensated minimum wages and $45.00 for uncompensated overtime wages for a total of $878.75.   It is

FURTHER ORDERED that Plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.   It is

FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 2.58% from the date of the entry of this judgment.

DATED: September 29, 2018

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. West

S. West
Deputy Clerk

APPROVED BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge