**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually, and
CASPER TRAILER SALES, INC., a Colorado Corporation

    Defendants.

---

**Motion for Award of Liquidated Damages Pursuant to 29 U.S.C. § 216 (b) and
Penalties Pursuant to Section 8-4-109 Colo. Rev. Stat.**

---

COMES NOW the Plaintiff, Stephanie Lopez, by and through counsel, Cornish & Dell'Olio, P.C., and respectfully requests that the Court award to the Plaintiff liquidated damages as provided for in the Fair Labor Standards Act (29 U.S.C. § 216 (b)) in an amount equal to the unpaid minimum wages and unpaid overtime wages awarded to the Plaintiff and award to the Plaintiff penalties pursuant to the Colorado Wage Act. Section 8-4-109 Colo. Rev. Stat.

AS GROUNDS THEREFORE the jury awarded to the Plaintiff eight hundred and thirty three dollars and seventy-five cents ($833.75) in unpaid minimum wages and forty-five dollars ($45.00) in unpaid overtime wages.

    **I.**    **Defendants are Liable to the Plaintiff For Liquidated Damages Pursuant 29 U.S.C.§ 216(b)**

29 U.S.C. § 216(b) provides that:

> Any employer who violates the provisions of Section 206 or section 207 of this title <u>shall be liable</u> to the employee or employees affected in the amount of their unpaid minimum wages, or their unpaid overtime compensation, as the case may be, and <u>in an additional equal amount as liquidated damages.</u> (emphasis added)

29 U.S.C. § 216(b).

Plaintiff moves the Court for an award to the Plaintiff eight hundred and seventy-eight dollars and seventy-five cents ($878.75) as liquidated damages pursuant to 29 U.S.C.§ 216(b).

## II. Defendant, Casper Trailer Sales, is Liable to the Plaintiff For Statutory Penalties Pursuant to Section 8-4-109 (3)(b) Colo. Rev. Stat.

Defendant, Casper Trailer Sales, as Plaintiff's employer under the Colorado Wage Act (Section 8-4-101(6) Colo. Rev. Stat.), is liable to the Plaintiff for statutory penalties for failure to pay wages following a statutory demand for wages.

Section 8-4-109 (3)(b) Colo. Rev. Stat. provides that:

> If an employee's earned, vested and determinable wages or compensation is not paid within fourteen days after the written demand in the manner set forth in paragraph (d) of this subsection (3), <u>the employer shall be liable to the employee</u> for the wages or compensation, and <u>a penalty</u> of the sum of…(not relevant) (emphasis added)
>
> (I)   One hundred twenty-five percent of that amount of such wages or compensation up to and including seven thousand five hundred dollars;

Section 8-4-109 (3)(b) Colo. Rev. Stat.

The parties stipulated (Stipulations for the Court (Not to be Read to the Jury), DOC# 103) that:

1. Plaintiff made a demand for payment of wages pursuant Section 8-4-109 Colo. Rev. Stat. on November 11, 2016.

2. Defendant paid nothing in response to Plaintiff's wage demand.

Stipulations for the Court (Not to be Read to the Jury), DOC# 103).

It would have been error for the Court to have instructed the jury on the issue of penalties arising under the Colorado Wage Act for the employer's failure to pay wages following a statutory demand for wages. *Graham v. Zurich Am. Ins. Co.,* 296 P.3d 347 (Colo. App. 2012). No instruction to the jury concerning penalties under the Colorado Wage Act was requested by the Plaintiff and none was given to the jury by the Court. This was proper. Penalties are mandatory following a verdict finding that unpaid wages were owed at the time of termination of employment. *Id.*

In *Graham* the jury's verdict found unpaid wages or compensation was owed to the Plaintiff. *Id. at 349.* The Colorado Court of Appeals wrote that:

> …As noted, that verdict contained all of the findings necessary to determine Zurich's liability for damages. The verdict also contained all of the findings necessary to support a judicial determination of mandatory penalties under Section 8-4-109(3)(b).

*Id*. at 351.

Plaintiff did not abandon her claim for penalties under the Colorado Wage Act by failing to submit to the Court jury instructions on the issue of penalties under the Colorado Wage Act. The only issue for the jury to determine in order to establish liability for penalties under the Colorado Wage Act was whether wages were due at the time Plaintiff terminated her employment. *Id.*

The jury determined that eight hundred and seventy-eight dollars and seventy-five cents ($878.75) was due in unpaid wages at the time Plaintiff terminated her employment.

The parties stipulated to the two remaining elements a plaintiff must prove in order to recover penalties: 1) that the plaintiff made a statutory demand for wages, and 2) the defendant paid nothing in response to the demand for wages.

It is the Court's duty to assess penalties.

Plaintiff respectfully moves for an award of penalties pursuant to the Colorado Wage Act in the amount of one thousand ninety-eight dollars and forty-three cents ($1,098.43).

### Certificate of Conferral Pursuant to D.Colo. L.CivR. 7.2

The undersigned has conferred with Lily Nierenberg, Godfrey Johnson, P.C., attorney for Defendants, concerning the motion. Defendants oppose all relief requested in the motion.

Respectfully submitted this 4th day of October, 2018.

>  CORNISH & DELL'OLIO, P.C.
>
>  s/Donna Dell'Olio
>  Donna Dell'Olio, #10887
>  Julie D. Yeagle, # 52247
>  Cornish & Dell'Olio, P.C.
>  431 N. Cascade Avenue, Ste. 1
>  Colorado Springs, CO 80903
>  TEL (719) 475-1204
>  FAX (719) 475-1264
>  Email: ddellolio@cornishanddellolio.com
>  jyeagle@cornishanddellolio.com
>  Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2018, I filed with the Clerk of Court using the CM/ECF system a true and a correct copy of the foregoing Motion for Award of Liquidated Damages Pursuant to 29 U.S.C. § 216 (b) and Penalties Pursuant to Section 8-4-109 Colo. Rev. Stat. was sent by email:

Brett Godfrey
Lily Nierenberg
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Email: godfrey@gojolaw.com

4

Email: nierenberg@gojolaw.com

                                                      s/Esther Kumma Abramson
                                                      Esther Kumma Abramson