DIRECT PROCESS SERVICE Ltd.  **INVOICE**  BPR20170105L-E
4164 AUSTIN BLUFFS PKWY #247                      01/05/2017
COLORADO SPRINGS, CO 80918
Phone: (719) 464-9968

For:                                               JAN **1 3** 2017
Donna Dell'Olio, Attorney at Law
CORNISH & DELL'OLIO, P.C.
431 N. CASCADE AVE., Suite 1
Colorado Springs, CO 80903

Case Number: 17-cv-00045-KLM

**STEPHANIE LOPEZ, individually,**
**Plaintiff(s),**

vs.

**CARL EDWARDS, individually**
**Defendant.**
endant.

Served: 01/12/2017
To be served on: **CARL EDWARDS.**

ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| PUEBLO-STANDARD | 1.0 | 65.00 | $65.00 |
| MULTIPLE ADDRESSES | 1.0 | 10.00 | $10.00 |
| TOTAL | | | $75.00 |
| BALANCE DUE | | | $75.00 |

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT
**PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE**

**EFFECTIVE JUNE 1ST 2015, A LATE FEE WILL BE ASSESSED OF $10.00 PER INVOICE AND 21%**
**INTEREST APR AFTER 30 DAYS AND FOR EACH ADDITIONAL 30 DAY PERIOD UNTIL PAID.**
**ALL INVOICES 60 DAYS PAST DUE WILL BE SENT TO COLLECTIONS.**



**Pelton Reporting Service, Inc.**
P.O. Box 790
Colorado Springs, CO 80901
(719) 578-2062
peltonreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/7/17 | 6609 |

**Bill To**

Donna Dell'Olio, Esq.
Cornish & Dell'Olio
431 N. Cascade Ave., Suite 1
Colorado Springs, CO  80903

| Description | Qty | Amount |
|---|---|---|
| Lopez v. Edwards Civil Action No. 17-CV-00045-KLM | | |
| Deposition of:  Carl Edwards - July 26, 2017 | | |
| Original + One Electronic Copy Transcript | 138 | 503.70 |
| Conversion to E-Transcript - FREE OF CHARGE | | 0.00 |
| PDF Copy of Exhibits | 50 | 5.00 |
| Appearance Fee | 4 | 120.00 |
| Postage & Handling | | 10.00 |

TAX ID - 84-1478633

It's been a pleasure working with you!

**Total** $638.70



**Pelton Reporting Service, Inc.**
P.O. Box 790
Colorado Springs, CO 80901
(719) 578-2062
peltonreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/18 | 7020 |

**Bill To**

Donna Dell'Olio, Esq.
Cornish & Dell'Olio
431 N. Cascade Ave., Suite 1
Colorado Springs, CO  80903

| Description | Qty | Amount |
|---|---|---|
| Lopez v. Edwards<br>Civil Action No. 17-CV-00045-KLM<br><br>Deposition of:  Julie Ann Earp - October 26, 2017 | | |
| Original + One Electronic Copy Transcript (expedite delivery) | 39 | 288.60 |
| Conversion to YesLaw - FREE OF CHARGE | | 0.00 |
| Postage & Handling | 1 | 10.00 |
| TAX ID - 84-1478633 | | |

It's been a pleasure working with you!

**Total** $298.60



**Pelton Reporting Service, Inc.**
P.O. Box 790
Colorado Springs, CO 80901
(719) 578-2062
peltonreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/13/17 | 6704 |

| Bill To |
|---|
| Donna Dell'Olio, Esq.<br>Cornish & Dell'Olio<br>431 N. Cascade Ave., Suite 1<br>Colorado Springs, CO  80903 |

| Description | Qty | Amount |
|---|---|---|
| Lopez v. Edwards<br>Civil Action No. 17-CV-00045-KLM<br><br>Depositions of:  Julie Ann Earp and Ginger Lou Valdez - October 26, 2017<br>Appearance Fee - no transcript ordered | 1 | 200.00 |
| TAX ID - 84-1478633 | | |

It's been a pleasure working with you!

**Total**  $200.00



**Pelton Reporting Service, Inc.**
P.O. Box 790
Colorado Springs, CO 80901
(719) 578-2062
peltonreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/22/18 | 6884 |

| Bill To |
|---|
| Donna Dell'Olio, Esq.<br>Cornish & Dell'Olio<br>431 N. Cascade Ave., Suite 1<br>Colorado Springs, CO  80903 |

| Description | Qty | Amount |
|---|---|---|
| Lopez v. Edwards, et al | | |
| Civil Action No. 17-CV-00045-KLM | | |
| | | |
| Deposition of:  Stephanie Anne Lopez - October 31, 2017 | | |
| One Electronic Copy Transcript | 273 | 614.25 |
| Conversion to YesLaw - FREE OF CHARGE | | 0.00 |
| PDF Copy of Exhibits | 161 | 24.15 |
| | | |
| Deposition of:  Ginger Lou Valdez - October 26, 2018 | | |
| Original and One Electronic Copy Transcript (Original retained by Ms. Nierenberg) | 8 | 30.00 |
| Conversion to YesLaw - FREE OF CHARGE | | 0.00 |
| Appearance Fee | 2 | 60.00 |
| Appearance Fee refund from Invoice 6704 | | -100.00 |
| | | |
| TAX ID - 84-1478633 | | |

It's been a pleasure working with you!

**Total** $628.40

GUADAGNOLI PROCESS SERVICE, IN(
808 N. Greenwood
Pueblo, CO 81003
Phone: (719) 564-1200
Fax: (719) 564-1212
Tax Num: 84-1265715

**INVOICE**

Invoice #FGP-2017004121
10/23/2017

Cornish & Dell Olio, P.C.
431 N. Cascade Ave.
Colorado Springs, CO 80903

**Case Number: 17-CV-00045-KLM**

Plaintiff:
**Stephanie Lopez**

Defendants:
**Carl Edwards and Casper Trailer Sales, Inc., a Colorado Corporation**

Received: 10/20/2017   Served: 10/23/2017 9:55 am   INDIVIDUAL 18
To be served on: Ginger Valdez

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
|  | 1.00 | 55.00 | 55.00 |

TOTAL CHARGED: $55.00

**BALANCE DUE:** $55.00

PAYMENT DUE WITHIN 15 DAYS UPON RECEIPT.
VISA, MASTERCARD AND DISCOVER NOW ACCEPTED
Thank you for your business.

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1h

GUADAGNOLI PROCESS SERVICE, IN(  
808 N. Greenwood  
Pueblo, CO 81003  
Phone: (719) 564-1200  
Fax: (719) 564-1212  
Tax Num: 84-1265715

**INVOICE**

Invoice #FGP-2017004172  
10/25/2017

Cornish & Dell Olio, P.C.  
431 N. Cascade Ave.  
Colorado Springs, CO 80903

**Case Number:** 17-CV-00045-KLM

Plaintiff:  
**Stephanie Lopez**

Defendants:  
**Carl Edwards and Casper Trailer Sales, Inc., a Colorado Corporation**

Received: 10/24/2017   Served: 10/25/2017 9:50 am   INDIVIDUAL 18  
To be served on: Ginger Valdez

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
|  | 1.00 | 25.00 | 25.00 |
|  | 1.00 | 51.57 | 51.57 |
| **TOTAL CHARGED:** |  |  | $76.57 |
| **BALANCE DUE:** |  |  | $76.57 |

PAYMENT DUE WITHIN 15 DAYS UPON RECEIPT.  
VISA, MASTERCARD AND DISCOVER NOW ACCEPTED  
Thank you for your business.

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1h