IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-CMA-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually, and
CASPER TRAILER SALES, INC., a Colorado Corporation

    Defendants.

## Affidavit of Donna Dell'Olio In Support of Motion for Attorney's Fees

I, Donna Dell'Olio, state as follows:

1.     I am licensed to practice law in the State of Colorado, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Tenth Circuit. I have practiced law in Colorado Springs since 1981.

2.     My practice is devoted almost exclusively to the litigation of employment matters, including trials and appeals in both federal and state courts, arbitrations in private forums such as the American Arbitration Association, and proceedings in federal and state courts and U.S. Equal Employment Opportunity Commission.

3.     I am a founding partner in the law firm of Cornish & Dell'Olio, P.C. To my knowledge Cornish & Dell'Olio, P.C. is the only law firm in southern Colorado which practices exclusively in the area of employment law. All of the lawyers in my office specialize in litigating employment matters. Cornish & Dell'Olio. P.C. is a busy law firm typically screening between ten and twelve new cases per week. All of our lawyers, including myself, are in great demand by potential clients and are occupied full time with a full case load. Trial work, such as the work performed for Stephanie Lopez in the present case, always requires that all other client work be rescheduled or delayed during trial preparation, and trial.

4.     My customary hourly rate is $400.00 per hour.

5.     My experience, which is specifically relevant to the representation of Stephanie Lopez in her claim for unpaid wages under the federal Fair Labor Standards Act, is as follows.

1

6.  I have represented groups of employees in claims for unpaid wages since the early nineteen nineties. For example: I successfully represented the physician assistants employed by the State of Colorado, in their claims for unpaid overtime for waiting time. *Casserly v. State of Colorado*, (844 P.2d 1275). I successfully represented city utility workers in their claims for payment for unpaid overtime while on standby. *Fishburn v. City of Colorado Springs*, (919 P.2d 847). I successfully represented two large groups of EMTs and paramedics in their overtime claims for unpaid sleep time against American Medical Response. This litigation was conducted before Judge Lewis Babcock over a three year period and included a six week trial before a Special Master appointed by Judge Babcock.

7.  Single plaintiff claims for wages under the Fair Labor Standards Act rarely proceed to trial, cases for unpaid overtime usually settle for all or a portion of the unpaid wages. I have successfully represented at least 150 employees in claims for unpaid overtime. I successfully represented the plaintiff in *Schneider v. Landvest Corporation* (2006 U.S. Dist. 17230) a single plaintiff case which proceeded to trial and judgment before Judge Daniel in 2006. A modest judgment was obtained and all of my fees were paid following trial.

8.  During 2016 and 2017 I devoted most of my time to a sex discrimination case brought on behalf of the senior police women employed by the Colorado Springs Police Department. After prevailing before Judge Matsch, *Arndt v. City of Colorado Springs* (263 F.Supp 3d 1071) on claims for disparate impact under Title VII, the case eventually settled with the City agreeing to pay all of my attorney's fees at $400.00 per hour.

9.  Cornish & Dell'Olio, P.C. charges all clients for costs necessarily incurred in the course of representation separately and in addition to hourly attorney's fees. Our standard fee agreement and the fee agreement signed by Stephanie Lopez provides:

> "In addition to the fees described above, Client is liable to Attorneys for their reasonable expenses and disbursements (costs). Such expenses and disbursements shall include, but are not limited to, travel expenses, filing fees, deposition expenses, investigation expenses, mileage, witness (including expert witness) fees, medical records, postage, photocopying, printing, facsimile, paralegal time, secretarial overtime, long distance telephone calls and computer research."

