\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 9:30 A.M.) FOR
APPEARANCE BEFORE THE CLERK FOR TAXATION.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 15 2018**

JEFFREY P. COLWELL
CLERK

AO 133 (Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. 12/01/2013)

## BILL OF COSTS

| | |
|---|---|
| United States District Court | DISTRICT<br>DISTRICT OF COLORADO |
| Plaintiff Stephanie Lopez | DOCKET NO.<br>17 cv 00045 |
| v. | MAGISTRATE CASE NO. |
| Defendants Casper Trailer Sales, Inc. and Carl Edwards | |

Judgment having been entered in the above entitled action on September 29, 2018 against **[]** the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ 400.00 |
| Fees for service of summons and complaint | $ 75.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 1,765.70 |
| Fees and disbursements for printing | $ 0.00 |
| Fees for witnesses (itemized on reverse side) | $ 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 0.00 |
| Docket fees under 28 U.S.C. § 1923 | $ 0.00 |
| Costs incident to taking of depositions | $ 131.57 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

Please review and comply with D.C.COLO.LCivR .54.1

(See Notice section on reverse side)

**TOTAL** $ 2,372.27

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to.

Signature of Attorney _D. Dell'C_

Print Name: Donna Dell'Olio   Phone Number: (719) 475-1204

For: Stephanie Lopez
Name of Claiming Party

Date: 10/11/18

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time: **11/15/18 at 9:00 a.m.**

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $ 2372.27

(BY) DEPUTY CLERK: Mark J. Fredrickson

CLERK OF COURT
JEFFREY P. COLWELL

DATE: 11/15/2018

Hearing held telephonically with counsel for Defendant and counsel for plaintiff, the prevailing party. Counsel for Defendant raised no objection to any specific cost item, and costs were taxed in full against Defendant as reasonable.

MJF