IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00045-KLM

STEPHANIE LOPEZ, individually,

    Plaintiff,

v.

CARL EDWARDS, individually,

and

Casper Trailer Sales, Inc.,
a Colorado corporation,

    Defendants.

---

**PLAINTIFF'S SECOND SUPPLEMENTAL FED. R. CIV. P. 26(e) DISCLOSURES**

---

COMES NOW, Plaintiff, Stephanie Lopez, by and through her undersigned counsel, and pursuant to Fed. R.Civ. P. 26(a)(1) provides her second supplemental disclosures to Defendants. Plaintiff's disclosures are based on information reasonably available to Plaintiff as of the date of filing of such disclosures. Plaintiff will supplement these disclosures as necessary pursuant to Fed. R. Civ .P. 26(e).

    **ii.    Documents, Data Compilations, Tangible Things**

    10.    Verification of Employment, Bates No. LOPEZ00045.

    11.    Lopez timecards, Bates No. LOPEZ00046-47.

    12.    Lopez note signed by Carl Edwards, Bates No. LOPEZ00048.

Respectfully submitted this 27th day of October, 2017.

CORNISH & DELL'OLIO, P.C.

s/ Donna Dell'Olio
Donna Dell'Olio, # 10887
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
PHONE (719) 475-1204
FAX (719) 475-1264
Email: ddellolio@cornishanddellolio.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2017, I caused a true and correct copy of the above and foregoing **Plaintiff's Second Supplemental Fed. R. Civ. P. 26(e) Disclosures** to be served on the following at the address shown and via the method indicated for each:

Lily E. Nierenberg
DLG Law Group, LLC
4100 E. Mississippi Avenue, Suite 420
Denver, CO 80246
Ph: (303) 758-5100
Fax: (303) 758-5055
lnierenberg@dlglaw.net

(X) First Class Mail
( ) Hand Delivery
( ) Facsimile
( ) Overnight Delivery
( ) Via ICCES
(X) E-Mail

s/Esther Kumma Abramson
Esther Kumma Abramson