UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
Civil Action No. 17-cv-00045-CMA-KLM   )

| | |
|---|---|
| STEPHANIE LOPEZ, individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CARL EDWARDS, individually, and CASPER TRAILER SALES, INC., a Colorado Corporation | ) ) ) ) ) ) |
| Defendant. | ) |

**Notice of Appeal**

Notice is hereby given that Stephanie Lopez, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order on Post-Trial Motions entered in this action on the 14th day of January, 2019 which vacated Plaintiff's judgment in its entirety.

(A)   The Party Taking the Appeal: Stephanie Lopez, the Plaintiff

(B)   The Order Appealed From: Order on Post-Trial Motions ( Doc# 158)

(C)   Name of Court to Which Appeal is Taken: United States Court of Appeals for the Tenth Circuit

Respectfully Submitted this 13th day of February, 2019.

        CORNISH & DELL'OLIO, P.C.

        <u>s/ Donna Dell'Olio</u>
        Donna Dell'Olio, #10887
        Julie D. Yeagle, # 52247
        Cornish & Dell'Olio, P.C.
        431 N. Cascade Avenue, Ste. 1
        Colorado Springs, CO 80903
        TEL (719) 475-1204
        FAX (719) 475-1264
        Email: ddellolio@cornishanddellolio.com
              jyeagle@cornishanddellolio.com
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of February, 2019, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Notice of Appeal** was sent by email:

Brett Godfrey
Lily Nierenberg
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Email: godfrey@gojolaw.com
Email: nierenberg@gojolaw.com

        <u>s/Esther Kumma Abramson</u>
        Esther Kumma Abramson