10. In addition to hourly fees the following costs were actually and necessarily incurred in the course of representing Stephanie Lopez:

| | |
|---|---:|
| Filing Fees (included in the Bill of Costs) | $400.00 |
| Service Fees (included in the Bill of Costs) | $206.57 |
| Postage | $23.73 |
| Photocopies | $1,018.73 |
| Legal Research | $200.00 |
| Pelton Reporting (included in the Bill of Costs) | $1,765.70 |

2

| | |
|---|---:|
| Medical Reports | $21.82 |
| Police Reports | $12.25 |
| Hand Writing Expert | $2,720.00 |
| Porter Investigations | $1,598.40 |
| Documart: boards | $435.10 |
| Attorney Mileage for travel to and from Denver required court appearances and trial | $434.93 |
| Lodging for Trial | $631.87 |
| Parking for Final PTC and Trial | $141.00 |
| **TOTAL COSTS** | **$9,610.10** |

Invoices Supporting the Costs Itemized Above are filed as Exhibit 8.

11.     I devoted 308.58 hours to legal work in the case of *Lopez v. Carl Edwards and Casper Trailer Sales, Inc.* not including pre-filing work or work on the motion for attorney's fees. I devoted additional time to the representation of Stephanie Lopez as described below which cannot and has not been billed as legal services.

12.     Stephanie Lopez was homeless during the month prior to trial and during trial of the above case. She suffered a serious injury to her foot while homeless and a part of her foot was amputated. She was unable to work and required assistance with transportation to and from Pueblo and to and from medical facilities, housing and numerous other tasks. In addition to the hours I spent performing legal work for Stephanie Lopez I spent no fewer than forty hours helping my client with non legal tasks during the month before trial.

13.     All of the tasks described below were actually and necessarily performed by me.

| Date | Description | Hours | Rate ($/hr) | Total |
|---|---|---|---|---|
| 1/03/2017 | Drafting Complaint | 2.66 | $400.00 | $1,064.00 |
| 1/04/2017 | Finalize Complaint | .75 | $400.00 | $300.00 |
| 2/02/2017 | Read Answer, .5, Research on affirmative defenses .83 | 1.33 | $400.00 | $532.00 |
| 04/21/2017 | Work on Scheduling Order and Non consent to Magistrate Judge | 1.33 | $400.00 | $532.00 |
| 05/01/2017 | Receipt of Order, .08, Review of Magistrate Judge's practice standards .33 | .41 | $400.00 | $164.00 |
| 5/4/2017 | Prepare Rule 26(a) disclosures | 1.41 | $400.00 | $564.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/4/2017 | Review Defendant's Rule 26(a) disclosures including documents | .75 | $400.00 | $300.00 |
| 5/5/2017 | Finalize SO | .25 | $400.00 | $100.00 |
| 6/01/2017 | Motion to appear by phone | .08 | $400.00 | $32.00 |
| 06/08/2017 | Attend scheduling conference | .25 | $400.00 | $100.00 |
| 06/08/2017 | Review minutes and Magistrates procedures | .75 | $400.00 | $300.00 |
| 06/16/2017 | Meeting with client; prepare first set of discovery, emails with counsel to schedule depositions | .92 | $400.00 | $368.00 |
| 06/19/2017 | Prepare Rule 502 Order | .16 | $400.00 | $64.00 |
| 07/18/2017 | Prepare for Edwards deposition | 4.50 | $400.00 | $1,800.00 |
| 07/24/2017 | Prepare for Edwards deposition | 2.00 | $400.00 | $800.00 |
| 07/26/2017 | 8:30-1:30 deposition work with client before and during lunch break 1:30-3:00 work on plan for Investigation .75 and prepare second set of Discovery 1.0 | 7.50 | $400.00 | $3,000.00 |
| 07/31/2017 | Review Supplemental Disclosures/ compare to client's notes | .50 | $400.00 | $200.00 |
| 07/31/2017 | Read Defendant's discovery responses .5 | .50 | $400.00 | $200.00 |
| 07/31/2017 | Telephone call to client revising answers to interrogatories .5 prepare chart for MIX 1.5 call to Nierenberg .16 | 2.17 | $400.00 | $868.00 |
| 08/02/2017 | Emails to Lily Nierenberg regarding motion to modify scheduling order, amendment of pleading, .25 identify witnesses by reviewing client notes extensive 1 hour work on motion to modify scheduling order .5 | 1.75 | $400.00 | $700.00 |
| 08/03/2017 | Exchange of emails regarding employees' Names, finalize motion and amended | .75 | $400.00 | $300.00 |

4

| | | | | |
|---|---|---|---|---|
| | complaint. | | | |
| 08/03/2017 | Work on Motion and Amended Complaint | 1.00 | $400.00 | $400.00 |
| 09/05/2017 | Read discovery responses from Defendant. | .25 | $400.00 | $100.00 |
| 09/06/2017 | Work on letter to Lily Nierenberg.1.16 Work on 3rd set of discovery .83 minutes | 2.00 | $400.00 | $800.00 |
| 09/07/2017 | Finalize discovery and correspondence | .50 | $400.00 | $200.00 |
| 09/08/2017 | Telephone call with Lily Nierenberg, instructions to Esther, (15 minutes) prepare motion and discovery request.(1.0) | 1.25 | $400.00 | $500.00 |
| 09/27/2017 | Telephone call with client, (20 min) email exchange with opposing counsel | .50 | $400.00 | $200.00 |
| 10/02/2017 | Locate handwriting expert, research and telephone calls 3.33 hours prepare and send email (including identifying documents) | 4.16 | $400.00 | $1,664.00 |
| 10/15/2017 | Work on discovery responses 4:00-9:30 p.m. | 5.50 | $400.00 | $2,200.00 |
| 10/26/2017 | Deposition of Ginger Valdez and work with client 9:00 -10:15 12:30-5:00 p.m.; deposition of Julie Earp and work with client. | 5.75 | $400.00 | $2,300.00 |
| 10/26/2017 | Work on expert disclosures including reading report and working with expert | 1.40 | $400.00 | $560.00 |
| 10/26/2017 | Authorize release of records and correspondence (instruct para and review) | .16 | $400.00 | $64.00 |
| 10/27/2017 | Work with client to prepare for deposition10:00-1:00 | 3.00 | $400.00 | $1,200.00 |
| 10/31/2017 | Plaintiff's deposition 9:30-6:30 | 9.00 | $400.00 | $3,600.00 |
| 11/02/2017 | Emails with Lily Nierenberg regarding stipulation, work on stipulation | .50 | $400.00 | $200.00 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 11/02/2017 | Plaintiff's response to motion to dismiss Drafting, research and writing | 4.16 | $400.00 | $1,664.00 |
| 11/03/2017 | Work on motion to amend complaint, Motion to modify Scheduling Order, Response to Motion to Dismiss | 1.50 | $400.00 | $600.00 |
| 11/05/2017 | Stipulation to dismiss 3rd cause of action | N/C | | |
| 11/8/2017 | Third Supplemental disclosures and instruct paralegal | .25 | $400.00 | $100.00 |
| 11/17/2017 | Read Reply, read cases cites | 1.0 | $400.00 | $400.00 |
| 11/30/2017 | Read Order | .16 | $400.00 | $64.00 |
| 12/4/2017 | Read Joseph report | 1.0 | $400.00 | $400.00 |
| 12/14/2017 | Read Defendant's Amended Answer Review and research on affirmative defenses | 1.25 | $400.00 | $500.00 |
| 12/19/2017 | Telephone call with opposing counsel | 0.33 | $400.00 | $132.00 |
| 01/09/2018 | Follow up on subpoena | 0.17 | $400.00 | $68.00 |
| 02/06/2018 | 9:30-11:45 and 1:30-5:30 work on response to motion for partial summary judgment. | 6.42 | $400.00 | $2,568.00 |
| 02/07/2018 | Work on response to motion for summary judgment 9:00-12:00 | 3.00 | $400.00 | $1,200.00 |
| 02/08/2018 | Work on response to motion for summary judgment 10:00-12:00 | 2.00 | $400.00 | $800.00 |
| 02/11/2018 | Work on response to motion for partial summary judgment 5:00 p.m.- 10:40 | 5.67 | $400.00 | $2,268.00 |
| 02/13/2018 | 8:40-1:00 work on response to motion for partial summary judgment 1:30-4:00 | 6.17 | $400.00 | $2,468.00 |
| 2/27/2018 | Read Reply in Support of Motion for PSJ | .50 | $400.00 | $200.00 |
| 03/06/2018 | Review materials for Lily Nierenberg regarding expert witness | 1.17 | $400.00 | $468.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/07/2018 | Respond to Lily Nierenberg regarding conferral on 702; telephone call with Wendy Carlson. | .67 | $400.00 | $268.00 |
| 05/01/2018 | Research: review all civil procedure standards for Arguello | .75 | $400.00 | $300.00 |
| 05/01/2018 | Research: review Arguello civil procedure standards | .50 | $400.00 | $200.00 |
| 05/02/2018 | Work on final pretrial order | 1.50 | $400.00 | $600.00 |
| 05/03/2018 | Work on final pretrial order | 3.67 | $400.00 | $1,468.00 |
| 05/04/2018 | Work on final pretrial order | .75 | $400.00 | $300.00 |
| 05/06/2018 | Work on final pretrial order and exhibit list | 1.25 | $400.00 | $500.00 |
| 05/07/2018 | Work on FPTO | 1.00 | $400.00 | $400.00 |
| 05/08/2018 | Work on final pretrial order | .75 | $400.00 | $300.00 |
| 05/17/2018 | Read court order denying partial summary Judgment | .50 | $400.00 | $200.00 |
| 07/19/2018 | Review Civil Practice Standards and all deadlines respond to email regarding exhibits | 1.34 | $400.00 | $536.00 |
| 07/23/2018 | Work on calendaring all deadlines and jury instructions | 1.09 | $400.00 | $436.00 |
| 07/25/2018 | Work on jury instructions and demonstrative exhibits | 1.34 | $400.00 | $536.00 |
| 07/26/2018 | Work on jury instructions | 2.09 | $400.00 | $836.00 |
| 08/01/2018 | Multiple calls to Pueblo regarding client Availability, work on jury instructions 11:00 12:15, 1:30-2:00, 3:00-5:25 | 4.50 | $400.00 | $1,800.00 |
| 08/03/2018 | Work on jury instructions, conference call with court. | .50 | $400.00 | $200.00 |
| 08/07/2018 | Work on demonstrative evidence, jury | 5.75 | $400.00 | $2,300.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Instructions, motion in limine | | | |
| 08/08/2018 | Work on exhibits 7:30-9:30, jury instructions 9:30-11:00, 11:00-3:00 to Pueblo to see client, 3:00-6:00 motion in limine | 10.50 | $400.00 | $4,200.00 |
| 08/09/2018 | 8:30-9:30 work on jury instructions, 9:30-10:40 conference on instructions, 1:10-2:09 work on motion in limine | 3.17 | $400.00 | $1,268.00 |
| 08/12/2018 | 1:00 p.m. - 7:30 p.m. Work on response to Defendant's Motion in Limine | 6.50 | $400.00 | $2,600.00 |
| 08/13/2018 | Work on jury instructions 10:00 a.m. 5:00 p.m. minus 45 min for lunch | 6.25 | $400.00 | $2,500.00 |
| 08/14/2018 | 9:00 a.m.-12:00 p.m. jury instructions | 3.00 | $400.00 | $1,200.00 |
| 08/15/2018 | Finalize jury instructions 8:45-1:00 p.m. | 4.25 | $400.00 | $1,700.00 |
| 08/20/2018 | Prepare response to motion in limine | 4.00 | $400.00 | $1,600.00 |
| 08/20/2018 | Motion for telephone testimony, work on response to motion in limine | 7.34 | $400.00 | $2,936.00 |
| 08/22/2018 | Work on objections to jury instructions 9:30 a.m. 9:17 p.m. - 45 min lunch | 11.50 | $400.00 | $4,600.00 |
| 08/23/2018 | 9:00 a.m. 4:00 p.m. - .75 lunch work on exhibit list, work on demonstrative exhibits finish objections to instructions | 6.25 | $400.00 | $2,500.00 |
| 08/29/2018 | Prepare for Final Pretrial Conference 9:00-12:30, 1:00-6:00 attend Final Pretrial Conference 5 hours travel billed at 1/2 rate = 2.5, 1.5 hours Final Pretrial Conference | 7.50 | $400.00 | $3,000.00 |
| 09/04/2018 | Emails, telephone calls and letter encouraging settlement, letter to client | 1.50 | $400.00 | $600.00 |
| 09/05/2018 | Read Carl Edwards deposition | 3.00 | $400.00 | $1,200.00 |
| 09/06/2018 | Read client's deposition | 1.00 | $400.00 | $400.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/10/2018 | Work on opening | 2.00 | $400.00 | $800.00 |
| 09/11/2018 | Read client's deposition | 1.50 | $400.00 | $600.00 |
| 09/16/2018 | Prepare trial brief | 3.00 | $400.00 | $1,200.00 |
| 09/18/2018 | 8:00 a.m. - 7:40 p.m. work with Stephanie | 11.67 | $400.00 | $4,668.00 |
| 09/19/2018 | 9:10-10:00 work with client, 10:00-12:29 work on Carl Edwards 1:22-5:30 work on Carl Edwards cross | 7.34 | $400.00 | $2,936.00 |
| 09/20/2018 | work with client 9:00-12:00 12:30-4:00, 5:00-9:20 work on Carl Edwards cross | 10.34 | $400.00 | $4,136.00 |
| 09/21/2018 | 9:30-10:10 work with Julie Yeagle on expert testimony; work on exhibits, trial prep work on anticipating various defense witnesses' testimony | 6.34 | $400.00 | $2,536.00 |
| 09/22/2018 | Work on opening 12:30-5:00 | 5.50 | $400.00 | $2,200.00 |
| 09/23/2018 | Work on trial preparation, voir dire, organize trial materials, final work with client | 4.00 | $400.00 | $1,600.00 |
| 09/23/2018 | 7:00-10:00 p.m. prepare for opening and voir dire | 3.00 | $400.00 | $1,200.00 |
| 09/24/2018 | 7:30-3:30 Trial 7:00 - 10:00 p.m. prepare for next day various witnesses and Carl Edwards cross | 11.00 | $400.00 | $4,400.00 |
| 09/25/2018 | 7:00 a.m. 2:30 in trial 6:00 p.m. to 9:30 prepare for Julie Earp and William Wisnan | 10.50 | $400.00 | $4,200.00 |
| 09/26/2018 | 7:00 a.m. -2:30 p.m. Trial 6:00 to 11:30 prepare closing | 13.00 | $400.00 | $5,200.00 |
| 09/27/2018 | In trial | 9.00 | $400.00 | $3,600.00 |
| 10/01/2018 | Email to Lily Nierenberg and response regarding liquidated damages | .17 | $400.00 | $68.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/04/2018 | Motion for liquidated damages Research and drafting | 2.66 | $400.00 | $1,064.00 |
| 10/08/2018 | Review of costs for preparation of Bill of Costs 35 min | .58 | $400.00 | $232.00 |
| 10/10/2018 | Work on bill of costs finalize and Affidavit .33 | .33 | $400.00 | $132.00 |
| 10/11/2018 | Prepare for tel call to opposing counsel re settlement 20 minutes, 20 minute tel call | .75 | $400.00 | $300.00 |
| 10/12/2018 | Motion to stay; Multiple calls to opposing counsel X4 + multiple emails | .75 | $400.00 | $300.00 |
| 10/12/2018 | Review of Time entries for motion for attorney's fees | 1.50 | $400.00 | $600.00 |
| | | 309.08 hours | | $123,632.00 |

Further Affiant Sayeth Naught.

Dated this 26th day of October 2018.

s/Donna Dell'Olio
Donna Dell'Olio

STATE OF COLORADO  )
                   ) ss.
COUNTY OF EL PASO  )

Subscribed and sworn to before me this 26th day of October, 2018 by Donna Dell'Olio.

s/Esther Kumma Abramson
Notary Public

Notary ID 20044018232
My commission expires: May 25, 2020

ESTHER KUMMA ABRAMSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044018232
MY COMMISSION EXPIRES MAY 25, 2020

10